THE TIDRICK LAW FIRM
STEVEN G. TIDRICK, SBN 224760
2039 Shattuck Avenue, Suite 308
Berkeley, California  94704
Telephone:  (510) 788-5100
Facsimile:   (510) 291-3226
E-mail:      sgt@tidricklaw.com

Attorneys for Individual and Representative
Plaintiff George Abrams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ABRAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METROPCS COMMUNICATIONS, Inc.; METROPCS WIRELESS, Inc.; T-MOBILE US, Inc.; and Does 1-100,<br><br>Defendants. | Civil Case Number: 13-cv-02878-MEJ<br><br>**AMENDED CLASS ACTION COMPLAINT FOR:**<br><br>**(1) BREACH OF CONTRACT;**<br>**(2) FRAUD;**<br>**(3) VIOLATION OF CALIFORNIA CIVIL CODE SECTION 1770 *et seq.*;**<br>**(4) VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE SECTION 17500 *et seq.*; and**<br>**(5) VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE SECTION 17200 *et seq.***<br><br>**DEMAND FOR JURY TRIAL** |

Individual and representative Plaintiff George Abrams, on behalf of himself and all

others similarly situated, alleges as follows:

## NATURE OF THE CASE

1.      This case arises from breach of customer contracts, false and misleading

advertising, and the undertaking of illegal and unfair business acts and/or practices by

Defendants MetroPCS Communications, Inc. (hereinafter "MetroPCS Communications"),

1

1    MetroPCS Wireless, Inc. (hereinafter "MetroPCS Wireless"), T-Mobile US, Inc. (hereinafter

2    "T-Mobile"), and their predecessors, by and through their parent companies, subsidiaries,

3    agents, affiliates, and/or other directly or indirectly owned or controlled business entities

4    (collectively referred to herein as "Defendants").

5         2.      For many years, Defendant MetroPCS Wireless has advertised, offered for

6    sale, and sold cell phones and wireless telecommunication services.  During that time,

7    MetroPCS Wireless has also conducted, and continues to conduct, an advertising campaign

8    representing to consumers that it provides a month (*i.e.*, thirty (30) days) of service for a fixed

9    price.  That advertising campaign is false and misleading.  Defendant MetroPCS Wireless

10   fails to disclose that a customer does not receive a full month of service if a customer pays

11   his/her bill after the due date. In such situations, MetroPCS Wireless suspends service until

12   payment posts to such customer's account and does not adjust the customer's bill cycle and

13   next monthly due date when services resume. Thus, the customer ends up paying for a month

14   of service but receives less than a month of service.  This practice not only is false advertising,

15   but also is a breach of Defendants' standard customer agreement.

16                          **JURISDICTION AND VENUE**

17        3.      This Court has jurisdiction over all causes of action asserted herein pursuant to

18   28 U.S.C. § 1332(a).  Defendants have committed acts or omissions in California with respect

19   to one or more causes of action arising from these acts or omissions, and/or have caused

20   effects in California with respect to one or more causes of action arising from these effects.

21        4.      This Court also has jurisdiction over all causes of action herein pursuant to 28

22   U.S.C. § 1332(d)(2).  This suit is brought as a class action, the matter in controversy exceeds

23   $5,000,000, and members of the purported class of Plaintiffs are from a different state from

24   Defendants.

25        5.      Venue in this District is proper pursuant to 28 U.S.C. § 1391(a) because many

26   of the wrongful acts, events and transactions that form the basis of this complaint took place

27   within the district.  The named Plaintiff resides in this District, purchased the phone and

28   entered into a contract with MetroPCS Wireless while living in this District, and has received

1   all communications from Defendants while living in this District.

2   6.   A substantial part of the events and/or omissions that give rise to the claims

3   alleged herein occurred in Alameda County, and accordingly this action may be assigned to

4   the San Francisco/Oakland Division of this Court.

5   7.   The Court has personal jurisdiction over Defendants because they are doing

6   business in California, have committed acts or omissions in California with respect to one or

7   more causes of action arising from these acts or omissions, and/or have caused effects in

8   California with respect to one or more causes of action arising from these effects.

9   8.   Federal jurisdiction is pursuant to 28 U.S.C. § 1332.

10   **PARTIES**

11   9.   Plaintiff George Abrams is an individual who at all relevant times herein

12   resided, and continues to reside, in the State of California, County of Alameda.

13   10.   Defendant MetroPCS Communications, Inc., is a subsidiary of Defendant T-

14   Moblie US, Inc., a Delaware corporation, and a California foreign corporation, authorized to

15   do business in the State of California. MetroPCS Communications, Inc.'s principal place of

16   business is Dallas, Texas.

17   11.   MetroPCS Wireless, Inc., is an indirect wholly-owned subsidiary of Defendant

18   MetroPCS Communications, Inc. and a California foreign corporation, authorized to do

19   business in the State of California. MetroPCS Wireless, Inc.'s principal place of business is

20   Richardson, Texas.

21   12.   T-Mobile US, Inc., is a Delaware corporation, the parent company of

22   Defendant MetroPCS Communications, Inc., and subsidiary of Deutsche Telekom AG.  T-

23   Mobile US, Inc.'s principal place of business is Bellevue, Washington.

24   13.   The true names and capacities, whether individual, corporate, associate or

25   otherwise, of each of the Defendants designated herein as DOES are unknown to Plaintiff at

26   this time and therefore said Defendants are sued by such fictitious names.  Plaintiff will

27   amend this Complaint to show their true names and capacities when ascertained.  Plaintiff is

28   informed and believes and thereon alleges that each Defendant designated herein as a DOE

3

1    defendant is legally responsible in some manner for the events and happenings herein alleged
2    and in such manner proximately caused damages to Plaintiff as hereinafter further alleged.

3        14.    Plaintiff is informed and believes and thereon alleges that each of the
4    Defendants was acting as an agent, employee, partner, or servant of each of the remaining
5    Defendants and was acting within the course and scope of that relationship, and gave consent
6    to, ratified, and authorized the acts alleged herein to each of the remaining defendants.

7                    **GENERAL FACTUAL ALLEGATIONS**

8        15.    Defendant MetroPCS Wireless markets itself as the nation's leading provider
9    of flat-rate wireless communications services with no annual contract. Defendant MetroPCS
10   Wireless advertises that certain of its flat-rate wireless communications services are provided
11   on a month-to-month basis (*e.g.,* pay one flat rate and receive unlimited talk, text and web for
12   the entire month). Defendant MetroPCS Wireless also advertises that there are "No hidden
13   Fees....what you see is what you pay for...There are never any overage charges, hidden fees,
14   penalty costs or surprise expenses."

15       16.    Defendant MetroPCS Wireless has structured its service plans as pay-in-
16   advance cell phone plans, (*i.e.* pay one flat rate and receive unlimited talk, text and web for
17   the entire month).  Defendant MetroPCS Wireless markets different calling plans,
18   distinguished by different services included in the various plans.  For example, at the low end
19   of the price spectrum, MetroPCS markets a "$40 Unlimited" plan which includes unlimited
20   talk, text and data, and at the high end a "$60 Unlimited" plan which includes unlimited local
21   and nationwide calling, plus various other services, such as unlimited text messaging, instant
22   messaging, web browsing, directory assistance, MapQuest, voice mail, etc.  MetroPCS
23   Wireless also offers certain "Feature Packages" for an additional charge whereby services
24   may be purchased "a la carte," or separately.

25       17.    The plans and rates offered by Defendant MetroPCS Wireless are established
26   by Defendant MetroPCS Wireless, are standard in that the terms and conditions are the same
27   for all members of the consuming public, and are not subject to negotiation by the consumer.

28       18.    Monthly service charges for a customer's cell phone plan must be paid in

4

AMENDED CLASS ACTION COMPLAINT

advance and are due before the first day of the customer's service cycle. Defendant MetroPCS Wireless informs its customers that monthly service cycles are "approximately thirty (30) days long." It asserts that service charges cannot be paid in "arrears." Defendant MetroPCS Wireless boasts that it provides its customers with "the freedom of being able to decide each month if [Defendant MetroPCS Wireless] will stay your provider" and also tells its customers to "know that [Defendant MetroPCS Wireless] [is] working hard to keep you."

19.     Defendant MetroPCS Wireless' marketing of a flat monthly rate is intended to attract customers interested in simplification of their cellular telephone bills in order to avoid paying hidden fees and costs which have nothing to do with the service being provided.

20.     Defendant MetroPCS Wireless has the following practice: the day a customer purchases a phone and starts receiving telecommunication services is considered that customer's "anniversary date" by Defendant MetroPCS Wireless and, therefore, the payment for the next month of telecommunication services will be due approximately thirty (30) days after such customer's anniversary date (*e.g.*, if the anniversary date is set for May 4, 2011 then the bill due date for the following bill cycle will be June 3, 2011). When a customer misses his/her payment due date, his/her service is temporarily suspended until payment posts to such customer's account. When a customer's service is suspended Defendant MetroPCS Wireless refers to that customer as a "hotlined customer." A hotlined customer's service is automatically turned on after payment is applied to his/her account. When the hotlined customer pays the amount due within thirty (30) days of the original payment due date then the customer's service is restored. When a hotlined customer does not pay the amount due within thirty (30) days of the payment due date, the account is terminated and characterized as "churn" by Defendant MetroPCS Wireless.

21.     During service suspension, hotlined customers are unable to make or receive calls. Any call attempted by a hotlined customer during service suspension is routed directly to Defendant MetroPCS Wireless' interactive voice response system and customer service center, at which time MetroPCS Wireless requests payment from the customer. During the first seven (7) days of suspension, if a customer pays his/her bill then such customer's next

5

1  bill for an additional month of telecommunication services is still due on the customer's

2  normal bill due date (*i.e.*, the date set thirty (30) days after the customers anniversary date)

3  even though such customer paid for a month worth of service (*i.e.*, thirty (30) days).

4  Defendant MetroPCS Wireless does not allow customers to change their anniversary date

5  and/or reset their bill cycle during the first seven (7) days of service suspension. If a customer

6  pays after the seventh day of service suspension but before thirty (30) days after the bill due

7  date, Defendant MetroPCS Wireless allows the customer to change his/her anniversary date

8  and reset their bill cycle only if such customer pays a "bill reset fee" of five dollars.  If the

9  customer does not pay the fee then such customer's anniversary date remains the same and

10 his/her bill will be due on his/her normal bill due date. Defendant MetroPCS Wireless does

11 not disclose these policies and practices to its customers despite knowing and/or having

12 reason to know that service cycles are consistently less than thirty (30) days due to these

13 policies and practices.

14         22.    Defendant MetroPCS Wireless is aware of the fact that customers have been

15 misled regarding its above referenced policies and practices.  Many of its customers, and even

16 current employees, have complained about these policies and practices both publicly and to

17 the company. (*See* **Exhibit A**)

18                      **METROPCS'S CUSTOMER AGREEMENTS**

19         23.    When a customer initiates service with Defendant MetroPCS Wireless, such

20 consumer receives a brochure detailing the coverage available and a "Start of Service" form

21 which states that the terms and conditions of the services provided are governed by the Terms

22 and Conditions of Service (hereinafter the "Agreement"), attached hereto as **Exhibit B**.[1]

23         24.    The Start of Service Request Form is typically filled out by the MetroPCS

24 representative, as was the case with Plaintiff George Abrams.  The Agreement provides that

25 "when you initiate service with MetroPCS you may receive a Start of Service form, this

26 _____

27 [1] On May 1, 2013, Defendant T-Mobile US, Inc purported to revise the Agreement.  See attached as **Exhibit C**. The revised Agreement contains language that is substantially similar as the original Agreement and identical language with regards to the portions of the Agreement that
28 establishes liability on behalf of Defendant MetroPCS Wireless, Inc. and Defendant T-Mobile.

Agreement, and a brochure detailing coverage available in your service area. These materials are not part of your agreement with MetroPCS. This Agreement governs the sale, use and delivery of wireless services…to you…by MetroPCS Wireless, Inc. and any of its subsidiaries…" The Agreement further provides that, "This Agreement, Start of Service form, if any, the terms included in the Rate Plan brochure(s) describing your plan and services…make up the complete agreement between you and us…"

25.     The Agreement provides that monthly service cycles are approximately thirty (30) days long.

26.     The Agreement also contains an arbitration agreement section which asserts that any dispute between a customer and Defendant shall be resolved by binding arbitration. The arbitration agreement section further asserts that if a customer does not want to be bound the arbitration agreement then such customer must notify Defendant in writing within thirty (30) days of initiating service.

**PLAINTIFF'S EXPERIENCE**

27.     On April 14, 2013, Plaintiff went to a MetroPCS store location at 5769 Christie Ave, Emeryville, California and purchased a telephone from Defendant MetroPCS Wireless, Inc., and entered into an agreement whereby Defendant MetroPCS Wireless, Inc. agreed to provide telecommunications services (*i.e.,* unlimited talk, text, data) at forty (40) dollars per month.  In purchasing the phone and requesting telecommunication services from Defendant MetroPCS Wireless on April 14, 2013, Plaintiff relied on, among other things, marketing materials (attached hereto as **Exhibit D**), and service forms (attached hereto as **Exhibit E**), all of which provided that customers would receive a month of service (*i.e.,* thirty (30) days) for a flat fee provided prior to the beginning of such month. Consistent with Defendant MetroPCS Wireless policies and practices the above referenced forms were given to all of Defendant MetroPCS Wireless customers prior to purchasing a phone and requesting telecommunication services from Defendant MetroPCS Wireless. As a customer of Defendant MetroPCS Wireless Plaintiff will purchase service from Defendant MetroPCS Wireless in the future.

28.     Plaintiff understood, based on the representations made to him by Defendant

MetroPCS Wireless, that he would be provided cellular service at the quoted flat monthly rate for approximately thirty (30) days. Plaintiff understood and believed, as any reasonable person would, that in fact, he would receive thirty (30) days of service for a flat fee (*i.e.*, forty (40) dollars) per month.

29.     At no time did Defendant MetroPCS Wireless or its agents, affiliates, and/or other directly or indirectly owned or controlled business entities disclose that Defendant MetroPCS Wireless fails to provide a month (*i.e.*, thirty (30) days) of service in situations in which a customer pays his/her bill after the date the bill is due because of Defendant MetroPCS Wireless refusal to reset customer's bill cycle. Had Defendant MetroPCS Wireless made the proper disclosers then Plaintiff would not have purchased a telephone from Defendant MetroPCS Wireless, and entered into an agreement for telecommunications services with Defendant MetroPCS Wireless.

30.     The date when Plaintiff purchased the telecommunication services was the date when Defendant MetroPCS Wireless created Plaintiff's anniversary date and started Plaintiff's "billing cycle." Based on Defendant MetroPCS Wireless' internal policies and procedures, Defendant MetroPCS Wireless' set Plaintiff's billing cycle to end on or about May 14, 2013 and notified Plaintiff that a failure to pay his bill by May 14, 2013 for the next month of service would result in immediate suspension of his phone service.

31.     On May 1, 2013, Plaintiff notified Defendants that he opted out of the arbitration clause in the Agreement. A copy of the notice is attached hereto as **Exhibit F**.

32.     On May 1, 2013, Deutsche Telekom AG and Defendant T-Mobile US, Inc. announced the completion of the acquisition of Defendant MetroPCS Communications, Inc. and its subsidiary MetroPCS Wireless, Inc. by Deutsche Telekom AG, a German company and parent company of T-Mobile US, Inc. Through the acquisition, Deutsche Telekom AG combined its subsidiary T-Mobile USA, Inc. and Defendant MetroPCS Communications, Inc., in a new entity, Defendant T-Mobile US, Inc. T-Mobile US, Inc. now operates both brands (i.e. MetroPCS Wireless and T-Mobile) separately, and MetroPCS Wireless still maintains its brand name and its customers.

33. On May 14, 2013, Plaintiff failed to pay his monthly service fee for the subsequent month of telecommunications services (*i.e.*, from May 15, 2013 to June 14, 2013).

34. On May 15, 2013, Defendant MetroPCS Wireless (now operating as Defendant T-Mobile) suspended Plaintiff's phone service in accordance with its polices and practices.

35. On or about May 19, 2013, Plaintiff paid forty (40) dollars for another month (*i.e.,* thirty (30) days) of telecommunication services from Defendant MetroPCS Wireless (now operating as Defendant T-Mobile). In making this payment, Plaintiff relied on, among other things, marketing materials, and service forms, that provided that customers would receive a month of service (i.e. thirty (30) days) for a flat fee provided prior to the beginning of such month.

36. On or about June 15, 2013, Defendant MetroPCS Wireless (now operating as Defendant T-Mobile) began Plaintiff's billing cycle for his third month of service despite the fact that Plaintiff had paid his prior month's bill on May 19, 2013 and had received only twenty seven (27) days telecommunication services during that billing cycle. Plaintiff's did not receive thirty (30) days of telecommunication services because of Defendant MetroPCS Wireless' (now operating as Defendant T-Mobile) policy and practice (which is not disclosed to its customers) of not resetting a customer's bill cycle when a customer has made a payment after the due date of such service. Defendant MetroPCS Wireless (now operating as Defendant T-Mobile) thereby denied Plaintiff thirty (30) days of service, breaching material terms of the Agreement (*i.e.* "monthly service cycles are approximately thirty (30) days long"). Defendant MetroPCS Wireless (now operating as Defendant T-Mobile) also thereby broke the promise in the marketing materials.

## CLASS ACTION ALLEGATIONS

37. Plaintiff brings this Class Action pursuant to Federal Rule of Civil Procedure 23 on behalf of himself and all similarly situated individuals who paid for but were denied the full thirty (30) days of service by Defendant. Excluded from the Class are anyone employed by counsel for Plaintiff in this action, and any Judge to whom this action is assigned and his or her immediate family members.

38.     The Claims herein have been brought and may properly be maintained as a class action under Federal Rule of Civil Procedure 23 because there is a well-defined community of interest among Class members with respect to the claims asserted herein and the proposed Class is ascertainable:

a.  Numerosity:  On information and belief, millions of individuals that have been subject to the same policies and practices of Defendant.  Thus, the number of Class members is currently indeterminate, but is certainly numerous.

b.  Existence and predominance of common questions: Common questions of law and/or fact exist as to the members of the Class and, in addition, common questions of law and/or fact predominate over questions affecting only individual members of the Class.  The common questions include the following:

       i.  whether Defendants policy and practice of denying customers thirty (30) days of service constitutes a breach of contract;

      ii.  whether the actions and omissions of Defendants constitute common law fraud;

     iii.  whether Defendants violated California Civil Code § 1750 *et seq.*;

     iv.  whether Defendants violated California Business & Professions Code § 17500;

      v.  whether Defendants violated California Business & Professions Code § 17200; and

     vi.  whether declaratory relief, compensatory damages, punitive damages, injunctive relief, and other equitable remedies for Class members are warranted.

c.  Typicality:  Plaintiff is an adequate representative of the Class.  Plaintiff's claims are typical of each class member of the class. Plaintiff's claims are thereby representative of and co-extensive with the claims of the Class.

d.  Adequacy. Plaintiff is an adequate representative of the Class.  His interests do not conflict with the interests of the members of the Class he seeks to represent. Plaintiff

has retained counsel competent and experienced in complex class action litigation, and Plaintiff intends to prosecute this action vigorously.  Plaintiff and his counsel will fairly and adequately protect the interests of members of the Class.

e.  Superiority of Class Action: A class action is superior to other available means for the fair and efficient adjudication of this controversy.  Individual joinder of all Class members is not practicable.  The injury suffered by each member of the Class, while meaningful on an individual basis, is not of such magnitude as to make the prosecution of individual actions against Defendants economically feasible. Individualized litigation increases the delay and expense to all parties and the court system presented by the legal and factual issues of the case.  By contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

39.    In the alternative, the Class may be certified because:

f.  the prosecution of separate actions by the individual members of the Class would create a risk of inconsistent or varying adjudication with respect to individual members of the Class that would establish incompatible standards of conduct for Defendant; and

g.  Defendants have acted and/or refused to act on grounds generally applicable to the Class, thereby making appropriate final and injunctive relief with respect to members of the Class as a whole.

**FIRST CLAIM FOR RELIEF**

**Breach of Contract**

**(Against All Defendants)**

40.    Plaintiff incorporates by reference the paragraphs listed above.

41.    Plaintiff and each Class member entered into a contract with Defendants when they began to receive telecommunication services from Defendants.

42.    At all relevant times, Plaintiff and members of the Class have paid to Defendants all monthly service charges due under such person's terms of service as

11

established by Defendants and Plaintiff and members of the Class have performed all

obligations and conditions under the Agreement.

43.     Defendants owe duties and obligations to Plaintiff and members of the Class

under the Agreement, including but not limited to, the duty and obligation to provide thirty

(30) days of telecommunication service.

44.     Defendants materially breached the terms and provisions of the Agreement by

failing to provide thirty (30) days of telecommunication service during a monthly billing cycle

as provided by the Agreement.

45.     As a direct and proximate result of Defendants' conduct, Plaintiff and the Class

members have been damaged. Plaintiff and the Class members' damages include the monetary

value of the telecommunication services they were entitled to receive but did not receive.

46.     Plaintiff, on behalf of himself and the Class, requests relief as hereinafter

provided.

## SECOND CAUSE OF ACTION

### Fraud

### (Against All Defendants)

47.     Plaintiff incorporates by reference the paragraphs listed above.

48.     Defendants have conducted, and continue to conduct, an advertising campaign

representing to consumers that Defendants provide a month (i.e. thirty (30) days) of service

despite knowing that Defendants fails to provide a month (i.e. thirty (30) days) of service in

situations where a customer pays his/her bill after the date in which it is due and Defendants

do not reset such customer's bill cycle.

49.     The above-referenced statements were affirmative misrepresentations, the

suggestion, as a fact, of that which was not true by one who did not believe it to be true;

concealments or half truths--the suppression of facts, by one who gave information of other

facts which were likely to mislead for want of communication of that fact; and/or false

promise or promises made without any intention of performing them.

50.     Plaintiff and Class members believed and reasonably relied on the above-

referenced statements and concealments and were thereby induced to enter into a

telecommunication services agreement with Defendants.  Had it not been for such reliance on

said statements and concealments, they would not have entered into an agreement with

Defendants for telecommunication services.

51.    As a proximate result of Plaintiff's and class members' reliance on the

misrepresentations and omissions alleged above, Plaintiff and class members have been

harmed insofar as they did not receive the telecommunication services they were entitled to

receive.

### THIRD CAUSE OF ACTION

**(Violation of California Civil Code § 1750 *et seq.*)**

**Against All Defendants**

52.    Plaintiff incorporates by reference the paragraphs listed above.

53.    The Consumer Legal Remedies Act ("the CLRA") defines certain unfair

methods of competition and unfair or deceptive acts or practices which, if undertaken by a

person in a transaction intended to result, or which results in the sale or lease of goods or

services to any consumer are unlawful.  California Civil Code § 1770.  These acts include (1)

advertising that monthly service cycles are approximately thirty (30) days despite knowing

and/or having reason to know service cycles are consistently less than thirty (30) days due to

Defendants' policies and practices that deny customers the full thirty (30) days of service and

(2) advertising that Defendants' telecommunication services are provided for an entire month

(*i.e.*, approximately thirty (30) days) despite knowing and/or having reason to know that

Defendant's policies and practices deny customers the full thirty (30) days of service. Plaintiff

and members of the Class relied on Defendants' false and/or misleading advertisements

regarding the monthly service cycles and were induced by such advertisements to purchase

telecommunication services from Defendants. Plaintiff and Class members have suffered

damage in the form of failing to receive telecommunication services that were paid for by

Plaintiff and Class members.

54.    Defendants' actions constitute unfair methods of competition and unfair or

1   deceptive acts or practices as outlined in the CLRA.  Defendants, and each of them, advertised

2   that its telecommunication services are provided for an entire month (i.e. thirty (30) days)

3   despite knowing and/or having reason to know that its policies and practices deny customers

4   thirty (30) days of service.  The advertisements constituted false and/or misleading statements

5   as to the nature of telecommunication services being provided by Defendants.  The

6   Defendants, and each of them, knew or should have known that the aforementioned

7   advertisements were false and/or misleading.  In order not to mislead consumers, Defendants

8   should have clearly and conspicuously set forth the Defendant's policies and procedures

9   regarding monthly service cycles so as to leave no reasonable probability that the terms of the

10  offer might be misunderstood.

11          55.     On June 21, 2013, Plaintiff sent notice to Defendants by certified mail of his

12  claim alleged herein under the CLRA, and of his intent to seek damages on those claims

13  pursuant to California Civil Code §1782(a) (**Exhibit G** hereto). To this day, Defendants have

14  neither made the necessary corrections which would bring them in compliance with the

15  CLRA, or promised to do so within thirty (30) days.

16          56.      Defendants' unfair methods of competition and unfair or deceptive acts or

17  practices, as outlined in the CLRA, present a continuing threat to members of the general

18  public in that Defendants are continuing, and will continue unless enjoined, to commit such

19  violations of Civil Code § 1770.  This court is empowered to, and should, grant preliminary

20  and permanent injunctive relief against such acts and practices.

21          57.     Defendant continues to engage in the unlawful practices alleged herein.  As a

22  result of Defendant's conduct, Defendant has reaped and continues to reap unfair benefits and

23  profits.  In addition to injunctive relief, Defendant should be made to disgorge its ill-gotten

24  gains, and restore to Plaintiff, and the Plaintiff Class, and members of the general public, all

25  wrongfully collected monies.

26          58.     In addition to any other damages permitted by law, Plaintiff seeks punitive

27  damages pursuant to California Civil Code § 1780(a)(4), and attorney's fees and costs,

28  pursuant to California Civil Code § 1780(d), and as to the subclasses of senior and disabled

14

class members, a civil penalty of $5,000 as each such sub-class member, as provided by California Civil Code § 1780(b).

## FOURTH CAUSE OF ACTION

**Violation of California's Unfair Competition Law, Bus. and Prof. Code § 17500 *et seq*.**

59.     Plaintiff incorporates by reference the paragraphs listed above.

60.     Beginning at an exact date that is unknown to Plaintiff, but within three (3) years prior to the filing of this complaint, Defendants, with the intent directly or indirectly to dispose of property or to perform services, or anything of any nature whatsoever, or to induce members of the public to enter into obligations relating thereto, made or disseminated or caused to be made or disseminated before the public, by any manner or means whatsoever, statements concerning such property, services, or any circumstance or matter of fact connected with the proposed performance or disposition thereof, which are untrue or misleading, in violation of section 17500 of the Business and Professions code ("Section 17500").  Those untrue or misleading statements, which are unlawful under Section 17500, include, but are not limited to:

a.  Representing that monthly service cycles are approximately thirty (30) days despite knowing and/or having reason to know service cycles are consistently less than thirty (30) days due to Defendants' policies and practices that deny customers thirty (30) days of service; and/or

b.  Representing that Defendants' telecommunication services are provided for an entire month (i.e. thirty (30) days) despite knowing and/or having reason to know that Defendants' policies and practices deny customers thirty (30) days of service.

61.     As a result of the above-referenced acts, Defendants have reaped unfair benefits and illegal profits at the expense of Plaintiff and Class members. Plaintiff and Class members have suffered injury in the form of failing to receive telecommunication services that were paid for by Plaintiff and Class members. Defendants should provide restitution by restoring to Plaintiff and the other Class member to their original positions.

62.     Defendants' untrue and misleading advertising, as described above, presents a continuing threat to members of the general public in that Defendants' are continuing, and will continue unless enjoined, to commit such violations of Section 17500.  This court is empowered to, and should, grant preliminary and permanent injunctive relief against such acts and practices.

63.     Plaintiffs also seek recovery of all attorneys' fees and litigation expenses pursuant to California Code of Civil Procedure § 1021.5.  Alternatively, Plaintiffs seek recovery of all attorneys' fees and all litigation expenses pursuant to the substantial benefit doctrine.  Plaintiffs also seek recovery of all attorneys' fees and other litigation expenses to be paid under the common fund doctrine or other authority requiring Defendants to pay Plaintiffs' attorneys' fees and litigation expenses.

## FIFTH CAUSE OF ACTION

**Violation of California's Unfair Competition Law, Bus. and Prof. Code § 17200 *et seq.***

64.     Plaintiff incorporates by reference the paragraphs listed above.

65.     Plaintiff brings this claim on behalf of himself and all others similarly situated in his representative capacity as a private attorney general against Defendants and Does 1 through 100, for their unfair, deceptive, untrue and misleading advertising as well as their unlawful, unfair business, and/or fraudulent acts and/or practices pursuant to California Business & Professions Code § 17200, *et seq.* ("UCL") which prohibits all unlawful, unfair, or fraudulent business acts or practices.

66.     Plaintiff asserts these claims as he is representative of an aggrieved group and as a private attorney general on behalf of the General Public and other persons who have been exposed to Defendant's unlawful, unfair, and/or fraudulent acts and/or practices and should be reimbursed under the restitutionary remedy provided by the UCL.

67.     Defendants' actions constitute unlawful business acts and practices because Defendants violated the CLRA, violated California Business & Professions Code § 17500, and committed fraud.

68.     Defendants committed acts of unfair competition, as defined by the UCL, by

16

engaging in the acts and practices described herein, and therefore are in violation of the UCL.

69.     As a result of their unfair, deceptive, untrue and misleading advertising as well as their unlawful and/or unfair and/or fraudulent acts and/or practices, Defendants have reaped unfair benefits and illegal profits at the expense of Plaintiff and Class members.  Defendants should provide restitution by restoring to Plaintiff and the other Class members to their original positions.

70.     The acts and practices alleged in the preceding paragraphs occurred in connection with Defendants' conduct of trade and commerce in California.

71.     As a direct and proximate result of the aforementioned acts, Defendants, and each of them, received and continue to hold monies which Plaintiff and the other Class members have a possessory interest in.

72.     Defendants' conduct constitutes unlawful, unfair, and/or fraudulent acts or practices conducted in the course of Defendants' respective businesses, and thereby constitutes violations of the UCL.  Such conduct offends the established public policy of the State of California and is immoral, unethical, oppressive, unscrupulous, and substantially injurious.

73.     Plaintiff and other Class members are entitled to equitable relief, including restitution, attorneys' fees and costs, prejudgment interest, and declaratory relief.

### SIXTH CAUSE OF ACTION

**(Declaratory Relief)**

74.     Plaintiff incorporates by reference all paragraphs above as if fully set forth herein.

75.     As alleged above, an actual controversy has arisen and now exists between Defendants and Plaintiff and members of the Class.

76.     Plaintiffs and members of the Class must decide whether to continue with Defendants as their provider of telecommunication services or locate a new phone provider.

77.     Under these circumstances, the Plaintiffs and members of the Class desire a declaration of their rights under the Agreement and Plaintiff requests that the Court declare

that he is entitled to the value of the amount of telecommunication services not provided by Defendants and that Defendants' policy and practice regarding the failure to reset customer bill cycles violates the Agreement.

78.     Accordingly, Plaintiffs demand relief in accordance with the "Prayer for Relief" set forth below, which is incorporated herein by this reference.

## PUNITIVE DAMAGES

79.     Defendants performed the acts herein alleged with malice or reckless indifference.  Plaintiff and the Class are thus entitled to recover punitive damages in an amount according to proof.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff and the Class pray for relief as follows:

80.     Certification of the case as a class action on behalf of the proposed class;

81.     Designation of Plaintiff as representative of the Class;

82.     Designation of Plaintiffs' Counsel of record as Class counsel;

83.     For monetary relief according to proof;

84.     For all damages sustained as a result of Defendants' conduct;

85.     For general damages according to proof;

86.     For exemplary and punitive damages in an amount commensurate with the Defendants' ability to pay, to deter future conduct, and to set an example for others;

87.     For costs incurred herein, including reasonable attorneys' fees and costs, including expert witness fees, to the extent allowable by law;

88.     For pre-judgment and post-judgment interest, as provided by law;

89.     For such ancillary orders, decrees and such further legal and equitable relief as may be necessary to enjoin and restrain the improper conduct and wrongdoing of Defendants; and

90.     For such other and further relief as the Court deems proper.

//

//

1    DATED:  July 26, 2013                    Respectfully submitted,

2                                             THE TIDRICK LAW FIRM

3                                       By:   /s/ Steven G. Tidrick

4                                             _____
                                             STEVEN G. TIDRICK, SBN 224760
5                                             THE TIDRICK LAW FIRM
                                             2039 Shattuck Avenue, Suite 308
6                                             Berkeley, California  94704
                                             Telephone:  (510) 788-5100
7                                             Facsimile:   (510) 291-3226
                                             E-mail:      sgt@tidricklaw.com
8
                                             Attorneys for Individual and Representative
9                                             Plaintiff George Abrams

10                          **<u>DEMAND FOR JURY TRIAL</u>**

11        Plaintiff in the above-referenced action, on his own behalf and on behalf of all persons

12   he seeks to represent, hereby demands a trial by jury on all counts.

13   DATED:  July 26, 2013                    Respectfully submitted,

14                                             THE TIDRICK LAW FIRM

15                                       By:   /s/ Steven G. Tidrick

16                                             _____
                                             STEVEN G. TIDRICK, SBN 224760
17                                             THE TIDRICK LAW FIRM
                                             2039 Shattuck Avenue, Suite 308
18                                             Berkeley, California  94704
                                             Telephone:  (510) 788-5100
19                                             Facsimile:   (510) 291-3226
                                             E-mail:      sgt@tidricklaw.com
20
                                             Attorneys for Individual and Representative
21                                             Plaintiff George Abrams

22

23

24

25

26

27

28
                                             19

Exhibit A

Log in | Register

71

Like    146

Submit Complaint

Search Company or Product

# Metro PCS

United States,
New York

Tweet   0        0        Recommend   0

Consumer complaints and reviews about Metro PCS

Soakked ✉ Send email                                                    Feb 23, 2012

### Hidden info that isn't told

My phone was disconnected for non payment on April 26th (broke my leg, and didn't have money). I reconnected it on May 6th. Today I received an advanced notice stating that I needed to pay May 26th. I called the company and asked why if I paid for a full month on the 26th. The rep asked to verify my info by asking for an 8 digit pin that I never made or received during orginial purchase (over a year ago). He then asked for a security question, again that I never answered in the past. Eventually he told me that no matter what day I chose to make payment, the original day of connection would still be charged. So I lost 10 days for nothing. So basically if your regular cycle to pay is the 5th of each month and your phone is disconnected for on the 5th of the previous month for non payment, if you choose to make payment on the 4th to reconnect your phone, you will still have to pay on the 5th again. If you are disconnected, the payment that you make to reconnect it for a month only reconnects for the following cycle no matter if it's only a day. Picture that. Time to move on to a different carrier.

Lilmomma218 ✉ Send email                                                Feb 23, 2012

### Hidden info that isn't told

All you have to do to resolve this issue is pay a $5 fee and request a bill cycle reset. This option is only available if your service has been off for atleast 7 days.

VICTORI ✉ Send email                                                    Feb 23, 2012

### Bad costumer srevice

MetroPCS-Fordham309 E Fordham Rd
Bronx, NY 10458
I had the work headache yesterday, after spending almost 3 hours trying to get all my information from one phone to another.All that time and at the end of the day they didn't do it at all. Had me waitting all that time for nothing. I am super upseeeeet at metro pcs staff member at MetroPCS-Fordham309 E Fordham Rd
Bronx, NY 10458

David Beaver ✉ Send email                                               Feb 23, 2012

### Bad costumer srevice

My new phone keeps dropping calls all the time, was told by customer service rep, it is due to the lack of limit towers they have available.

David Beaver ✉ Send email                                               Feb 23, 2012

### Bad costumer srevice

My problem was my new phone keeps dropping calls all the time. Told by the rep. it is due to the limited towers they have.

Previous   1   Next

## Complaint Registration Form

ℹ **Information of the Company you are complaining about**

**Subject of Complaint**        [                              ] ✔

**City (optional)**             [                              ]

**Complaint Details**

[                                                                    ]

### Recently Updated Complaints

**cop@vsnl.net - LOST OF MOBILE**
Name : Jagdev Singh Rana Adress: E-210,
STREET NO-4,...

**Sony Xperia P - lost cellphone**
lost my cellphone while waiting for bus on a bus
stop...

**RESERVE BANK OF INDIA FOREIGN
REMITTANCE DEPARTMENT - is it true or
false**
BBC LIVE CLAIM UK <bbcgift@live.com> 8/4/12
to...

**DEBT DOCTOR - cibil credit report help and
advice**
Hi, We are Financial Legal Advisers. We
render...

**24662 - get your genue loan online without
upfront fee**
attention: hello are you need of a loan to solve...

**8341 - apply now and aim your prize**
attention: hello are you need of a loan to solve...

**NOKIA 5230 - LOST**
please find the mobile..details are following...
Your...

**Team lava, llc - Team lave llc**
Team lava llc have taken £456.31 pounds
sterling fro my...

**DRI'AVAST Software orderfind - Purchased
item not delivered**
I purchased 3year Avast internet security avast
software...

**Logo Loft - Logo & Web Site Design**
I don't know where should I start. I need a logo...

**Ripoff Report** | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...

Ripoff Report **Verified** Business Directory™



See It Now
...businesses you can trust!

Don't let them get away with it.® Let the truth be known!™

| Home | Help | | | Register to File a Report | Login |

Total Visits since 1998: **8,799,997,796**   Estimated money Consumers saved since 1998: **$15,399,996,142.13**   Reports filed: **1,648,679**

FILE A REPORT | Update a Report | Latest Reports | Consumer Resources | Consumers Say Thank You | Legal Directory | Corporate Advocacy | Company Name or Report #

■ Ripoff Report protects consumers first amendment right to free speech

Review Latest Reports   Advanced Search   Browse Categories

SPRING INTO SUMMER at Bluechip
Packages Starting At $85
BOOK NOW
AdChoices

Report: #658212

Is there a Ripoff Report about you!? SEO Reputation Management WARNING!   Click Here Now!

# Complaint Review: METRO PCS

### Related Reports

metro pcs store Dishonest Practice Forest Hills, New York

METRO PCS False Advertisement - 50$ Rebate Richardson, Texas

metro pcs liers Internet

Metro PCS Bait & Switch! Dallas Texas

Metro PCS Haltom City Tx Bad Cell Phone Sales Richland Hills Texas

Metro PCS failed to produce rebate that was promised Internet and Texas

Metro PCS Rebate Ripoff and Stonewall Tactics. El-Paso, Texas

Metro Pcs Refused Billing Cycle Reset Ocala, Florida

METRO pcs Stole my money and refused a refund on services , Internet

Metro Pcs Poor service Misleading Information Waco Texas

**Submitted:** Thu, November 04, 2010   **Updated:** Sat, April 16, 2011
**Reported By:** homilus — Salinas California USA

METRO PCS
Internet
United States of America

Phone:
Web: www.metropcs.com
Category: Cellular Phone Companies

## METRO PCS RIPP ME OFF Internet

### *UPDATE Employee: Bill Cycle Reset

Recommend this on Google   Tweet 0   Like 0

REBUTTAL BOX™ | Respond to this Report!

| Add Rebuttal to this Report | Aribitrate & Set Record Straight |
| File New Report | Repair Your Reputation |

0 Author   1 Consumer   0 Employee/Owner

### Featured Ripoff Reports



**Ben Smith Sac County Iowa Attorney prosecutorial misconduct, improper relationship with star witnesses, allowing witnesses to knowingly lie. Tracey Richter Roberts falsely convicted, overwhelming evidence leads to estranged husband Michael Roberts,**

Well  have metro pcs for almost 5 years already with the same due date which is every 29th of the month Unfortunatly on the september 29th 2010 i dint gave my payment becouse i dint had no maney so my phone was disconnected for about 22 days. On october 22 2010 i made my payment online and i got my servise restored in about 30 minutes the next day i reacived a text messege saying that i needed to pay my bill all over again on october 29 2010...Man. I got pist and i called customer service One thing i hate about metro pcs costumer service is the automated system..it had me for almost 20 minutes telling me that it didnt understand plese try again..after that i manage to speak with an agent and I asked him why do i have to pay again if i had bearly made a payment. they said "thats for the month of october" ok well i dint had service so im i asked him why am i been charged if my phone wasnt activated i had no maney to payit so basically i payed $40 for only seven days. I also asked him well can i at lest get a credit at least for half of the next month he said no. this is the first time that something like this happens to me so basically i had to pay again....man im still pist till dis day...bbegginig


TIMESHARE or CRIMESHARE
VO Financial Corporation is the only one you can trust. If you are a victim, it ends today!

Ripoff Report verified
...businesses you can trust!

File a Legal NAME CHANGE
LEGALCENTRAL

BOOTS APPAREL ACCESSORIES NIGHT OPTICS BODY ARMOR
MORETACTICAL.COM

Real Estate Increase throug...

Advertisers above have met our strict standards for business conduct

Terror Group Gets 'A' Rating From Better Business Bureau?
2020
BBB

Does your business have a bad reputation? Fix it the right way.
**Corporate Advocacy Program™**

SEO Reputation Management
at its best!



**Rexxfield failed polygraph, witness intimidation, evidence tampering. Iowa Division of Criminal Investigation corruption.**

**The New "Digital Extortion"**
**Is there a Ripoff Report on you?**

**Reputation Management SEO WARNING!**
**They might contact you next!**

Past Featured Reports

Ripoff Reports


Online Income Jobs Wanna get money from "George Rezitis" Clifton New Jersey


Route 44 Toyota Route 44 Toyota: LOST to a LEMON! ravnham Massachusetts


Gay Men of African Descent GMAD NEEDS TO PAY THEIR BILLS! ROBERT L. CRAWFORD, YOU'RE OUT OF LUCK! Brooklyn New York


Gametag MMO-trading company Internet Florida


Fastloan4me They entered my checking account without permission an took 300 dollars Internet

Hot Wire.com Ripped off for the amount of $106.67 San Francisco California


Dukes Financial Service - Mike Kruzel is known as a Rapest and is employeed by Duke Financial Services Santa Monica California


Sasha Stone stole my wallet, watches, cash, credit cards, and 30k worth of jewelry. Los Angeles California

Kelly's of Naples INFESTED, OVER-PRICED, GREASY MANAGEMENT, SERVING DISAPPOINTMENTS Long Beach California

Luis

This report was posted on Ripoff Report on 11/04/2010 04:01 AM and is a permanent record located here: http://www.ripoffreport.com/METRO-PCS/Internet/METRO-PCS-RIPP-ME-OFF-Internet-658312. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on METRO PCS

**Search for additional reports**
If you would like to see more Rip-off Reports on this company/individual, search here:

[METRO PCS] [Search]    Search Tips











**Report & Rebuttal**

| Respond to this report! | Also a victim? | Repair Your Reputation! |
|---|---|---|
| File a Rebuttal | File a Report | Get Started |

**Arbitrate**
Remove Reports?
No! Better yet! Arbitrate to set the record straight!

REBUTTALS & REPLIES:

**Updates & Rebuttals**

| 0 | 1 | 0 |
|---|---|---|
| Author | Consumer | Employee/Owner |

**#1 UPDATE Employee**

## Bill Cycle Reset

AUTHOR: jayneedoe - (United States of America)
SUBMITTED: Saturday, April 16, 2011

Ok basically MetroPCS makes you pay for the month you missed up to 60 days of non-payment. Technically your service is still active just suspended for non-payment. Metropcs does this so your number is not given away after you miss a months payment. Metropcs is aware that things happen, people miss payments etc. However, to avoid having to pay for two months of service, you should request your agent do a bill cycle reset. What is a billy cycle reset you ask? It is when Metropcs resets your billing date to the same day the following month. For example, you are due on the 15th of each month. You are due 4/15/11 but don't get in to pay until 5/1. At that time you need the request your agent perform a bill cycle reset so that you are not due again until 6/1 instead of 5/15. I hope this makes sense. There is a charge for a bill cycle reset. $5 is the fee but with tax it usually averages about $5.75. The bill cycle reset is not really advertised but you do qualify for one as long as you have been suspended for at least 7 days and you are still within your sixty day grace period for saving your number.

**Respond to this report!**  [File a Rebuttal]

**Report & Rebuttal**

| Respond to this report! | Also a victim? | Repair Your Reputation! |
|---|---|---|
| File a Rebuttal | File a Report | Get Started |

**Arbitrate**
Remove Reports?
No! Better yet! Arbitrate to set the record straight!

**Ripoff Report** | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...


Ripoff Report **Verified** Business Directory™

Don't let them get away with it.® Let the truth be known!™

See It Now
...businesses you can trust!

| Home | Help |

Register to File a Report        Login

Total Visits since 1998: **8,799,997,796**        Estimated money Consumers saved since 1998: **$15,399,996,142.13**        Reports filed: **1,648,676**

| FILE A REPORT | Update a Report | Latest Reports | Consumer Resources | Consumers Say Thank You | Legal Directory |

Company Name or Report #

Corporate Advocacy

■ Ripoff Report protects consumers first amendment right to free speech

Review Latest Reports      Advanced Search      Browse Categories


CERTIFIED PRE-OWNED DEVICES Free Shipping — GET YOURS WHILE SUPPLIES LAST. verizon — Learn More

Report: #1040428

# Complaint Review: Metro Pcs

Related Reports

**Submitted:** Wed, April 03, 2013        **Updated:** Wed, April 03, 2013

Is there a Ripoff Report about you!? SEO Reputation Management WARNING!    Click Here Now!

Forest Hills, New York

METRO PCS False Advertisement - 50$ Rebate Richardson, Texas

metro pcs liers Internet

Metro PCS Bait & Switch! Dallas Texas

Metro PCS Haltom City Tx Bad Cell Phone Sales Richland Hills Texas

Metro PCS failed to produce rebate that was promised Internet and Texas

Metro PCS Rebate Ripoff and Stonewall Tactics. El-Paso, Texas

Metro Pcs Refused Billing Cycle Reset Ocala, Florida

METRO pcs Stole my money and refused a refund on services , Internet

Metro PCS Poor service Misleading Information Waco Texas

| Metro Pcs | Phone: |
| Ocala, Florida | Web: metropcs.com |
| United States of America | Category: Cellular Phone Companies |

## Metro Pcs Refused Billing Cycle Reset Ocala, Florida

Recommend this on Google    Tweet 0      Like 0

REBUTTAL BOX™ | Respond to this Report!

| Add Rebuttal to this Report | Aribitrate & Set Record Straight |
| File New Report | Repair Your Reputation |

I have been a Metro Pcs customer with three lines for a little over two years now and although I have known they do not have very good customer service, I really never had any major issues until today. My payment is due on the third of each month; however, due to unforeseen circumstances I was unable to pay on the third of March. On March 22, 2013 I made payment for all three lines online and contacted customer service about resetting my billing cycle dates, since this is "prepaid" service. Customer service advised me that I would need to take care of that in my local store and that there would be a $5 service fee. Since I live a ways from town, I asked if there was a time frame that this needed to be done by and was advised that it just needed to be done no later than the third of April, since my service would be disconnected on the fourth for nonpayment if the billing cycle was not reset.

Today, April 3, 2013 I went into my local Metro Pcs store to have my billing cycle reset and was advised that they were unable to reset it and that I would have to make

| 0 | 0 | 0 |
| Author | Consumer | Employee/Owner |

Terror Group Gets 'A' Rating From Better Business Bureau?
2020
BBB

Does your business have a bad reputation? Fix it the right way.
**Corporate Advocacy Program™**

SEO Reputation Management
at its best!

Featured Ripoff Reports



**Ben Smith Sac County Iowa Attorney prosecutorial misconduct, improper relationship with star witnesses, allowing witnesses to knowingly lie. Tracey Richter Roberts falsely convicted, overwhelming evidence leads to estranged husband Michael Roberts,**


DIVERSIFY WITH GOLD GET YOUR FREE INVESTOR KIT TODAY
LEARCAPITAL The Precious Metal Leaders — Buy Now!

Ripoff Report verified ...businesses you can trust!

TIMESHARE OR CRIMESHARE
CHOICES ARE GOOD GOLD OR SILVER?
Goldline
Learn more

Advertisers above have met our strict standards for business conduct

**Rexxfield failed polygraph, witness intimidation, evidence tampering. Iowa Division of Criminal Investigation corruption.**

**The New "Digital Extortion"**

Is there a Ripoff Report on you?



**Reputation Management SEO WARNING!**
They might contact you next!

Past Featured Reports

Ripoff Reports


Online Income Jobs Wanna get money from "George Rezitis" Clifton New Jersey


Route 44 Toyota Route 44 Toyota; LOST to a LEMON! ravnham Massachusetts


Gay Men of African Descent GMAD NEEDS TO PAY THEIR BILLS! ROBERT L. CRAWFORD, YOU'RE OUT OF LUCK! Brooklyn New York


Gametag MMO-trading company Internet Florida

Fastloan4me They entered my checking account without permission an took 30 dollars Internet

Hot Wire.com Ripped off for the amount of $106.67 San Francisco California


Dukes Financial Service - Mike Kruzel is known as a Rapest and is employed by Duke Financial Services Santa Monica California


Sasha Stone stole my wallet, watches, cash, credit cards, and 30k worth of jewelry. Los Angeles California


Kelly's of Naples INFESTED, OVER-PRICED, GREASY MANAGEMENT, SERVING DISAPPOINTMENTS Long Beach California

representative told me, not to worry if I made a payment today it would carry me until May 3, 2013! My response was "Are you kidding me??, because I am not finding it funny at all." So basically, they are telling me that I paid for three lines to have 12 days service with the payment I made on the 22nd of March and now in order to keep my service I must pay another month. I went with their service because it was prepaid and no contract; therefore, my understanding was that when I pay, I would recieve service for that "MONTH". So, now in order to keep my service I must pay them another $125, which makes a total of $250 for 42 days service.

Some how, it really does not make sense to me; but, they seem to think it makes perfect sense to take advantage of loyal customers. I also want to add that I have never in my life filed a complaint of this type; however, this is not good business and people need to know that this company does not seem to care about their loyal customers. When I switched to their company so did about 25 or so of my friends and family (and many of their other friends and family members); therefore, when I switch to a new company that will be respectful of my business, so will my friends and family, along with their other friends and family members. I could have went with a company that offers contracts and great discounts on out of the line phones for signing a contract if I wanted to be obligated to pay for service monthly whether I used it or not; instead, knowing there would be times that we would not need service, I chose prepaid.

This report was posted on Ripoff Report on 04/03/2013 03:45 PM and is a permanent record located here: http://www.ripoffreport.com/r/Metro-Pcs/Ocala-Florida-/Metro-Pcs-Refused-Billing-Cycle-Reset-Ocala-Florida-1040428. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on Metro Pcs

### Search for additional reports

If you would like to see more Rip-off Reports on this company/individual, search here:

| Metro Pcs | Search | Search Tips |

### Report & Rebuttal

**Respond to this report!**
File a Rebuttal

**Also a victim?**
File a Report

**Repair Your Reputation!**
Get Started

### Arbitrate

**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!



4 Employees in our office lost their homes or they were severely damaged in Moore/OKC on May 20th. If you would like to help with food, clothing or donations we can accept online gift certificates (send to customerservice@wegolook.com) or montary donations through Paypal (paypal@wegolook.com).

WeGOLook


OXI FRESH CARPET CLEANING
• Oxi Fresh Was Made to be Green
• A Franchise With a Proven Growth Record
• An Award Winning Franchise
• We Meet the Needs of our Franchisees


New Golden Rule #82
TWO PRECIOUS METALS ARE BETTER THAN ONE.
The limited edition War of 1812 bullion coins.
Learn more ›
Goldline INTERNATIONAL INC
888-561-5616


Power Companies Hate This!
Energy companies are terrified that people will learn how to produce Free Electricity for their homes using this unique device...
Click to Watch Video Now
POWER4 PATRIOTS

Is there a Ripoff Report about you? SEO Reputation Management WARNING! Click Here Now!

**Ripoff Report** | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...

Don't let them get away with it.® Let the truth be known!™

Ripoff Report **Verified** Business Directory™

Ripoff Report verified & safe ...businesses you can trust!
See It Now

| Home | Help |
|------|------|

Register to File a Report       Login

Total Visits since 1998: **8,799,997,796**      Estimated money Consumers saved since 1998: **$15,399,996,142.13**      Reports filed: **1,648,677**

| FILE A REPORT | Update a Report | Latest Reports | Consumer Resources | Consumers Say Thank You | Legal Directory | Corporate Advocacy | Company Name or Report # |

▪ Ripoff Report protects consumers first amendment right to free speech

Review Latest Reports    Advanced Search    Browse Categories

Interest Based Ad

▶ **Restaurant Manager**
Apple Sauce, Inc/AppleIII...
Applebee's
South Bend, IN

▶ **Regulatory Comp...**
JOB SUMMARY: This position...
Biomet, Inc
Warsaw, IN

▶ **Service Sales R...**
BEFORE YOU APPLY ONLINE:
I...
Cintas Corporation
La Porte, IN

▶ **Machinist I- To...**
These are 2nd-shift positi...
Arthrex, Inc.
Naples, FL



**Report:** #654343

# Complaint Review: Metro PCS

**Related Reports**

metro pcs store Dishonest Practice Forest Hills, New York

METRO PCS False Advertisement - 50$ Rebate Richardson, Texas

metro pcs liers Internet

Metro PCS Bait & Switch! Dallas Texas

Metro PCS Haltom City Tx Bad Cell Phone Sales Richland Hills Texas

Metro PCS failed to produce rebate that was promised Internet and Texas

Metro PCS Rebate Ripoff and Stonewall Tactics. El-Paso, Texas

Metro Pcs Refused Billing Cycle Reset Ocala, Florida

METRO pcs Stole my money and refused a refund on services , Internet

Metro PCS Poor service Misleading Information Waco Texas

**Submitted:** Sat, October 23, 2010    **Updated:** Sat, October 23, 2010
**Reported By:** Elaina — Mesquite Texas United States of America

Metro PCS
Richardson, Texas
United States of America

**Phone:** 1-888-863-8768
**Web:** www.metropcs.com
**Category:** Cellular Phone Companies

## Metro PCS Advertised AS PRE PAID CELL SERVICE, BUT RIPPED ME OFF !! Richardson Texas

Recommend this on Google    Tweet 0    Like 0

REBUTTAL BOX™ | Respond to this Report!

| Add Rebuttal to this Report | Aribitrate & Set Record Straight |
| File New Report | Repair Your Reputation |

I have had service with Metro PCS for almost a year. It's a pre paid phone service that is due monthly, in advance , the amount of the plan you selected. Because my income is limited, many times my service has been disconnected. If your service is disconnected for 30 days. Your account is closed and you must open a new account to regain service, which requires you are assigned a new number. In the past, I have always made the monthly payment to reconnect service within the 30 days time limit. Therefore my cell number has remained the same. I have been required to pay a 5.00 service charge so the due date for my account could be adjusted , so the next payment due would provide the 30 days of service I paid in advance. Yesterday, by credit card on the phone, I paid my balance in full and the 5.00 late charge required to adjust the payment date. My cell account status stated I would owe another full monthly payment on the 29th, 6 days from paying for a months service. I called customer service , spoke with a supervisor and was told that my payment due date could not be change, I would only recieve 6

| 0 Author | 0 Consumer | 0 Employee/Owner |

Terror Group Gets 'A' Rating From Better Business Bureau?

2020
BBB

Does your business have a bad reputation?
Fix it the right way.
**Corporate Advocacy Program™**

SEO Reputation Management
at its best!

**Featured Ripoff Reports**



**Ben Smith Sac County Iowa Attorney** prosecutorial misconduct, improper relationship with star witnesses, allowing witnesses to knowingly lie. Tracey Richter Roberts falsely convicted, overwhelming evidence leads to estranged husband Michael Roberts,


TIMESHARE or CRIMESHARE
VO Financial Corporation is the only one you can trust.
If you are a victim, it ends today!

Ripoff Report verified ...businesses you can trust!

BOOTS APPAREL ACCESSORIES NIGHT OPTICS BODY ARMOR
MORETACTICAL.COM

Re•estor Real Estate Agents & LOs: Increase Your Profits through Investors Learn How NOW!

Advertisers above have met our strict standards for business conduct

**Rexxfield failed polygraph, witness intimidation, evidence tampering. Iowa Division of Criminal Investigation corruption.**

**The New "Digital Extortion"**
**Is there a Ripoff Report on you?**



**Reputation Management SEO WARNING!**
**They might contact you next!**

My cell has been disconnected many times and the due date adjusted so that I would get my full months service for my monthly payment. Not only have they taken the 5.00 extra for late charge and to adjust the due date. They are cheating me of over 3 weeks of service I paid for in advance. PLEASE HELP ME!!!!! I can't find any contact information for Corporate Headquarters and am not allowed access to my account online. Too make sure I had my sign in infomration correct, I accessed the sign in help link and recieved an email with the user name and password but still can't access my account!!!!

This report was posted on Ripoff Report on 10/23/2010 08:27 AM and is a permanent record located here: http://www.ripoffreport.com/r/Metro-PCS/Richardson-Texas-75150/Metro-PCS-Advertised-AS-PRE-PAID-CELL-SERVICE-BUT-RIPPED-ME-OFF-Richardson-Texas-654343. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on Metro PCS

## Search for additional reports

If you would like to see more Rip-off Reports on this company/individual, search here:

Metro PCS    [Search]    Search Tips

## Report & Rebuttal

**Respond to this report!** | **Also a victim?** | **Repair Your Reputation!**
File a Rebuttal | File a Report | Get Started

## Arbitrate

**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!

**Past Featured Reports**

**Ripoff Reports**


Online Income Jobs Wanna get money for "George Rezitis" Clifton New Jersey


Route 44 Toyota Route 44 Toyota; LOST to a LEMON! ravnham Massachusetts


Gay Men of African Descent GMAD NEEDS TO PAY THEIR BILLS! ROBERT L. CRAWFORD, YOU'RE OUT OF LUCK! Brooklyn New York


Gametag MMO-trading company Internet Florida


Fastloan4me They entered my checking account without permission an took 30 dollars Internet

Hot Wire.com Ripped off for the amount of $106.67 San Francisco California


Dukes Financial Service - Mike Kruzel is known as a Rapest and is employeed by Duke Financial Services Santa Monica California


Sasha Stone stole my wallet, watches, cash, credit cards, and 30k worth of jewelry. Los Angeles California


Kelly's of Naples INFESTED, OVER-PRICED, GREASY MANAGEMENT, SERVING DISAPPOINTMENTS Long Beach California









Login | Signup (http://www.pissedconsumer.com/user/signup.html)

**Pissed Consumer**

Tell the World. Be heard.
(http://www.pissedconsumer.com)

enter a company name or a keyword to search

Follow us:
(http...)

Submit Complaint (Http://Www.pissedconsumer.com/Post-Complaint.html?
Source_article_id=232621&firm_id=3386)
Companies (Http://Www.pissedconsumer.com/Browse-Companies.html)
Browse Companies (Http://Www.pissedconsumer.com/Browse-Reviews.html)
Business S...
Blog (Http...
Sample Co...                                                            ...ter-Sample.html)

XFINITY VOICE   $19.99   BEST CALL CLARITY   A MONTH FOR 6 MONTHS   xfinity   LEARN MORE

# The TRUTH about Metro PCS....

by   MrMetroPCS (http://www.pissedconsumer.com/people/mrmetropcs.html)   Oct 19, 2011   Review #: 269109

← Previous
(http://www.pissedconsumer.com/reviews-
by-
company/metro-
pcs/metro-pcs-
tried-to-cheat-
me-out-of-300-
dollars-
20111019269287.html)

**120** of **179** Metro Pcs Reviews

Next →
(http://www.pissedconsumer.com/reviews-
by-
company/metro-
pcs/no-
contarct-means-
contract-
20111011267374.htm

Submit complaint
(http://www.pissedconsumer.com/
complaint.html?
source_article_id=232621&firm_id

Straight Talk wireless   Switch & save nearly $1000* a year.   $45 30-DAY PLAN UNLIMITED TALK, TEXT & DATA   SAVE NOW

| Company | Metro PCS (http://www.pissedconsumer.com/reviews-by-company/metro-pcs.html) |
| --- | --- |
| Location | Groton, Connecticut (http://www.pissedconsumer.com/reviews-by-company/metro-pcs/connecticut/groton.html) |
| Category | Media (http://www.pissedconsumer.com/consumer-reviews/communications.html) |
| Views | 1092 |

I see a lot of people carrying on about how horrible Metro PCS is. Well I work for a Metro PCS in Connecticut and am here to let everyone know about how things are SUPPOSED to work:.

1)Return Policy: As long as the phone is UNDER 60 minutes TALK time and LESS than 7 days old with no water or physical damage you should receive all of your money back (for the phone and the plan) NO QUESTIONS ASKED'. THERE IS NO RESTOCKING FEE!. You can text and use data plan as much as you want but if you go over the 60 minutes talk time or bring the phone back after the 7 days it's yours!. I found out recently that the day your purchase your phone is considered day one!. So if you purchase on a Monday you have until Sunday to return it!. METRO PCS DOES NOT ALLOW YOU TO RETURN ACCESSORIES so I would make sure the service is adequate before purchasing'.

2)Bill payment:. The day you purchase your phone is considered your anniversary date. The bill will be due the day before you purchased your phone. For example if you buy the phone on 5/4/2011 your bill date will be 6/3/2011 and it will be due every 3rd thereafter. If you don't pay your bill on the 3rd it will go off at about 11 am (eastern standard). If you pay from 6/4-6/9 YOU STILL HAVE TO PAY YOUR BILL ON 7/3. HOWEVER if you come in on 6/10 you can do what is called a bill cycle reset. Basically you pay an additional $5 on top of whatever your bill is and (for the sake of argument) your next bill due date would be 7/10, giving you the full 30 days of service.

These are ALL things they should be telling you and if not I do apologize. I care a great deal about my customers' satisfaction and Metro PCS as well. If you have any other questions please leave your email down below and I will answer anything else you would like to know about Metro PCS. We need to have our name restored. And the only way to do that is by informing the public about these things. I wish you all the best and if you are ever in Connecticut and need service I am here and will do all I can (within reason) to make you happy. 39c00f2

Useful (20)   Funny (0)   Bullshit (104)  ►

Report Spam

Pissed Consumer   Like
16,852 people like Pissed Consumer.
Facebook social plugin

Ads by Google (http://www.google.com/url?
ct=abg&q=https://www.google.com/adsense/support/bin/request.py%3Fcontact%3Dabg_afc%26url%3Dhttp://www.pissedconsumer.com/reviews-
by-company/metro-pcs/the-truth-about-metro-pcs-
20111019269109.html%26gl%3DUS%26hl%3Den%26client%3Dca-pub-
5723196868151024%26ai0%3DCMmu6xyPHUa2XDsetqwHV84HQCM7zibcD5veK4UXAjbcBEAEgotr6BlC7-

Exhibit B

Zip Code 94566  edit  |  Store Locator  |  Coverage Map  |  En Español  |  Support  Search MetroPCS  🔍

Activate & Select Plan  |  Make a Payment  |  Sign In  |  Sign Up  |  Cart (0 items)

| **Why MetroPCS** Everybody's moving to metro | **Phones & More** Smartphones, Accessories & More | **Plans & Services** Unlimited Talk, Text and Data | **MetroMarket** Music, Videos, Ringtones, Apps | **Manage & Pay** Activate, Pay, My Account |
|---|---|---|---|---|

Home  >  Terms And Conditions

Terms And Conditions

MetroPCS Terms and Conditions of Service　▶
eWallet Terms and Conditions
MetroWEB Terms of Use
Online Terms of Use
Privacy Policy
eWallet PrivacyPolicy
Consumer Protection Terms of Use
Wi-Fi Terms and Conditions
California Cramming Compliance
California Transparency in Supply Chains Act of 2010 SB 657 Disclosure
By the Minute Terms and Conditions
By the Week Terms and Conditions
Long Distance Terms and Conditions

Loopt Terms of Service
Metro411 Basic Terms and Conditions
Metro411 Premium Terms of Use
Metro411 UnlimitedTerms and Conditions
MetroSTUDIO Terms and Conditions
Metro Total Protection Terms and Conditions
MetroPCS Terms of Service International Roaming
MyExtras Terms of Service
Network Disclosure
Pocket Express Terms of Use
Rhapsody Unlimited Music Terms and Conditions
UILD Terms and Conditions
San Francisco 408 Area Code Overlay Notification

**MetroPCS Terms and Conditions of Service**

Welcome to MetroPCS. We are pleased that you have selected us as your wireless carrier. Please use this page as a reference for questions about your service and the terms and conditions of service that govern the service you have purchased from MetroPCS. These Terms and Conditions of Service apply to all wireless services provided by us to you and consist of several parts, which may be amended from time to time:

- The MetroPCS Terms and Conditions of Service
- eWallet Terms and Conditions
- MetroPCS Start of Service Form
- Your MetroPCS Rate Plan
- The MetroPCS Privacy Policy
- eWallet Privacy Policy
- The MetroPCS Online Terms of Use
- The MetroPCS Wi-Fi Terms of Use

The terms and conditions relating to any additional features you may have selected or as may be included in your Rate Plan, including, but not limited to:

- MetroWEB Terms of Use
- MetroSTUDIO Terms of Use
- Pocket Express Terms of Use
- Loopt, Inc. Terms of Service
- Metro411 Terms of Use
- MyExtras Terms of Service
- Metro Total Protection Terms and Conditions
- MetroPCS Unlimited International Calling

In the event that the terms and conditions relating to a feature you may have selected or may be included in your Rate Plan conflicts with the MetroPCS Terms and Conditions of Service, the Terms and Conditions of Service shall control.

**By: (a) giving us a written or electronic signature or telling us orally that you accept the MetroPCS Terms and Conditions of Service; (b) activating Service (if you are a new subscriber); (c) using your Service after your Service is activated or after you make a change or addition to your Service; (d) paying for the Service; or (e) failing to activate Service within 30 days after the purchase of your wireless device, unless you return your wireless device within MetroPCS' applicable return period, you agree to the MetroPCS Terms and Conditions of Service and the terms and**

conditions of service and use related to any feature you may have selected or may be included in your Rate Plan, including, but not limited to:

- You waive your right to a jury trial in disputes with MetroPCS
- Your disputes with MetroPCS will be decided by an arbitrator
- You waive your right to institute or participate in class action litigation against MetroPCS
- You will provide MetroPCS with accurate information about yourself
- MetroPCS may communicate with you from time to time about your Service
- You will pay all taxes and regulatory fees even if your rate plan is inclusive of taxes and regulatory fees; and MetroPCS may terminate your Service if you fail to timely pay for your Service or violate the Terms and Conditions of Service in any way, including abuse of the Service or violations of applicable laws.

MetroPCS Terms and Conditions of Service ("Agreement")

Revised: June 29, 2012

When you initiate Service with MetroPCS, you may receive a Start of Service form, this Agreement, and a brochure detailing the coverage available in your service area. These materials are part of your Agreement with MetroPCS. This Agreement governs the sale, use and delivery of wireless services ("Service" or "Services") to you (the purchaser or user of the Services) by MetroPCS Wireless, Inc. and any of its subsidiaries ("us," "we," "our" or "MetroPCS"). Certain other laws may also govern our provision of Services to you and such laws are incorporated in their entirety by this reference into this Agreement as if set forth in this Agreement. Your service is also subject to, and you agree to adhere to, our business policies, practices, and procedures, which we can change without notice to you (collectively, the "Policies"). Offers may not be available everywhere or combinable with other promotions/options. This Agreement, the Start of Service form, if any, the terms included in the Rate Plan brochure(s) describing your plan and services, if any, terms of service for products and services not otherwise described herein that are posted on applicable MetroPCS websites or in applicable product or service brochures, if any, and any documents expressly referred to herein or therein, if any, make up the complete agreement between you and us and supersede any and all prior and contemporaneous agreements, arrangements, representations, advertising, contracts, statements, offers, and understandings relating to the subject matter of this Agreement, whether oral or written, including, but not limited to, all previous versions of the Terms and Conditions of Service. You cannot rely on any other documents or statements by any sales person, service representative or other agent. You acknowledge and agree that you have not relied on any representation, assertion, guarantee, warranty, contract or other assurance, stated or made by anyone except those set out in this Agreement.

**IMPORTANT: READ THIS AGREEMENT CAREFULLY. IT REQUIRES THE USE OF INDIVIDUAL ARBITRATION RATHER THAN JURY TRIALS OR CLASS ACTIONS TO RESOLVE DISPUTES. ARBITRATION IS MORE INFORMAL THAN LITIGATION BECAUSE IT USES A NEUTRAL ARBITRATOR INSTEAD OF A JUDGE OR JURY AND ALLOWS FOR LESS DISCOVERY AND LESS APPELLATE REVIEW THAN IN COURT.**

**IF YOU ARE A NEW CUSTOMER, YOU ACCEPT THESE TERMS AND CONDITIONS AND AGREE TO COMPLY WITH ALL APPLICABLE LAWS AND POLICIES BY DOING ANY OF THE FOLLOWING: (A) GIVING US A WRITTEN OR ELECTRONIC SIGNATURE, OR TELLING US ORALLY THAT YOU ACCEPT THESE TERMS AND CONDITIONS; (B) ACTIVATING SERVICE; (C) USING YOUR SERVICE AFTER YOUR SERVICE IS ACTIVATED OR YOU MAKE A CHANGE OR ADDITION TO YOUR SERVICE; (D) PAYING FOR THE SERVICE; OR (E) FAILING TO ACTIVATE SERVICE WITHIN 30 DAYS AFTER THE PURCHASE OF YOUR WIRELESS DEVICE, UNLESS RETURNED WITHIN METROPCS' APPLICABLE RETURN PERIOD. BY DOING ANY OF THE FOREGOING, YOU ARE INDICATING YOUR INTENT TO BE BOUND BY THE TERMS AND CONDITIONS OF SERVICE OF THIS AGREEMENT. IF YOU ARE A NEW CUSTOMER AND YOU DO NOT AGREE TO THIS AGREEMENT, DO NOT INITIATE SERVICE.**

**IF YOU ARE AN EXISTING CUSTOMER, YOU ACCEPT THESE TERMS AND CONDITIONS AND AGREE TO COMPLY WITH ALL APPLICABLE LAWS AND POLICIES BY DOING ANY OF THE FOLLOWING: (A) GIVING US A WRITTEN OR ELECTRONIC SIGNATURE, OR TELLING US ORALLY THAT YOU ACCEPT; (B) USING YOUR SERVICE AFTER YOUR SERVICE IS ACTIVATED OR YOU MAKE A CHANGE OR ADDITION TO YOUR SERVICE; (C) USING YOUR SERVICE AFTER YOU MAKE A CHANGE OR ADDITION; OR (D) PAYING FOR THE SERVICE. IF YOU ARE AN EXISTING CUSTOMER AND THE SERVICE IS PROVIDED TO YOU UNDER A PRIOR AGREEMENT AND YOU DO NOT AGREE TO THIS AGREEMENT, YOU MUST TERMINATE SERVICE AS SET FORTH IN THE PRIOR AGREEMENT; PROVIDED, HOWEVER, THAT IF YOU CHOOSE TO TERMINATE SERVICE YOU WILL STILL BE BOUND BY THE PRIOR AGREEMENT, INCLUDING YOUR OBLIGATION TO PAY ANY OUTSTANDING AMOUNTS AND YOUR AGREEMENT TO ARBITRATE DISPUTES. IF YOU HAVE ANY QUESTIONS, DO NOT ACTIVATE OR USE YOUR SERVICE, AND CONTACT METROPCS OR ITS AUTHORIZED DEALERS TO HAVE YOUR QUESTIONS ANSWERED.**

**Nature of Services.**

The Services are provided via Rate Plans under which, in certain circumstances, you do not pay metered "per minute" charges for service. In an effort to offer this Service on a reliable basis at a reasonable cost, MetroPCS may discontinue providing Service to you, change the services provided to you, change your Rate Plan, reduce the speed of any service provided, cap or restrict the amount of use of any service, change the services and features in your Rate Plan, discontinue your account, or discontinue or limit providing connections to particular telephone numbers, countries, destinations, providers, features, services, or types of services used, requested or called by you or allowing the provision of certain services or services in certain areas, such as pursuant to roaming arrangements, at certain times, or at certain speeds that, in the sole judgment of MetroPCS, appear likely to generate abnormally high call volumes, abnormally long average call lengths, calls with abnormally high costs, abnormally high use, or other disproportionate use when compared to those of other customers of MetroPCS (as described below under "Your Use Of The Service"), numbers or types of services or which may be harmful, disruptive, or interfere with MetroPCS' system or services to other customers. You acknowledge and agree that the web and data Rate Plans provided by MetroPCS are designed to be, and shall only be used, predominately for HTML/WAP browsing and multimedia streaming services provided by MetroPCS, its affiliates, authorized suppliers and licensors, and not for off-portal multimedia streaming services. While we may, but you acknowledge and agree that we are not required to provide notice to you before taking any of the foregoing actions, you acknowledge and agree that

we may take any of the foregoing actions without providing notice you. By initiating service and placing calls or using any other service on the MetroPCS system, you acknowledge and agree to MetroPCS' ability to modify or terminate your Service under these circumstances.

**Coverage.**

Service is limited to the operating range, spectrum, and capacity of our or our roaming partner's wireless system in your service area. Your service area is the area depicted in the coverage brochure you received with this Agreement and may change from time to time without notice. Since MetroPCS uses different spectrum in different areas of the country, service may not be available on all wireless devices in all areas. We may, but are not obligated to, provide notice when you are being served by a carrier other than ourselves. The specific network coverage you get will depend on the radio transmissions your wireless device can receive and use and the Services you have chosen. **Specific Services may not be available on all wireless devices at all points in time due to wireless device hardware and/or software, changes to our network, network infrastructure, cessation of specific Services, or service by carriers other than ourselves.** Except for 911 calls and any "roaming" service to which you have subscribed, you will not be able to use your wireless device outside of your service area for any calls, including local, long distance and international calls. Further, since services outside MetroPCS' area are provided by third parties, not all services may work outside your service area. **Service depends on over-the-air radio transmissions. Our coverage maps provide high level estimates of our coverage areas when using Services outdoors under optimal conditions. Coverage is not available everywhere and depends on the Service purchased and the wireless device used. Service speeds are not guaranteed and actual speeds will vary. Estimating wireless coverage, signal strength and Service speed is not an exact science. There are gaps in coverage within our estimated coverage areas that may result in dropped and/or blocked connections, slower Service speeds, or otherwise impact the quality of Service. Many factors beyond our control affect your ability to make and receive calls on your wireless device, the quality of those calls, and the speed of your Service including, but not limited to, your location, the conditions of the atmosphere, terrain, nearby buildings and other structures, network capacity issues, system outages, failure of equipment to operate as expected, spectrum used, problems that occur with service we purchase from third parties, system upgrades, performance of system maintenance, accidents, network problems, network or Internet congestion, software, signal strength, your wireless device, weather, geography, topography, server speeds of the websites you access or other events outside of our control. As a result, sometimes Service, including calls or attempted calls to emergency services like 911, may be unavailable, interrupted or may fail, and the quality of calls may sometimes be poor.** MetroPCS takes no responsibility for Service interruptions or problems caused by factors beyond our control. Any statements by MetroPCS, its employees, representatives or agents about the coverage of our system are intended only to describe MetroPCS' approximate coverage in your service area. You should not interpret any such statement to mean that Service will be available or without interruption in any service area.

**Location Based Services.**

*

**Services that rely on location information, such as E911 and GPS navigation, depend on your wireless device's ability to acquire satellite signals (typically not available indoors) and network coverage. Unlike traditional wireline telephones, depending on a number of factors (for example, where you are, whether local emergency service providers have upgraded their equipment, etc.), 911 operators may not know your telephone number, your location or the location of your wireless device.** Due to regulatory and technical requirements, MetroPCS makes no guarantee that emergency 911 calls will be routed to a specific Public Safety Answering Point ("PSAP") or any particular public safety organization (for example, police department, fire department, ambulance services, etc.). MetroPCS takes no responsibility for the acts or omissions of any PSAP or any public safety organization (for example, police department, fire department, ambulance services, etc.). **In certain circumstances, an emergency call may be routed to a state patrol dispatcher or alternative location set by local emergency service providers. Enhanced 911 service ("E911"), where enabled by local emergency authorities, uses GPS technology to provide location information. Even when available, however, E911 does not always provide accurate location information. If your wireless device is indoors or for some other reason cannot acquire a satellite signal, you may not be located. Some wireless devices have a safety feature that prevents use of the keypad after dialing 911 - you should follow voice prompts when interacting with emergency service providers employing Interactive Voice Response ("IVR") systems to screen calls. While your wireless device is receiving a software update, you may be unable to use your wireless device in any manner until the software update is complete.** Your wireless device may require you to elect to use location based services, or you may choose to use location based services, other than E911. If you elect to use location based services, you agree that we may use the location information transmitted from your wireless device to improve our location services. Your personal, biographical and calling information will not be used by us. **By electing to use location based services, you agree and authorize us to send targeted, location based information to your mobile device and also to use or provide to third parties your location information in an aggregate form.**

**Roaming.**

Our Services and Rate Plans are designed for you to use your service each month predominantly in our service area. If your usage each month is not predominantly in our service area, we may terminate your Service or restrict your ability to receive Service outside the areas served by our network. Nationwide roaming requires multi-band wireless devices and is not available with single-band wireless devices, certain other wireless devices, or to customers residing outside their home area. Data services and certain features (for example, Voicemail, Caller ID, Call Waiting, Location Services, etc.) may not be available in all roaming areas. The term "roaming" typically refers to coverage on another carrier's network that we may make available to you based on our agreements with other carriers. These agreements may change from time to time and roaming coverage and available services are subject to change without notice. Your ability to receive roaming coverage depends on the radio transmissions your wireless device can receive and use and the availability of roaming coverage. We make no guaranty that roaming coverage will be available. Roaming coverage may exist both within and outside our network coverage areas. Depending on your Services,

separate charges or limits on the amount of minutes used while roaming may apply. We may, but you agree we are not obligated to, provide you with notice when you are roaming. **YOU AGREE TO HOLD METROPCS HARMLESS AGAINST ANY AND ALL CLAIMS, DEMANDS, ACTIONS, OR OTHER CAUSES OF ACTION (INCLUDING ACTIONS BY THIRD PARTIES) ARISING OUT OF, RELATING TO, OR IN CONNECTION WITH THE USE OR ATTEMPTED USE OF THE SERVICE.**

**Start of Service Form/Rate Plan/Coverage Brochure.**

The Rate Plan selected by you determines the charges for the Services. The Start of Service form identifies the Rate Plan you have chosen and sets forth the charges you are required to pay for Service, including monthly access fees and any applicable surcharges or other fees. If you do not receive the Start of Service form or the other documents, you may obtain a copy from us, our dealers, or our web site at www.metropcs.com. Unused Rate Plan allotments, bundles, or buckets expire at the end of your service cycle and do not roll over to the next service cycle. We will determine what types of Service and Rate Plans are available to you. The Rate Plan to which you subscribe when you initiate Service, as modified by us from time to time in accordance with this Agreement, will remain in effect for the term of your Service until or unless we change your Rate Plan or you choose to subscribe to a different Rate Plan, if available to you. If we offer more than one Rate Plan in your area and you wish to change the Rate Plan to which you subscribe, you may contact us to request a change in your Rate Plan to any other Rate Plan for which you are eligible. Rate Plan changes may not be effective immediately, and you may be required to pay to make such changes.

We may change the price and structure of your Rate Plan, modify the various Rate Plans, change the price of the various Rate Plans, change the services included in a Rate Plan, or change the requirements of eligibility for Rate Plans, at any time without prior notice to you. You may designate others to manage or make changes to your account ("Authorized Users"). You and Authorized Users will have access to all account information. If you give your personal account validation information to someone, they can access and make changes to your account just as you can, including incurring charges for which you are responsible. Those changes will be binding on you. MetroPCS takes no responsibility for changes made to your account by any Authorized User. With respect to domestic long distance, roaming, international long distance, and any other service provided by us (or to us by third parties), we may change the locations and destinations where such Services may be used or where calls can be placed or placed in specific Rate Plans, or the rates and terms applicable to such locations and destinations, without prior notice to you. Certain charges may be imposed by third parties and MetroPCS may, as an accommodation, allow such charges to be paid through MetroPCS.

YOU HAVE THE RIGHT TO REFUSE TO ACCEPT THESE RATE PLAN CHANGES. IF YOU DO NOT WANT TO ACCEPT THE RATE PLAN CHANGES, YOU MUST NOTIFY US IN WRITING WITHIN TEN (10) DAYS OF THE DATE OF THE CHANGE THAT YOU WISH TO TERMINATE SERVICE. IF YOU DO NOT NOTIFY US THAT YOU WISH TO TERMINATE SERVICE WITHIN THAT TIME AND/OR IF YOU CONTINUE TO USE THE SERVICE AFTER THE RATE PLAN CHANGES, YOU INDICATE YOUR AGREEMENT TO BE BOUND BY THE RATE PLAN CHANGES. NOTWITHSTANDING ANY TERMINATION, AMOUNTS PREVIOUSLY PAID ARE NON-REFUNDABLE.

Download Start of Service Form

Descarga la Forma de Activación de Servicio

**Charges.**

You are responsible for paying all charges for Service ("Service Charges"), including, but not limited to the following: (1) recurring monthly or weekly access charges; (2) charges and taxes for optional Service features that you select, including long distance and directory assistance (411) calls and other optional features, such as ringtone downloads and @metro data services; (3) any Service reconnection charges that may apply, such as a reactivation fee; and (4) all applicable taxes and regulatory charges whether assessed directly on you or us; provided, however, that for certain tax inclusive Rate Plans, only applicable taxes and regulatory charges may be included in the Rate Plan price. You must pay all taxes, fees and surcharges set by federal, state and local governments. To determine taxes, fees and surcharges, we will use the street address you identified as your Place of Primary Use ("PPU"). If you did not identify the correct PPU, or provided us with an address that is not a recognized street address, such as a PO Box, does not identify the applicable taxing jurisdictions or does not reflect the Service area associated with your telephone number, you may be assigned a default PPU. You acknowledge and agree that a default PPU may affect your ability to receive E-911 assistance and you agree to indemnify and hold us harmless for any claims relating to your failure to provide a valid PPU. In addition, if you are not on a tax-inclusive plan, you agree to pay all regulatory administration charges ("Regulatory Administration Charges"), which may include, but are not limited to, Federal Universal Service, various regulatory charges, our administrative charges, gross receipts taxes, margin taxes, and charges for the costs we incur in complying with governmental programs. Regulatory Administration Charges are not taxes and are not required by law. We set these charges, and the amounts and what they include may change. They are rates we choose to collect from you and are kept by us in whole or in part. The number and type of Regulatory Administration Charges may vary depending upon the PPU of the wireless device and can change over time. We determine the rate for these charges and these amounts are subject to change as are the components used to calculate these amounts. Changes to taxes, fees and surcharges will become effective as provided by the taxing authority and changes to Regulatory Administration Charges shall be effective immediately. You are responsible for all charges to your account, whether or not you were the user of the wireless device. If your wireless device gets lost or stolen, you should notify us immediately, so we can suspend your Service to prevent someone else from using it. Wireless access to corporate/employee email may require additional server or server access, licenses, or additional requirements which may incur additional charges. By requesting wireless access to corporate/employee email, you agree to pay any of these additional charges.

**MetroConnect®.**

If you want to use optional MetroPCS services and/or features that are not charged on a monthly or weekly basis by MetroPCS that are not included in your Rate Plan but which are available in your area, you must pay for such services and/or features in advance by paying money into your MetroConnect account, which has been established specifically for this purpose. The Rate Plan to which you subscribe will determine whether or not you can make use of, and if so, whether you must pay extra for various types of domestic and international long distance, roaming, directory assistance, and other optional features, such as ringtone downloads and @metro data services. The most up-to-date explanation of our available Rate Plans is available on our website at www.metropcs.com. You should consult your Rate Plan to determine which services and features are included, and which services and features may be available for an additional charge. We reserve the right to change the types of charges and features that can

be paid through your MetroConnect account and may do so without advance notice to you. Funds paid into your MetroConnect account cannot be applied to monthly access, weekly access, optional services provided by MetroPCS on a monthly or weekly basis, taxes, or regulatory fees. You may make advance payments into your MetroConnect account by dialing *99 on your MetroPCS wireless device and charging your purchases to your credit or debit card. You may also make advance payments into your MetroConnect account when you mail your monthly service payment to us, by paying in person at any MetroPCS payment center that is authorized to accept such payments, or by making a credit card payment online. You may make advance payments into your MetroConnect account in increments established by us from time to time, up to any maximum account balance that we may establish. You can also determine the balance in your MetroConnect account by calling *99 from your wireless device. Certain third party charges may also be paid via your MetroConnect account. You acknowledge and agree that the amounts charged and the terms of such services and charges are between you and the third party. Certain services may require you have a minimum balance in your MetroConnect account prior to being able to use the service.

**The balance in your MetroConnect account is non-refundable. If you or MetroPCS terminate your MetroPCS monthly or weekly Service for any reason, any remaining balance in your MetroConnect account will be forfeited and will not be refunded to you. As long as you continue to subscribe to your monthly or weekly Service, any amounts you paid into your MetroConnect account to purchase such Services or features will be carried over from month to month, EXCEPT THAT IF THERE IS NO ACTIVITY IN THAT ACCOUNT FOR ANY CONSECUTIVE 12-MONTH PERIOD, ANY FUNDS YOU HAVE PAID INTO THAT ACCOUNT WILL BE FORFEITED AND WILL NOT BE REFUNDED TO YOU.**

To the extent we allow charges to be paid via your MetroConnect account, we will automatically deduct the per-minute and per-use charges plus applicable taxes, surcharges and fees from your MetroConnect account. For purposes of determining the per-minute length of your long distance call or roaming call, your call will be rounded up to the nearest minute. Charges for a completed call from your wireless device will begin when you press the SEND key and will end when either party ends the call. For Services where charges are based on the amount of time used, we will round up any fraction to the next full minute and you may be charged for calls to Customer Service and toll-free numbers. For Services based on data usage, we will round up to the nearest whole kilobyte. For outgoing calls, usage time starts when you first press SEND or the call connects to a network, and for incoming calls, it starts when the call connects to a network (which may occur before it rings). Usage time may end several seconds after you press END or after the call disconnects. For calls made on our network, we only charge for calls that are answered, including by machines. You will not receive a long distance or directory assistance invoice and no call detail will appear on your monthly Service invoice from MetroPCS.

**Changes to Agreement.**
We may change this Agreement at any time. If you are an existing customer, you will be notified at least ten (10) days, unless a longer period is required, in advance of any proposed changes that may result in more restrictive terms or conditions in this Agreement. Any such changes to this Agreement will be effective after that time period.

YOU HAVE THE RIGHT TO REFUSE TO ACCEPT THE CHANGES. IF YOU DO NOT WANT TO ACCEPT THE CHANGES, YOU MUST NOTIFY US IN WRITING WITHIN TEN (10) DAYS OF THE DATE OF THE CHANGE NOTICE THAT YOU WISH TO TERMINATE SERVICE. IF YOU DO NOT NOTIFY US THAT YOU WISH TO TERMINATE SERVICE WITHIN THAT TIME AND/OR IF YOU CONTINUE TO USE THE SERVICE AFTER NOTIFICATION OF THE CHANGES, YOU INDICATE YOUR AGREEMENT TO BE BOUND BY THE CHANGES.

**Your Use Of The Service.**
You agree to use the Service in accordance with this Agreement and to comply with all applicable laws. YOU AGREE TO INDEMNIFY, DEFEND, AND HOLD HARMLESS METROPCS FROM, ARISING OUT OF, RELATING TO, OR IN CONNECTION WITH, YOUR ACTS OR OMISSIONS, INCLUDING, BUT NOT LIMITED TO, ANY VIOLATION BY YOU OF THE TERMS AND CONDITIONS OF THIS AGREEMENT, THE POLICIES, OR OF ANY APPLICABLE STATUTES, ORDINANCES, LAWS OR REGULATIONS OF ANY LOCAL, STATE, OR FEDERAL AUTHORITY, YOUR USE OF THE SERVICE AND ANY INFORMATION YOU SUBMIT, POST, TRANSMIT OR MAKE AVAILABLE VIA THE SERVICE, FAILING TO PROVIDE APPROPRIATE NOTICES REGARDING LOCATION-SENSITIVE SERVICES, FAILURE TO SAFEGUARD YOUR PASSWORDS, BACKUP SECURITY QUESTION TO YOUR PASSWORD OR ANY OTHER ACCOUNT INFORMATION, OR THE RIGHTS OF ANY THIRD PARTY. MetroPCS may deny a request for Service from you for any lawful reason. MetroPCS also reserves the right to cease serving you if you are not acting in accordance with the terms of this Agreement or the Policies, to disconnect calls that are not in accordance with the terms and conditions of this Agreement or the Policies, and to cease providing service to telephone numbers or categories of services that are inconsistent with the terms and conditions of this Agreement or the Policies and the nature of the Service. MetroPCS reserves the right to manage our network and the traffic on our network in the way we believe best benefits our customers and best enables us to maintain Service of the nature described in this Agreement. We have determined that our ability to provide Service to our customers is disrupted when you place an abnormally high number of calls, repeatedly place calls which result in abnormally long call lengths, repeatedly place calls with abnormally high costs, high or disproportionate use, or otherwise use our Services or network in excess of our expectations or the normal amount of use by our customers. Thus, we reserve the right to discontinue Service to customers, to discontinue or block Service to certain telephone numbers or categories of services, to terminate calls or Services as described below, to reduce the speed at which such services are provided, or to restrict the amount of usage, which our experience indicates result in disruptive usage patterns of this nature. For example, MetroPCS Service is not intended for use (i) by persons engaged in the provision of telemarketing services, commercial research or commercial data collection, (ii) by persons seeking a dedicated private line or access line to the internet, or other continuous uses that create the functional equivalent of a dedicated telephone line, (iii) by persons seeking to maintain open lines of communication for extended periods of time (for example, baby monitoring or other monitoring services), (iv) by persons seeking to establish an access point for intra-company private branch exchange services, (v) by persons seeking to provide a commercial or private dispatch service, (vi) by persons seeking to access multi-party Chat Line Services or to call telephone numbers that generate Chat Line Traffic (as defined herein), (vii) for persons seeking to use the service for commercial purposes, (viii) for persons who do not reside in and have the predominant amount of usage on our networks, or (ix) for persons whose web and data Rate Plan usage is not predominantly for HTML/WAP browsing and multimedia streaming services provided by us, our affiliates, authorized suppliers, and licensees. For the purposes of this Agreement, "Chat Line Traffic" means traffic which originates or terminates to or from, relates

to, arises out of, is in connection with, or pertains to, a multiple voice bridging service, company, or provider (or telephone numbers associated therewith) in which two or more incoming callers may be connected with each other simultaneously. Chat Line Traffic does not include traffic originating or terminating to or from traditional business dial-in conference calling in which a designated group of callers dial in to a known dial-up conference number at a pre-arranged time for a specific business purpose. For the purpose of this Agreement, "Chat Line Service" means a service which generates Chat Line Traffic.

Some elements of multimedia messages may not be accessible, viewable, or heard due to limitations on certain wireless phones, PCs, or e-mail. We reserve the right to change the multimedia message size limit at any time without notification.

Text message notifications may be sent to non-multimedia messaging subscribers if they subscribe to text messaging. You may receive unsolicited messages from third parties as a result of visiting Internet sites, and a per-message charge may apply whether the message is read or unread, solicited or unsolicited.

MetroPCS also reserves the right to block, or otherwise prevent access to, 9xx, 7xx, 5xx, and 8xx telephone numbers as well as other telephone numbers, services, countries, carriers, destinations, services and types of services that MetroPCS determines, in its sole discretion, are inconsistent with the nature of Service provided by MetroPCS, are indicative of uses not permitted hereunder, or result in abnormally long calls, abnormally high costs, or abnormally high usage. We also may block calls to telephone numbers at the request of the called party. In addition, if any call duration exceeds a length of time, or a data session exceeds the amount of data that is determined by MetroPCS to be excessive from time to time, MetroPCS may, in its sole discretion, terminate or restrict any such call or data session.

In addition, the Service may be used only for your own voice communications and may not be used to transmit data, or for any other one-way transmission application other than data Services expressly offered to you by MetroPCS. You may not resell the Service or use the Service to provide commercial service to others. You also may not use the Service in a manner that is intended to cause or results in interference to, or causes problems with, the operation of MetroPCS' wireless system or other communications systems. You can't use our Services: (a) in a way that could cause damage or adversely affect any of our other customers or our reputation, network, property or Services; or (b) in any way prohibited by the terms of our Services, the Agreement or our Policies. We can take any action to: (1) protect our network, our rights and interests, or the rights of others; (2) optimize or improve the overall use of our network and Services; or (3) prevent usage that is indicative of uses not permitted hereunder. Some of these actions may interrupt or prevent legitimate communications and usage, such as message filtering/blocking software to prevent spam, viruses, or autodialed calls or SMS messages, limiting throughput, limiting access to certain websites, applications or other data content, capping or restricting use, or prohibitions on unintended uses (for example, use as a dedicated line, or use as a monitoring service), etc. For additional information on what we do to protect our customers, network, Services and equipment, see our Privacy Policy, MetroWEB Terms of Use and Online Terms of Use at our website at www.metropcs.com. We use filters to block spam messages, but we do not guarantee that you will not receive spam or other unsolicited messages, and you agree that we are not liable for such messages. You agree that a violation of this section harms MetroPCS, which cannot be fully redressed by money damages, and that we shall be entitled to immediate injunctive relief in addition to all other remedies available without the requirement to post a bond.

You agree you will not use our messaging services to send messages that contain advertising or a commercial solicitation to any person or entity without their consent. You will have the burden of proving consent with clear and convincing evidence if a person or entity complains you did not obtain their consent. Consent cannot be evidenced by third party lists you purchased or obtained. You further agree you will not use our messaging service to send messages that: (a) are bulk messages (b) are automatically generated; (c) can disrupt our network; (d) harass or threaten another person (e) interfere with another customer's use or enjoyment of our Services; (f) generate significant or serious customer complaints, (g) that falsify or mask the sender/originator of the message; or (h) violate any law or regulation. We reserve the right, but are not obligated, to deny, disconnect, suspend, modify and/or terminate your messaging service or messaging services with any associated account(s), or to deny, disconnect, suspend, modify and/or terminate the account(s), without notice, as to anyone using messaging services in any manner that is prohibited. Our failure to take any action in the event of a violation shall not be construed as a waiver of the right to enforce such terms, conditions, or policies. Advertising and commercial solicitations do not include messaging that: (i) facilitates, completes, or confirms a commercial transaction where the recipient of such message has previously agreed to enter into with the sender of such message; or (j) provides account information, service or product information, warranty information, product recall information, or safety or security information with respect to a commercial product or service used or purchased by the recipient of such message.

Although it is illegal for unauthorized people to intercept wireless device calls intended for others, MetroPCS cannot guarantee the complete privacy of your calls. Wireless calls by nature may be intercepted by third parties. METROPCS SHALL NOT BE LIABLE TO YOU OR TO ANY THIRD PARTY FOR ANY INTERCEPTION BY THIRD PARTIES OF COMMUNICATIONS FROM ITS SYSTEM. Additionally, MetroPCS does not encrypt your calls.

Always use your wireless device in a safe manner that does not create a risk to your safety or the safety of others around you. It can be dangerous, and in some jurisdictions illegal, for you to use a wireless device or our Service while driving. It is your responsibility to comply with laws that apply to you when you are driving.

**Data Access**

Depending on your Rate Plan, your usage of Data Access may be metered by Us. Your Rate Plan may include a Data Access usage limit, such as 1 GB per service cycle. We shall determine in our sole discretion what data usage constitutes Data Access and reserve the right to alter, make additions to or deletions to what type of data usage, or protocols, constitute Data Access without notification to you. Data Access may include, for example, multimedia steaming and video on demand services, as well as certain multimedia uploads, downloads and gaming services and applications. Uploads are data sessions where the data is transferred from your Wireless Device to some other computer or wireless device, while downloads are data sessions where the data is transferred from some other computer or wireless device to your Wireless Device. Depending on your Rate Plan, data sessions from MetroSTUDIO and the @metro store may not count against your Data Access limit. Data Access does not include any data services or uses which are prohibited by Us under this Agreement, such as in the MetroWEB Terms of Use.

Data Access usage includes, but is not limited to, the actual data sent and received along with overhead, header packets, and may include other information sent in connection with a data session in which Data Access occurs. Data Access on networks not owned by us may not be available or may be further limited. Charges and availability is based on the location of the cell site receiving and

transmitting the Data Access service and not your location.

The absolute capacity of the wireless data network is limited. Accordingly, Data Access is only provided for prescribed purposes and pricing for Data Access is device dependent and based on the transmit and receive capacity of each device. A Data Access pricing plan designated for one type of device may not be used with another device. Compatible data-enabled wireless device are required.

You acknowledge and agree that your Data Access usage may vary depending on certain factors outside of our control. Such factors may include the amount of users on the service, network congestion, the distance to the serving cell site, the number of users served by your serving cell site, the management of backhaul at the serving cell site, any application(s) you are using for your data session, the screen size of your Wireless Device, the bit rate(s) of your data session, the type(s) and amount(s) of compression used by the computers or wireless devices involved in the data session, and any error(s) that might occur in the data session.

In order to assess your usage during an applicable service cycle, you may obtain approximate usage information by using one of our automated systems. Any application on your Wireless Device which describes the amount of data usage does not necessarily reflect your usage of Data Access. We may provide a meter for your use in one or more locations accessible by you. Any meter we may provide for your use may deliver readings higher or lower than your actual Data Access usage, or deliver readings that are higher than your actual Data Access usage because of the units of measurement used by Us. Any reading delivered by any meter we provide for your use will have inherent inaccuracies and may not provide up to the minute or second accuracy. Further, any reading delivered by any meter We provide for your use may only be completely accurate if your Wireless Device is turned off and not transmitting or receiving any data from any data session.

Your Data Access ability may be suspended, terminated, or shut off by us if you exceed your allotted Data Access in any service cycle. If your Data Access ability is suspended, terminated, or shut off by us during any service cycle, you acknowledge and agree that you will have to change your Rate Plan during the affected service cycle in order to resume your Data Access capability during that service cycle. Your Data Access ability will resume during the next service cycle if you choose to not change your Rate Plan during any affected service cycle. You acknowledge and agree that changing your Rate Plan to allow additional Data Access is your sole and exclusive remedy.

Your Data Access usage limit will be reset at the beginning of each service cycle. Data Access charges are paid in advance and are non-refundable. Some data services may require additional subscriptions fees and/or be subject to additional charges and restrictions. You further acknowledge and agree that if you do not utilize your full allocation of Data Access during any service cycle that you will not be entitled to any refund in any form from Us for any portion, pro-rated or otherwise, of your Data Access unused by you during a service cycle. Further, any unutilized Data Access usage limits in any service cycle will not roll over or otherwise be available in any other service cycle.

**Content and Applications.**

You can purchase Content and Applications (for example, downloadable, streaming or networked applications, wallpapers, ringtones, games, productivity tools and video) ("Content and Apps") for and with your compatible wireless device. Some Content and Apps that you can purchase with your wireless device are not sold by MetroPCS and for such Content and Apps, you can identify the third party seller at the point of purchase. MetroPCS is not responsible for the Content and App, including download, installation, use, transmission failure, interruption, or delay, or any content or website you may be able to access through the Content and App. Any support questions for such Content and Apps should be directed to the third party seller identified at the point of purchase. When you download or install any Content and App sold by a third party seller, you may be subject to license terms between you and the third party seller and Content and App creator/owner. When you use, install, display, run, or listen to Content and Apps that you purchase from MetroPCS, the Content and App is licensed to you by MetroPCS and may be subject to additional license terms between you and the creator/owner of the Content and App. Whether purchased from MetroPCS or a third party seller, any Content and App you purchase is licensed for personal, lawful, non-commercial use on your wireless device only. You may not transfer, copy, or reverse engineer any Content and App, or alter, disable or circumvent any digital rights management security features embedded in the Content and App. You understand and agree that the Content and Apps contain the intellectual property of third parties. You understand and agree that the Content and Apps are protected by law (including copyright law) and are solely for your personal, non-commercial use. You agree to comply with all applicable laws (including copyright law), and may only make such copies as are reasonably necessary for your personal and non-commercial use. You agree that any other redistribution, reproduction, transmission, communication, sale, use (including, except in the case of Ringtones, as a "ringer" for a telephone), broadcast, public performance, rental or lending, adaptation, sub-license or other use of the Content and Apps without the prior written consent of the copyright owner is prohibited. You understand and agree that all rights not expressly granted herein are reserved by the applicable content owner.

**Off-net Usage.**

Our Services and Rate Plans are designed for you to use your service each month predominantly using our networks. If your minutes of use, text messaging usage or data usage are not predominantly on our networks ("off-net usage"), or are excessive, abnormally high, or cause MetroPCS to incur too much cost, MetroPCS may, at its option and sole discretion, terminate your service, deny your continued use of other carriers' coverage, or change your Rate Plan. MetroPCS will provide you with advance notice that it intends to take any of the above actions.

**Equipment.**

You may buy a wireless device to use on our Service from Us or someone else, but it must, as solely determined by us, comply with Federal Communications Commission regulations, be certified for use on our network, and be compatible with, and not potentially harm, our Service or our network. Our Services will only work with wireless devices compatible with our network and not all services are available with all wireless devices or on all networks. Please be aware that we may change your wireless device's software, applications or programming remotely, without notice. This could affect your stored data, or how you have programmed or use your wireless device. A MetroPCS wireless device is designed to be used only with our service and on our network. Please note that your wireless device may not work with another wireless network, or the other wireless carrier may not accept your wireless device on its network. If your wireless device was purchased from MetroPCS or an authorized MetroPCS dealer, the wireless device has a software programming lock that will prevent the wireless device from operating with other compatible wireless telephone carriers'

services. Please contact MetroPCS at 1-888-8metro8 for information regarding our software programming lock. Some features will be available only on wireless devices purchased from us. Your wireless device may contain sensitive or personal information. MetroPCS is not responsible for any information on your wireless device, including sensitive or personal information. If possible, you should remove or otherwise safeguard any sensitive or personal information when your wireless device is out of your possession or control, including, but not limited to, relinquishing, exchanging, returning or recycling your wireless device. By submitting your wireless device to us, you agree that our employees, contractors or vendors may access all of the information on your wireless device.

**Account Activity and Information Verification.**

This Agreement shall be contingent upon our verification and approval of certain information about you. We reserve the right to deny or limit the provision of Service on the basis of any information that we gather. We may require that you provide us with additional or updated information we reasonably need to determine if you qualify for Service, to manage the Service, or to determine if you are using the Service in accordance with this Agreement. If you do not provide us the information we request within the time period that we specify, we may choose not to provide Service to you, or, if you are an existing customer, we may suspend or terminate Service to you. You warrant and represent that all information furnished to us by you is current, complete, accurate and true as of the time you provide it, and you will update it as necessary to keep it complete, accurate, and true. At any time, we may take any action that we believe necessary to verify or review your account activity or information you provide to us, including: (1) verification of your account information, (2) review of your use of Services and of your account to help assess the Services we provide and the performance of our systems, and (3) investigation of suspected prohibited use or violation of this Agreement or the Policies. We may share information we gather about you as provided elsewhere in this Agreement and in our Privacy Policy which is available at www.metropcs.com or by writing to us at the address in the "Notices" section below. We also may share your information, including your personal information and customer proprietary network information, with any person who may purchase our business.

You (the account holder) may password protect your account information by establishing a personal identification number ("PIN"). You may also set a backup security question and answer in the event you forget your PIN. You agree to protect your PIN, passwords and other account access credentials like your backup security question from loss or disclosure. It is your sole responsibility to protect your account by creating a password that is unknown to any other person. This password should never be shared nor should it be written down and kept in a place that is accessible to others. Should you feel that your password has been compromised you should immediately call MetroPCS to change your password. You further agree that MetroPCS may, in our sole discretion, treat any person who presents your credentials for account access as you or an Authorized User on the account for the purposes of disclosure of information or changes in your Rate Plan or Service.

**Payment.**

Except for MetroConnect features, Service Charges are must be paid in advance and are due before the first day of your service cycle. Service Charges cannot be paid in arrears. Monthly service cycles are approximately 30 days long. Weekly service cycles are 7 consecutive calendar days long. The dates of your monthly or weekly service cycle and other dates related to your account may change from time to time. You must promptly notify us of any change in your billing address. As a convenience, you may authorize recurring payment of your Service Charges through a credit or debit card or bank transfer authorization; this authorizes us to charge all amounts you owe us to the credit or debit card or bank transfer authorization up to five (5) days prior to the due date and to demand immediate payment from the card or debit issuer or bank. Unless required by law, we will not give any additional notice to you or obtain additional consent from you before charging Service Charges to that credit or debit card. You must promptly notify us of any change in the credit or debit card or bank transfer authorization you want to use for payment. You may also make a payment by credit or debit card online at www.metropcs.com or through the automated MetroPCS IVR. In addition, you may pay your Service Charges by sending a check or money order by mail to P.O. Box 5119, Carol Stream, Illinois, 60197-5119, by bringing cash or a check or money order in person to any MetroPCS store or authorized payment center. You may be required to pay an additional service charge, depending on the payment method you choose. This information is available on your Start of Service form. In addition, we may charge an additional fee up to the maximum amount permitted by law for any check or other negotiable instrument tendered by you and returned unpaid by a financial institution for any reason. We reserve the right, in our sole discretion, to require that you pay your Service Charges with cash, certified check, cashier's check or money order. We also reserve the right to report any check returned to us to reporting and credit agencies and law enforcement.

**Payment Disputes.**

Your payment will be considered late if we do not receive it before the first day of the monthly or weekly service cycle for which the payment is due. If you do not make all payments when they are due, you will be in default under this Agreement, and MetroPCS will be entitled to exercise any rights it may have under this Agreement, including the suspension or termination of Service to you. If we accept a late or partial payment, even if you mark the payment "paid in full," we do not waive our rights to suspend or terminate your Service or any other rights we may have. If your Service is terminated and you promptly pay amounts that are overdue, MetroPCS, in its sole discretion, may reconnect your Service after you have paid any reconnection fees we have imposed. In such case, your service cycle anniversary date will not change resulting in fewer days of service for that month. If you have a dispute regarding your charges to your account, or about the services provided to you, you agree to notify us of the dispute within 60 days after the date you first receive the disputed charge ("Dispute Period"), unless otherwise provided by law. If you do not notify us of your dispute in writing within the Dispute Period, you have waived such claim and will be forever barred and estopped from raising, or making a claim for such dispute and you may not pursue a claim in arbitration or in court, and unless otherwise provided by law, you must pay disputed charges until the dispute is resolved. If you accept a credit, refund or other compensation or benefit to resolve a disputed charge, you agree that the issue is fully and finally resolved and such credit shall act as an accord and satisfaction. For California customers, for charges incurred before you notify us, you are not liable for charges you did not authorize, but the fact that your wireless device was used is some evidence of authorization. You may request that we investigate charges you believe were unauthorized. We may ask you to provide information and you may submit information to support your request. If we determine the charges were unauthorized, we will credit your account. If we determine the charges were authorized, we will inform you within 30 days and you will remain responsible for the charges.

**Termination.**

We may terminate or suspend your Service at any time and for any reason without liability. If you breach any portion of this

Agreement (including failing to pay your Service Charges in full on time), we may suspend, terminate or restrict your Service. We can, without notice, restrict, suspend or end your Service or any agreement with you at any time for any reason, including, but not limited to: (1) if you: (a) breach this agreement; (b) resell your Service; (c) use your Service for any purpose or in any way not permitted under this Agreement or for any illegal purpose, including use that violates trade and economic sanctions and prohibitions promulgated by any U.S. governmental agency or engaging in conduct that adversely affects our customers, employees, business, or any other person(s), or that interferes with our operations, network, reputation, or ability to provide quality service; (d) tampering with or modifying your wireless device; (e) "spamming" or engaging in other abusive or unsolicited communications; (f) reselling MetroPCS wireless devices for profit, or tampering with, reprogramming or altering wireless devices for the purpose of reselling the wireless device; (g) install, deploy or use any regeneration equipment or similar mechanism (for example, a repeater) to originate, amplify, enhance, retransmit or regenerate an RF signal without our permission; (h) steal from or lie to us; (i) interfere with our operations; (j) fail to follow our Policies; (k) provide false, inaccurate, dated or unverifiable identification or credit information; (l) modify a wireless device from its manufacturer specifications; (m) fail to use our Services for an extended period of time; (n) fail to maintain an active wireless device in connection with the Service; (o) attempt to transfer Service to another person without our consent; (p) misuse your Service or wireless device; (q) use your Service or wireless device in a manner that is excessive, unusually burdensome, or unprofitable to us; (r) use your service other than predominantly on our networks; (s) use of our Service exceeds our stated Policies for use; (t) use your web and data Service Plan other than predominantly for HTML/WAP browsing and multimedia streaming services provided by MetroPCS, its affiliates, authorized suppliers and licensees; or (u) assist or facilitate anyone else in any of the above activities. You agree that you won't install, deploy, or use any regeneration equipment or similar mechanism (for example, a repeater) to originate, amplify, enhance, retransmit or regenerate a transmitted RF signal; or (2) if you, any user of your wireless device or any account manager on your account: (a) threaten, harass, abuse, offend or use vulgar and/or inappropriate language toward our representatives or any person whom they call using our Service; (b) interfere with our operations; (c) "spam," or engage in other abusive messaging or calling; (d) modify your wireless device from its manufacturer's specifications; or (e) use your Service in a way that negatively affects our network or other customers. We can also temporarily limit your Service for any operational or governmental reason; or if we have reason to believe that you are using your Service for any fraudulent, obscene, illegal, harassing, commercial or abusive purpose, such as for the transmission of or access to pornography or other services or materials that are obscene, cater to a prurient interest in sex, are patently offensive or are without redeeming social value, or if we believe the action protects our interests, any customer's interests or our network.

MetroPCS is not required to provide you with any notification before suspending, restricting, or terminating your Service. If you promptly pay amounts that are overdue or cure any other breach of this Agreement, MetroPCS, in its sole discretion, may reconnect your Service after you have paid any reconnection fees we have imposed. In addition, you may terminate Service at any time by notifying us in writing at the address listed below in the "Notices" section.

**REFUND POLICY.**

AMOUNTS PAID FOR SERVICE CHARGES ARE NON-REFUNDABLE. IF YOUR SERVICE IS TERMINATED FOR ANY REASON AND YOU HAVE A POSITIVE BALANCE IN YOUR SERVICE ACCOUNT OR IN YOUR METROPCS METROCONNECT ACCOUNT, YOU WILL NOT BE ENTITLED TO RECEIVE ANY REFUND.

**Telephone Numbers.**

We will assign a telephone number (the "Number") to your wireless device. You do not own nor have any rights to the Number or any personal identification number ("PIN") that you may use in connection with your Service, except for any right you may have to port the Number to another carrier. We also may assign an Internet Protocol address ("IP Address") to your wireless device. You do not own or have any rights to the IP Address. We can change, reassign, or eliminate any Number or PIN by giving you notice and your IP Address without giving you notice. If your account is deactivated, we can reassign the Number or IP Address without giving you any notice. You may not assign the Number, PIN or IP Address to any wireless device, other equipment or to any other party except as approved by us. If you assign the Number, PIN or IP Address to any wireless device, other equipment or to any other party without our approval, we reserve the right to terminate your Service. You may be able to take, or "port," your Number to another carrier. In order to port your Number from MetroPCS, you must have an active account with MetroPCS. If you port a Number from us, we will treat it as though you asked us to cancel your Service for that Number. After the porting is completed, you will not be able to use our Service for that Number, but you will remain responsible for all fees and charges through the end of that service cycle, just like any other cancellation. If you port a Number to us, please be aware that we may not be able to provide some services right away, such as 911 location services. You may be required to purchase a new wireless device and you may be without Service for some period of time. MetroPCS may charge a fee to reimburse MetroPCS for the costs MetroPCS incurs to meet the equipment, technology and infrastructure requirements necessary to enable number porting. MetroPCS may also charge a fee to reimburse MetroPCS for the cost MetroPCS incurs to perform a port. As a standard service feature, MetroPCS transmits your Number, account name, and address with each call or data session you make from your MetroPCS wireless device. Your account name, Number, and IP Address may be displayed on the telephone or other device of the party called if that person uses caller identification. Your Number and location may also be transmitted to public safety officials if you dial 911 or other emergency service numbers. Your name and Number for most calls can be blocked on a call-by-call basis by dialing *67 before the telephone area code and telephone number. In addition, you may elect to have your name and Number permanently blocked, at no charge, by sending a request in writing to: MetroPCS, P.O. Box 601119, Dallas, Texas, 75360-1119.

**EXCLUSIVE REMEDY; LIMITATION OF LIABILITY.**

YOU AGREE THAT YOUR SOLE AND EXCLUSIVE REMEDY FOR (i) OUR, OR OUR DEALER'S, AGENT'S, REPRESENTATIVE'S, VENDOR'S, SUPPLIER'S, OR OTHER CARRIER'S FAILURE TO PROVIDE YOU WITH SERVICE OR METROPCS' FAILURE TO PERFORM HEREUNDER SHALL BE YOUR RIGHT TO HAVE METROPCS RE-PERFORM SUCH SERVICE. UNLESS THE LAW FORBIDS IT IN ANY PARTICULAR CASE, OR (ii) ANY FAILURE, MALFUNCTION, DEFECT, OR OTHERWISE RELATED TO, ARISING OUT OF, OR IN CONNECTION WITH ANY DEVICE, HANDSET, OR OTHER EQUIPMENT OR PRODUCT SUPPLIED OR PROVIDED BY US, SHALL BE YOUR RIGHT TO HAVE METROPCS REPAIR, OR HAVE REPAIRED, REPLACE, OR HAVE REPLACED, SUCH DEVICE, HANDSET, OR OTHER EQUIPMENT OR PRODUCT. UNLESS THE EXCLUSIVE REMEDY SET FORTH IN THE PREVIOUS SENTENCE IS PROHIBITED UNDER APPLICABLE

LAW, YOU AGREE TO LIMIT CLAIMS FOR DAMAGES OR OTHER MONETARY RELIEF AGAINST THE METROPCS PARTIES, OR ANY SUPPLIER, AGENT, DEALER, REPRESENTATIVE, CARRIER, VENDOR OR MANUFACTURER, TO THE LESSER OF: (A) YOUR DIRECT DAMAGES OR (B) THE PRORATED MONTHLY OR OTHER CHARGES YOU PAID OR OWE US FOR THE APPLICABLE SERVICE OR WIRELESS DEVICE FOR ONE MONTH'S SERVICE CHARGES. AS A MATERIAL PART OF THE CONSIDERATION PAID BY YOU FOR THE SERVICES PROVIDED BY METROPCS OR ANY SUPPLIER, AGENT, DEALER, REPRESENTATIVE, CARRIER, VENDOR OR MANUFACTURER OF METROPCS, UNDER THIS AGREEMENT, AND NOTWITHSTANDING ANY OTHER PROVISION HEREOF, YOU AGREE THAT UNDER NO CIRCUMSTANCES ARE WE LIABLE FOR ANY INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, TREBLE, PUNITIVE OR SPECIAL DAMAGES OF ANY NATURE WHATSOEVER ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH, INCLUDING, BUT NOT LIMITED TO, LOST PROFITS, LOSS OF BUSINESS, OR COST OF REPLACEMENT PRODUCTS AND SERVICES, TO THE FULLEST EXTENT THE SAME MAY BE DISCLAIMED BY LAW. THIS MEANS THAT NEITHER OF US WILL SEEK ANY INDIRECT, SPECIAL, CONSEQUENTIAL, TREBLE, OR PUNITIVE DAMAGES FROM THE OTHER. THIS EXCLUSIVE REMEDY, LIMITATION AND WAIVER ALSO APPLIES TO ANY CLAIMS EITHER PARTY MAY BRING AGAINST THE OTHER PARTY TO THE EXTENT THAT IT WOULD BE REQUIRED TO INDEMNIFY THAT PARTY FOR SUCH CLAIM. THIS LIMITATION AND WAIVER WILL APPLY REGARDLESS OF THE THEORY OF LIABILITY, WHETHER FRAUD, MISREPRESENTATION, BREACH OF CONTRACT, PERSONAL INJURY, NEGLIGENCE, PRODUCT LIABILITY, OR ANY OTHER THEORY. YOU AGREE THAT THE FOREGOING ALLOCATION OF RISK SHALL, IN THE EVENT OF METROPCS' INABILITY, DESPITE GOOD FAITH EFFORTS, TO PROVIDE THE SERVICES OR THE PRODUCTS, REMAIN IN EFFECT REGARDLESS OF WHETHER THE EXCLUSIVE REMEDIES PROVIDED FOR UNDER THIS SECTION THEN SATISFY THE ESSENTIAL PURPOSES FOR WHICH THETY WERE INTENDED, OR OTHERWISE PROVIDE YOU WITH A FAIR QUANTUM OF RELIEF.

You agree that neither we nor our vendors, suppliers or licensors are responsible for any damages resulting from: (a) any action or omission by a third party: (b) providing or failing to provide Services, including, but not limited to, deficiencies or problems with a wireless device or network coverage (for example, dropped, blocked, interrupted Services, etc.); (c) traffic or other accidents, or any health-related claims relating to our Services; (d) data content or information accessed while using our Services; (e) an interruption or failure in accessing or attempting to access emergency services from a wireless device, including through 911, Enhanced 911 or otherwise; (f) interrupted, failed, or inaccurate location information services; (g) information or communication that is blocked by a spam filter; and (h) damage to your wireless device or any computer or equipment connected to your wireless device, or damage to or loss of any information stored on your wireless device, computer, equipment, or MetroPCS storage space from your use of the Services or from viruses, worms, or downloads of malicious content, materials, data, text, images, video or audio. You agree we aren't responsible for problems caused by you or others, or by any act of God or other events beyond our control, including acts of God (for example, weather-related phenomena, fire, earthquake, hurricane, etc.), riot, strike, war, terrorism or government orders or acts. You also agree we aren't liable for missed or deleted voice mails or other messages, or for any information, such as pictures, that gets lost or deleted if we service your wireless device. If another wireless carrier is involved in any problem (for example, while you're roaming), you also agree to any limitations of liability in its favor that it imposes. You should implement appropriate safeguards to secure your wireless device, computer or equipment and to back-up your information stored on each.

**DISCLAIMER OF WARRANTY: WIRELESS DEVICES, ACCESSORIES, AND RELATED EQUIPMENT.**
METROPCS DOES NOT MANUFACTURE WIRELESS DEVICES OR RELATED ACCESSORY EQUIPMENT. YOUR WIRELESS DEVICES AND RELATED ACCESSORY EQUIPMENT COME WITH A SEPARATE WRITTEN LIMITED WARRANTY FROM THE MANUFACTURER. STATEMENTS BY METROPCS OR METROPCS EMPLOYEES AND AGENTS REGARDING THE WIRELESS DEVICES OR RELATED ACCESSORY EQUIPMENT SHOULD NOT BE INTERPRETED AS A WARRANTY BY METROPCS. METROPCS MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, ABOUT YOUR WIRELESS DEVICES OR ANY RELATED ACCESSORY EQUIPMENT, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THIS DISCLAIMER DOES NOT DEPRIVE YOU OF ANY RIGHTS YOU MAY HAVE AGAINST THE MANUFACTURER. WITHOUT LIMITATION, METROPCS WILL NOT BE LIABLE TO YOU IN CONNECTION WITH: (1) THE MANUFACTURER'S WARRANTY, (2) ANY ACTIONS OR OMISSIONS OF THE MANUFACTURER, OR (3) ANY MALFUNCTION OR FAILURE OF THE WIRELESS DEVICE OR RELATED ACCESSORY EQUIPMENT.

**DISCLAIMER OF WARRANTY: SERVICES.**
METROPCS AND ITS VENDORS AND SUPPLIERS ("METROPCS PARTIES") MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, TO YOU IN CONNECTION WITH, ARISING OUT OF, OR RELATING TO YOUR USE OF THE SERVICE. YOU ACKNOWLEDGE THAT SERVICE INTERRUPTIONS WILL OCCUR FROM TIME TO TIME AND AGREE TO HOLD THE METROPCS PARTIES HARMLESS FOR ALL SUCH INTERRUPTIONS. IN NO EVENT SHALL METROPCS PARTIES BE LIABLE FOR ECONOMIC LOSS, PERSONAL INJURIES, OR PROPERTY DAMAGE SUSTAINED BY YOU OR ANY THIRD PARTY ARISING FROM USE OF THE SERVICE OR THIS AGREEMENT.

**TTY.**
TTY (also known as TDD or Text Telephone) is a telecommunications device that allows people who are deaf or hearing-impaired or who have speech or language disabilities to communicate by telephone. If you have a digital wireless device that is TTY-compatible, it is possible to make calls, including 911 calls, with a TTY. If you have questions concerning the capabilities of your wireless device, please contact us toll-free at 1-888-8metro8.

**Risk of Loss or Damage to Wireless Devices.**
Upon your acceptance of delivery of your wireless device, all risk of loss, damage, theft, or destruction of your wireless device is borne by you. In the event of any loss, damage, theft, or destruction of your wireless device, in whole or in part, you are responsible for purchasing a replacement wireless device from MetroPCS at your expense, and you remain responsible for your obligations under this Agreement, including, without limitation, your responsibility for the payment of Service Charges.

**MetroGUARD™.**
"MetroGUARD" is an equipment insurance program provided by Old Republic Insurance Company and administered by Asurion

Insurance Services, Inc. Phone Recovery features are available as well on select phones. Please see the MetroGUARD brochure available at any participating retail location or click here for complete Terms and Conditions of Coverage. The MetroGUARD Terms and Conditions of Coverage are subject to change. "MetroGUARD" may not be available in all states and eligibility varies by wireless device.

**Notices.**

You agree that we may contact you for Service or payment related reasons through the contact information you provide, at the current address on your account, through the Services or wireless devices to which you subscribe or through other available means, including text message, email, fax, recorded message, voicemail, broadcast message, mobile, residential or business telephone, or mail. Any such notice will be treated as provided to you when left with you, on your wireless device, or on your answering/voicemail service. Any notice that MetroPCS mails to you will be deemed provided to you, to the extent permitted by applicable law, when MetroPCS deposits the notice into the United States mail addressed to you at your last known address as shown in our records. You must notify us of any address changes. Failure to notify us of a change in your address constitutes a breach of this Agreement and grounds for possible suspension or termination of your Service. Your notice to us shall be deemed given when received by us, whether by telephone, mail, or other means to: MetroPCS, P.O. Box 601119, Dallas, Texas 75360-1119.

**CPNI.**

In providing service to you, MetroPCS will receive information classified as "customer proprietary network information" (CPNI) under federal law that is considered confidential, such as information regarding your usage of the Service, the technical configuration of such Service, the destination of telephone calls you make and the type of services you purchase. MetroPCS may use this information for certain purposes without further disclosure or consent, including the following: to provide you with Service; to market service offerings to you related to the Services you purchase; or to protect you, other MetroPCS users, MetroPCS and other carriers from fraud, abuse or unlawful use of its Service, and in aggregate not personally identifiable form to provide other Services. MetroPCS reserves the right to communicate with you by using prerecorded messages made by autodialers or the like that are informational or promotional in nature. MetroPCS also may share such information with its affiliates, contractors, dealers, and third party agents for the limited purpose of making available to you communications-related offers and information that may be of interest to you. However, you have the right under federal law to request MetroPCS not to disclose your confidential information for the purpose of mailing communications-related offers, and MetroPCS has the duty to honor any such request. You may "opt out" of disclosure of your CPNI to MetroPCS affiliates and third party agents for the purpose of mailing communications related offers by sending a request in writing to: P.O. Box 601119, Dallas, Texas 75360-1119. Opting out will not affect MetroPCS' provision of Service to you. Additional information regarding our use of CPNI and other subscriber information is set forth in our Privacy Policy, available at www.metropcs.com, which we incorporate herein by reference.

**Third Party Applications.**

It is your responsibility to notify Authorized Users that your location can be identified while using GPS applications. If you use a third party application, the application may access, collect, use or disclose your personal information or require MetroPCS to disclose your information, including location information (when applicable), to the application provider or some other third party. If you access, use or authorize third party applications through the Services, you agree and authorize MetroPCS to provide information related to your use of the Services or the application(s). You understand that your use of third party applications is subject to the third party's terms and conditions and policies, including the third party's privacy policy. You agree that any Authorized User may access, use or authorize MetroPCS or third party location-sensitive applications through the Services. You understand that your use of such location-sensitive applications is subject to the application's terms and conditions and policies, including its privacy policy. If you activate location-sensitive services for wireless devices used by other Authorized Users, you agree to inform the Authorized User(s) of the terms of use for location-sensitive applications and that the wireless device may be located. For additional information on location-sensitive services, see our Privacy Policy at our website.

**Intellectual Property.**

You agree not to infringe, misappropriate or otherwise injure the intellectual property rights or goodwill of MetroPCS or any third party. Except for a limited license to use the Services or wireless devices arising from the sale of a product, your purchase of MetroPCS wireless devices and Services does not grant you any license or right to copy, modify, reverse engineer, download, redistribute, or resell the intellectual property of MetroPCS or others related to the wireless devices and Services, which may be used only with MetroPCS Service unless expressly authorized in writing by MetroPCS. You agree that a violation of this section harms MetroPCS, which cannot be fully redressed by money damages, and that MetroPCS shall be entitled to immediate injunctive relief in addition to all other remedies available.

**Digital Millennium Copyright Act ("DMCA") Notice.**

If you believe that material available through our Services or products infringes the copyright of any third party, notify us by using the notice procedure under the DMCA and at the address set forth in the "Notices" section above. After receiving notice, we may remove or disable access to any infringing material as provided for in the DMCA.

**General Provisions Regarding This Agreement.**

If we waive any portion of this Agreement, the waiver will not be treated as a waiver by us of any other provision of this Agreement, or of our right to enforce the provision we previously waived for any later violation. Section headings in this Agreement are for descriptive purposes only and will not be used in interpreting the legal effects of this Agreement.

You may not transfer or assign all or any part of your rights and obligations under this Agreement, or your Service, without our prior written approval, which may be withheld, conditioned or delayed in our sole discretion. MetroPCS may transfer or assign its rights and obligations under this Agreement in whole or in part without giving you notice or obtaining consent from you, other than as may be required by law. Upon its transfer or assignment of this Agreement, MetroPCS shall be released from all liability with respect to this Agreement. This Agreement is not for the benefit of any third parties except our subsidiaries and third parties who assist us in the provision of the Services and any person or entity to whom we transfer or assign this Agreement. This Agreement shall be interpreted under the laws of the state in which Service is primarily provided to you, excluding such state's conflicts of laws principles.

If the arbitration agreement's class action waiver below is declared to be illegal or unenforceable, the entire arbitration agreement

shall be null and void. If any other part of this Agreement is declared to be illegal or unenforceable, it shall be construed as nearly as possible to reflect the intent of the parties and the rest of this Agreement shall remain in full force and effect.

**Arbitration Agreement; Dispute Resolution.**

Any Dispute between you and us shall be resolved, upon the election of either you or us, by binding arbitration. References in this provision to "Dispute" shall be given the broadest possible meaning and shall include any dispute, claim, or controversy arising from or relating to this Agreement or Services and/or Products provided under this Agreement, including but not limited to: (1) all claims for relief and all theories of liability, whether based in contract, tort, statute, regulation, ordinance, fraud, or misrepresentation; (2) all disputes regarding the validity, enforceability or scope of this arbitration agreement (with the exception of its class action waiver); (3) all disputes that arose before this Agreement; (4) all disputes that arise after the termination of this Agreement; and (5) all disputes that are the subject of a putative class action in which no class has been certified. References in this provision to "us" include our parents, subsidiaries, affiliates, predecessors, successors, and assigns and our and their directors, officers, employees and agents. References in this provision to "you" include all beneficiaries of this Agreement and all users of the Services provided under this Agreement. Notwithstanding the foregoing, either party may bring an individual action in small claims court or bring Disputes to the attention of federal, state, or local agencies, including, but not limited to, the Federal Communications Commission.

If you do not wish to be bound by this arbitration agreement, you must notify us in writing at the address set forth in the "Notices" section above within 30 days of initiating Service or, if you never had the opportunity to opt out of arbitration, within 30 days of the date of the change notice giving you that opportunity. Your written notification to us must include your full name, MetroPCS account number and current address and must clearly state that you do not wish to be bound by this arbitration agreement. Your decision to opt out of this arbitration agreement will not adversely affect our relationship with or delivery of Service to you. If you have previously notified us of your decision to opt out of this arbitration agreement, you need not do so again.

Notwithstanding any provision in this Agreement to the contrary, if we change this arbitration agreement, you may reject the change without terminating or adversely affecting your Service by notifying us in writing at the address set forth in the "Notices" section above within 30 days of the date of the change notice. If you do, you shall arbitrate any Dispute in accordance with the terms of this arbitration agreement. If you do not, you will be bound by the changes.

Because this Agreement and the Services provided under this Agreement concern interstate commerce, this arbitration agreement shall be governed by the Federal Arbitration Act ("FAA").

The party initiating an arbitration may choose from the following independent, impartial arbitration administrators:

**American Arbitration Association**
335 Madison Avenue,
Floor 10
New York, NY 10017
1-800-778-7879
www.adr.org

**JAMS**
1920 Main Street,
Suite 300
Irvine, CA 92614
1-800-352-5267
www.jamsadr.com

Copies of their respective rules for consumer disputes and forms and instructions for initiating an arbitration may be obtained by contacting them or visiting their websites.

Any arbitration shall be conducted pursuant to the arbitration administrator's rules for consumer disputes in effect when the arbitration is initiated except to the extent they are inconsistent with this arbitration agreement. If the arbitration administrator will not enforce this arbitration agreement as written, the parties shall agree on or mutually petition a court of competent jurisdiction to appoint a substitute arbitration administrator who will do so.

The arbitrator shall enforce contractual, statutory and other limitation periods and shall honor claims of privilege recognized at law. Judgment upon any arbitration award may be entered in any court having jurisdiction.

If we initiate the arbitration, we will notify you in writing at your then-current account address or (if your account is closed) the last address at which we contacted you. If you initiate the arbitration, you must notify us in writing at the address set forth in the "Notices" section above.

If your Dispute does not exceed $10,000, we will promptly reimburse your filing fee and will pay the arbitrator's other fees, costs and expenses. (If you cannot pay the filing fee, you may request that we pay the filing fee directly.) If, however, the arbitrator finds that your Dispute is frivolous or brought for an improper purpose, you shall reimburse the filing fee to us and the payment of the arbitrator's others fees, costs and expenses shall be governed by the arbitration administrator's rules.

You may hire an attorney to represent you in the arbitration proceeding and may recover your attorneys' fees and costs in arbitration to the same extent as you could in court if the arbitration proceeding is decided in your favor. We may hire an attorney to represent us in the arbitration proceeding but waive any right to recover our attorneys' fees and costs if the arbitration proceeding is decided in our favor.

Unless you and we agree otherwise in writing, any arbitration hearings will be held in the county of your then-current account address or (if your account is closed) the last address at which we contacted you.

ARBITRATION INVOLVES A FAIR HEARING BEFORE A NEUTRAL ARBITRATOR RATHER THAN A JUDGE OR JURY. IF THIS ARBITRATION AGREEMENT IS DECLARED TO BE ILLEGAL, UNENFORCEABLE OR INAPPLICABLE, OR IF A CLAIM PROCEEDS IN COURT RATHER THAN THROUGH ARBITRATION, YOU AND WE WAIVE, TO THE FULLEST EXTENT ALLOWED BY LAW, ANY RIGHT TO A JURY TRIAL. NO CLASS ACTIONS, CONSOLIDATED ACTIONS, REPRESENTATIVE ACTIONS, OR JOINDER OR CONSOLIDATION OF ANY DISPUTE WITH A DISPUTE OF ANY OTHER PERSON OR ENTITY, SHALL BE ALLOWED IN ARBITRATION. ALL PARTIES TO THE ARBITRATION PROCEEDING MUST ARBITRATE IN THEIR INDIVIDUAL CAPACITY ONLY AND MUST BE INDIVIDUALLY NAMED. THE ARBITRATOR MAY AWARD DECLARATORY OR

INJUNCTIVE RELIEF ONLY IN FAVOR OF THE INDIVIDUAL PARTY NAMED IN THE ARBITRATION PROCEEDING AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF WARRANTED BY THAT PARTY'S INDIVIDUAL CLAIM.

This arbitration agreement shall survive the termination of this Agreement or the Service relationship.

Unless otherwise provided by applicable law, or otherwise in this Agreement, neither party has the right to bring a Dispute or other legal action under this Agreement more than one (1) year after the Dispute arose.

**California Customers.**

Our Utility number is U-3079-C. If you file a billing-related claim with the Consumer Affairs Branch ("CAB") of the California Public Utilities Commission you must, within 24 hours of filing, inform us by writing to the Customer Service address set forth below. If we resolve your dispute, you agree to withdraw your claim with the CAB.

**BILLING FOR PREMIUM AND THIRD-PARTY SERVICES. Certain parties besides the Company have the ability to place charges on your bill for premium services. You may access these services and authorize the placement of charges on your bill through your phone or online account.**

**The Company also provides customers, at no additional cost, with the ability to restrict the placement of charges for premium and third-party services on your account. Contact customer care or go to www.metropcs.com/CPUC for more information.**

**Customer Service.**

If you have any questions regarding your Service or information in this Agreement, you may call our activation center at 1-888-8metro8 or write us at MetroPCS, P.O. Box 601119, Dallas, Texas, 75360-1119.

| Phones & More | Plans & Services | MetroMarket℠ | Manage & Pay | About Us |
|---|---|---|---|---|
| All Phones | All plans | MetroSTUDIO℠ | Activate | Press Center |
| Android™ smartphones | 4G$^{LTE}$ plans | @metro App Store™ | Track order | Leadership Team |
| 4G$^{LTE}$ smartphones | All services | Metro Total Protection℠ | Track rebates | Investor Relations |
| All accessories | All features | MetroNavigator® | My Account | Business Solutions |
| Deals | Rhapsody | | Make Payment | Become a Dealer |

**MetroNews℠ sign up!**

Get the latest news alerts, special deals and more.

GO

FAQs | Support | Contact Us | Careers | Amber™ Alert | Site Map

Terms & Conditions | Privacy Policy | Consumer Protection | Network Disclosure

© 2002-2013 MetroPCS Wireless, Inc. All rights reserved.






Exhibit C

Zip Code 94601  edit    |    Store Locator    |    Coverage Map    |    En Español    |    Support    Search MetroPCS    🔍

Activate & Select Plan    |    Make a Payment    |    Sign In    |    Sign Up    |    Cart (0 items)

| **Why MetroPCS**<br>Everybody's moving to metro | **Phones & More**<br>Smartphones, Accessories & More | **Plans & Services**<br>Unlimited Talk, Text and Data | **MetroMarket**<br>Music, Videos, Ringtones, Apps | **Manage & Pay**<br>Activate, Pay, My Account |

Home  >  Terms And Conditions

Terms And Conditions

MetroPCS Terms and Conditions of Service    ▶
eWallet Terms and Conditions
MetroWEB Terms of Use
Online Terms of Use
Privacy Policy
eWallet PrivacyPolicy
Consumer Protection Terms of Use
Wi-Fi Terms and Conditions
California Cramming Compliance
California Transparency in Supply Chains Act of 2010 SB 657 Disclosure
By the Minute Terms and Conditions
By the Week Terms and Conditions
Long Distance Terms and Conditions

Loopt Terms of Service
Metro411 Basic Terms and Conditions
Metro411 Premium Terms of Use
Metro411 UnlimitedTerms and Conditions
MetroSTUDIO Terms and Conditions
Metro Total Protection Terms and Conditions
MetroPCS Terms of Service International Roaming
MyExtras Terms of Service
Network Disclosure
Pocket Express Terms of Use
Rhapsody Unlimited Music Terms and Conditions
UILD Terms and Conditions
San Francisco 408 Area Code Overlay Notification
Start of Service Forms

**MetroPCS Terms and Conditions of Service**

Welcome to MetroPCS. We are pleased that you have selected us as your wireless carrier. Please use this page as a reference for questions about your service and the terms and conditions of service that govern the service you have purchased from MetroPCS. These Terms and Conditions of Service apply to all devices and wireless services provided by us to you and consist of several parts, which may be amended from time to time:

- The MetroPCS Terms and Conditions of Service
- eWallet Terms and Conditions
- MetroPCS Start of Service Form
- Your MetroPCS Rate Plan
- The MetroPCS Privacy Policy
- eWallet Privacy Policy
- The MetroPCS Online Terms of Use
- The MetroPCS Wi-Fi Terms of Use
- MetroPCS Open Internet Transparency Disclosures
- MetroWEB Terms of Use
  The terms and conditions relating to any additional features you may have selected or as may be included in your Rate Plan, including, but not limited to:
- MetroSTUDIO Terms of Use
- Pocket Express Terms of Use
- Loopt, Inc. Terms of Service
- Metro411 Terms of Use
- MyExtras Terms of Service
- Metro Total Protection Terms and Conditions
- MetroPCS Unlimited International Calling
  In the event that the terms and conditions relating to a feature you may have selected or may be included in your Rate Plan conflicts with the MetroPCS Terms and Conditions of Service, the Terms and Conditions of Service shall control.
  By: (a) giving us a written or electronic signature or telling us orally that you accept the MetroPCS Terms and Conditions of Service; (b) activating Service (if you are a new subscriber); (c) using your Service after your Service is activated or after you make a change or addition to your Service; (d) paying for the Service; or (e) failing to activate Service within 30 days after the purchase of

your wireless device, you agree to the MetroPCS Terms and Conditions of Service and the terms and conditions of service and use related to any feature you may have selected or may be included in your Rate Plan, including, but not limited to:

- You waive your right to a jury trial in disputes with MetroPCS
- Your disputes with MetroPCS will be decided by an arbitrator
- You waive your right to institute or participate in class action litigation against MetroPCS
- You will provide MetroPCS with accurate information about yourself
- MetroPCS may communicate with you from time to time about your Service
- You will pay all taxes and regulatory fees even if your rate plan is inclusive of taxes and regulatory fees; and MetroPCS may terminate your Service if you fail to timely pay for your Service or violate the Terms and Conditions of Service in any way, including abuse of the Service or violations of applicable laws.

MetroPCS Terms and Conditions of Service ("Agreement")

Revised: May 1, 2013

When you initiate Service with MetroPCS, you may receive a Start of Service form and this Agreement. These materials are part of your Agreement with MetroPCS. This Agreement governs the sale, use and delivery of MetroPCS wireless services ("Service" or "Services") to you (the purchaser or user of the Services) by T-Mobile US, Inc. and any of its subsidiaries ("us," "we," "our" or "MetroPCS"). Certain other laws may also govern our provision of Services to you and such laws are incorporated in their entirety by this reference into this Agreement as if set forth in this Agreement. Your service also is subject to, and you agree to adhere to, our business policies, practices, and procedures, which we can change without notice to you (collectively, the "Policies"). Offers may not be available everywhere or combinable with other promotions/options. This Agreement, the Start of Service form, if any, the terms included in the Rate Plan brochure(s) describing your plan and services, if any, terms of service for products and services not otherwise described herein that are posted on applicable MetroPCS websites or in applicable product or service brochures, if any, and any documents expressly referred to herein or therein, if any, make up the complete agreement between you and us and supersede any and all prior and contemporaneous agreements, arrangements, representations, advertising, contracts, statements, offers, and understandings relating to the subject matter of this Agreement, whether oral or written, including, but not limited to, all previous versions of the Terms and Conditions of Service. You cannot rely on any other documents or statements by any sales person, service representative or other agent. You acknowledge and agree that you have not relied on any representation, assertion, guarantee, warranty, contract or other assurance, stated or made by anyone except those set out in this Agreement.

IMPORTANT: READ THIS AGREEMENT CAREFULLY. IT REQUIRES THE USE OF INDIVIDUAL ARBITRATION RATHER THAN JURY TRIALS OR CLASS ACTIONS TO RESOLVE DISPUTES. ARBITRATION IS MORE INFORMAL THAN LITIGATION BECAUSE IT USES A NEUTRAL ARBITRATOR INSTEAD OF A JUDGE OR JURY AND ALLOWS FOR LESS DISCOVERY AND LESS APPELLATE REVIEW THAN IN COURT.

YOU ACCEPT THESE TERMS AND CONDITIONS AND AGREE TO COMPLY WITH ALL APPLICABLE LAWS AND POLICIES BY DOING ANY OF THE FOLLOWING: (A) GIVING US A WRITTEN OR ELECTRONIC SIGNATURE, OR TELLING US ORALLY THAT YOU ACCEPT THESE TERMS AND CONDITIONS; (B) ACTIVATING OR CONTINUING SERVICE; (C) USING YOUR SERVICE AFTER YOUR SERVICE IS ACTIVATED OR YOU MAKE A CHANGE OR ADDITION TO YOUR SERVICE; (D) PAYING FOR THE SERVICE; OR (E) FAILING TO ACTIVATE SERVICE WITHIN 30 DAYS AFTER THE PURCHASE OF YOUR WIRELESS DEVICE. BY DOING ANY OF THE FOREGOING, YOU ARE INDICATING YOUR INTENT TO BE BOUND BY THE TERMS AND CONDITIONS OF SERVICE OF THIS AGREEMENT. IF YOU ARE A NEW CUSTOMER AND YOU DO NOT AGREE TO THIS AGREEMENT, DO NOT INITIATE SERVICE.

IF YOU ARE AN EXISTING CUSTOMER AND THE SERVICE IS PROVIDED TO YOU UNDER A PRIOR AGREEMENT AND YOU DO NOT AGREE TO THIS AGREEMENT, YOU MUST TERMINATE SERVICE AS SET FORTH IN THE PRIOR AGREEMENT; PROVIDED, HOWEVER, THAT IF YOU CHOOSE TO TERMINATE SERVICE YOU WILL STILL BE BOUND BY THE PRIOR AGREEMENT, INCLUDING YOUR OBLIGATION TO PAY ANY OUTSTANDING AMOUNTS AND YOUR AGREEMENT TO ARBITRATE DISPUTES. IF YOU HAVE ANY QUESTIONS, DO NOT ACTIVATE OR USE YOUR SERVICE, AND CONTACT METROPCS OR ITS AUTHORIZED DEALERS TO HAVE YOUR QUESTIONS ANSWERED.

**Arbitration Agreement; Dispute Resolution.**

Any Dispute between you and us shall be resolved, upon the election of either you or us, by binding arbitration. References in this provision to "Dispute" shall be given the broadest possible meaning and shall include any dispute, claim, or controversy arising from or relating to this Agreement or Services and/or Products provided under this Agreement, including but not limited to: (1) all claims for relief and all theories of liability, whether based in contract, tort, statute, regulation, ordinance, fraud, or misrepresentation; (2) all disputes regarding the validity, enforceability or scope of this arbitration agreement (with the exception of its class action waiver); (3) all disputes that arose before this Agreement; (4) all disputes that arise after the termination of this Agreement; and (5) all disputes that are the subject of a putative class action in which no class has been certified. References in this provision to "us" include our parents, subsidiaries, affiliates, predecessors, successors, and assigns and our and their directors, officers, employees and agents. References in this provision to "you" include all beneficiaries of this Agreement and all users of the Services provided under this Agreement. Notwithstanding the foregoing, either party may bring an individual action in small claims court or bring Disputes to the attention of federal, state, or local agencies, including, but not limited to, the Federal Communications Commission.

If you do not wish to be bound by this arbitration agreement, you must notify us in writing at the address set forth in the "Notices" section above within 30 days of initiating Service or, if you never had the opportunity to opt out of arbitration, within 30 days of the date of the change notice giving you that opportunity. Your written notification to us must include your full name, MetroPCS account number and current address and must clearly state that you do not wish to be bound by this arbitration agreement. Your decision to opt out of this arbitration agreement will not adversely affect our relationship with or delivery of Service to you. If you have previously notified us of your decision to opt out of this arbitration agreement, you need not do so again.

Notwithstanding any provision in this Agreement to the contrary, if we change this arbitration agreement, you may reject the change without terminating or adversely affecting your Service by notifying us in writing at the address set forth in the "Notices" section above within 30 days of the date of the change notice. If you do, you shall arbitrate any Dispute in accordance with the terms of this arbitration agreement. If you do not, you will be bound by the changes.

Because this Agreement and the Services provided under this Agreement concern interstate commerce, this arbitration agreement shall be governed by the Federal Arbitration Act ("FAA").

The party initiating an arbitration may choose from the following independent, impartial arbitration administrators:

**American Arbitration Association**
335 Madison Avenue,
Floor 10
New York, NY 10017
1-800-778-7879
www.adr.org

**JAMS**
1920 Main Street,
Suite 300
Irvine, CA 92614
1-800-352-5267
www.jamsadr.com

Copies of their respective rules for consumer disputes and forms and instructions for initiating an arbitration may be obtained by contacting them or visiting their websites.

Any arbitration shall be conducted pursuant to the arbitration administrator's rules for consumer disputes in effect when the arbitration is initiated except to the extent they are inconsistent with this arbitration agreement. If the arbitration administrator will not enforce this arbitration agreement as written, the parties shall agree on or mutually petition a court of competent jurisdiction to appoint a substitute arbitration administrator who will do so.

The arbitrator shall enforce contractual, statutory and other limitation periods and shall honor claims of privilege recognized at law. Judgment upon any arbitration award may be entered in any court having jurisdiction.

If we initiate the arbitration, we will notify you in writing at your then-current account address or (if your account is closed) the last address at which we contacted you. If you initiate the arbitration, you must notify us in writing at the address set forth in the "Notices" section above.

If your Dispute does not exceed $10,000, we will promptly reimburse your filing fee and will pay the arbitrator's other fees, costs and expenses. (If you cannot pay the filing fee, you may request that we pay the filing fee directly.) If, however, the arbitrator finds that your Dispute is frivolous or brought for an improper purpose, you shall reimburse the filing fee to us and the payment of the arbitrator's others fees, costs and expenses shall be governed by the arbitration administrator's rules.

You may hire an attorney to represent you in the arbitration proceeding and may recover your attorneys' fees and costs in arbitration to the same extent as you could in court if the arbitration proceeding is decided in your favor. We may hire an attorney to represent us in the arbitration proceeding but waive any right to recover our attorneys' fees and costs if the arbitration proceeding is decided in our favor.

Unless you and we agree otherwise in writing, any arbitration hearings will be held in the county of your then-current account address or (if your account is closed) the last address at which we contacted you.

CLASS ACTION WAIVER. WE EACH AGREE THAT ANY DISPUTE RESOLUTION PROCEEDINGS, WHETHER IN ARBITRATION OR COURT, WILL BE CONDUCTED ONLY ON AN INDIVIDUAL BASIS AND NOT IN A CLASS OR REPRESENTATIVE ACTION OR AS A MEMBER OF A CLASS, CONSOLIDATED OR REPRESENTATIVE ACTION. If a court or arbitrator determines in an action between you and us that this waiver is unenforceable, the arbitration agreement will be void as to you. If you choose to pursue your claim in court by opting out of the arbitration provision as specified above, this Class Action Waiver provision will not apply to you. Neither you, nor any other customer, can be a class representative, class member, or otherwise participate in a class, consolidated or representative proceeding without having complied with the opt out requirements above.

JURY TRIAL WAIVER. If a claim proceeds in court rather than in arbitration, WE EACH WAIVE ANY RIGHT TO A JURY TRIAL. ARBITRATION INVOLVES A FAIR HEARING BEFORE A NEUTRAL ARBITRATOR RATHER THAN A JUDGE OR JURY. THE ARBITRATOR MAY AWARD DECLARATORY OR INJUNCTIVE RELIEF ONLY IN FAVOR OF THE INDIVIDUAL PARTY NAMED IN THE ARBITRATION PROCEEDING AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF WARRANTED BY THAT PARTY'S INDIVIDUAL CLAIM.

This arbitration agreement shall survive the termination of this Agreement or the Service relationship.

Unless otherwise provided by applicable law, or otherwise in this Agreement, neither party has the right to bring a Dispute or other legal action under this Agreement more than one (1) year after the Dispute arose.

**Nature of Services.**

The Services are provided via Rate Plans under which, in certain circumstances, you do not pay metered "per minute" charges for service. In an effort to offer this Service on a reliable basis at a reasonable cost, MetroPCS may discontinue providing Service to you, change the services provided to you, change your Rate Plan, reduce the speed of any service provided, cap or restrict the amount of use of any service, change the services and features in your Rate Plan, discontinue your account, or discontinue or limit providing connections to particular telephone numbers, countries, destinations, providers, features, services, or types of services used, requested or called by you or allowing the provision of certain services or services in certain areas, such as pursuant to roaming arrangements, at certain times, or at certain speeds that, in the sole judgment of MetroPCS, appear likely to generate abnormally high call volumes, abnormally long average call lengths, calls with abnormally high costs, abnormally high use, or other disproportionate use when compared to those of other customers of MetroPCS (as described below under "Your Use Of The Service"), numbers or types of services or which may be harmful, disruptive, or interfere with MetroPCS' system or services to other customers. You acknowledge and agree that the web and data Rate Plans provided by MetroPCS are designed to be, and shall only be used, predominately for HTML/WAP browsing and multimedia streaming services provided by MetroPCS, its affiliates, authorized suppliers and licensors, and not for off-portal multimedia streaming services. We may provide notice to you prior to taking any of the foregoing actions, but you acknowledge and agree that we are not required to provide notice and you agree that

we may take any of the foregoing actions without providing notice you. By initiating service and placing calls or using any other service on the MetroPCS system, you acknowledge and agree to MetroPCS' ability to modify or terminate your Service under these circumstances.

**Coverage.**

Service is limited to the operating range, spectrum, and capacity of our or our roaming partners' wireless system in your service area. Your service area is the area depicted in the coverage map available to you when you activated Service and may change from time to time without notice. Since MetroPCS uses different spectrum in different areas of the country, service may not be available on all wireless devices in all areas. We may, but are not obligated to, provide notice when you are being served by a carrier other than ourselves. The specific network coverage you get will depend on the radio transmissions your wireless device can receive and use and the Services you have chosen. **Specific Services may not be available on all wireless devices at all points in time due to wireless device hardware and/or software, changes to our network, network infrastructure, cessation of specific Services, or service by carriers other than ourselves.** Except for 911 calls and any "roaming" service to which you have subscribed, you will not be able to use your wireless device outside of your service area for any calls, including local, long distance and international calls. Further, since services outside MetroPCS' area are provided by third parties, not all services may work outside your service area. **Service depends on over-the-air radio transmissions. Our coverage maps provide high level estimates of our coverage areas when using Services outdoors under optimal conditions. Coverage is not available everywhere and depends on the Service purchased and the wireless device used. Service speeds are not guaranteed and actual speeds will vary. Estimating wireless coverage, signal strength and Service speed is not an exact science. There are gaps in coverage within our estimated coverage areas that may result in dropped and/or blocked connections, slower Service speeds, or otherwise impact the quality of Service. Many factors beyond our control affect your ability to make and receive calls on your wireless device, the quality of those calls, and the speed of your Service including, but not limited to, your location, the conditions of the atmosphere, terrain, nearby buildings and other structures, network capacity issues, system outages, failure of equipment to operate as expected, spectrum used, problems that occur with service we purchase from third parties, system upgrades, performance of system maintenance, accidents, network problems, network or Internet congestion, software, signal strength, your wireless device, weather, geography, topography, server speeds of the websites you access or other events outside of our control. As a result, sometimes Service, including calls or attempted calls to emergency services like 911, may be unavailable, interrupted or may fail, and the quality of calls may sometimes be poor.** MetroPCS takes no responsibility for Service interruptions or problems caused by factors beyond our control. Any statements by MetroPCS, its employees, representatives or agents about the coverage of our system are intended only to describe MetroPCS' approximate coverage in your service area. You should not interpret any such statement to mean that Service will be available or without interruption in any service area.

**Location Based Services.**

*

Services that rely on location information, such as E911 and GPS navigation, depend on your wireless device's ability to acquire satellite signals (typically not available indoors) and network coverage. Unlike traditional wireline telephones, depending on a number of factors (for example, where you are, whether local emergency service providers have upgraded their equipment, etc.), 911 operators may not know your telephone number, your location or the location of your wireless device. Due to regulatory and technical requirements, MetroPCS makes no guarantee that emergency 911 calls will be routed to a specific Public Safety Answering Point ("PSAP") or any particular public safety organization (for example, police department, fire department, ambulance services, etc.). MetroPCS takes no responsibility for the acts or omissions of any PSAP or any public safety organization (for example, police department, fire department, ambulance services, etc.). In certain circumstances, an emergency call may be routed to a state patrol dispatcher or alternative location set by local emergency service providers. Enhanced 911 service ("E911"), where enabled by local emergency authorities, uses GPS technology to provide location information. Even when available, however, E911 does not always provide accurate location information. If your wireless device is indoors or for some other reason cannot acquire a satellite signal, you may not be located. Some wireless devices have a safety feature that prevents use of the keypad after dialing 911 - you should follow voice prompts when interacting with emergency service providers employing Interactive Voice Response ("IVR") systems to screen calls. While your wireless device is receiving a software update, you may be unable to use your wireless device in any manner until the software update is complete. Your wireless device may require you to elect to use location based services, or you may choose to use location based services, other than E911. If you elect to use location based services, you agree that we may use the location information transmitted from your wireless device to improve our location services. Your personal, biographical and calling information will not be used by us. By electing to use location based services, you agree and authorize us to send targeted, location based information to your mobile device and also to use or provide to third parties your location information in an aggregate form.

**Roaming.**

Our Services and Rate Plans are designed for you to use your service each month predominantly in our service area. If your usage each month is not predominantly in our service area, we may terminate your Service or restrict your ability to receive Service outside the areas served by our network. Nationwide roaming requires multi-band wireless devices and is not available with single-band wireless devices, certain other wireless devices, or to customers residing outside their home area. Data services and certain features (for example, Voicemail, Caller ID, Call Waiting, Location Services, etc.) may not be available in all roaming areas. The term "roaming" typically refers to coverage on another carrier's network that we may make available to you based on our agreements with other carriers. These agreements may change from time to time and roaming coverage and available services are subject to change without notice. Your ability to receive roaming coverage depends on the radio transmissions your wireless device can receive and use and the availability of roaming coverage. We make no guaranty that roaming coverage will be available. Roaming coverage may exist both within and outside our network coverage areas. Depending on your Services, separate charges or limits on the amount of minutes used while roaming may apply. We may, but you agree we are not obligated to, provide you with notice when you are roaming. **YOU AGREE TO HOLD METROPCS HARMLESS AGAINST ANY AND ALL**

CLAIMS, DEMANDS, ACTIONS, OR OTHER CAUSES OF ACTION (INCLUDING ACTIONS BY THIRD PARTIES) ARISING OUT OF, RELATING TO, OR IN CONNECTION WITH THE USE OR ATTEMPTED USE OF THE SERVICE.

**Start of Service Form/Rate Plan/Coverage Brochure.**

The Rate Plan selected by you determines the charges for the Services. The Start of Service form may identify the Rate Plan you have chosen and set forth the charges you are required to pay for Service, including monthly or other cyclical access fees, as well as any applicable surcharges or other fees. If you did not receive a Start of Service form, you can find details on the Rate Plan, services, or features you selected by visiting our stores, authorized dealers, or at www.Metropcs.com. Unused Rate Plan allotments, bundles, or buckets expire at the end of your service cycle and do not roll over to the next service cycle. We will determine what types of Service and Rate Plans are available to you. The Rate Plan to which you subscribe when you initiate Service, as modified by you from time to time in accordance with this Agreement, will remain in effect for the term of your Service until or unless we change your Rate Plan or you choose to subscribe to a different Rate Plan, if available to you. If we offer more than one Rate Plan in your area and you wish to change the Rate Plan to which you subscribe, you may contact us to request a change in your Rate Plan to any other Rate Plan for which you are eligible. Rate Plan changes may not be effective immediately, and you may be required to pay to make such changes.

We may change the price and structure of your Rate Plan, modify the various Rate Plans, change the price of the various Rate Plans, change the services included in a Rate Plan, or change the requirements of eligibility for Rate Plans, at any time without prior notice to you. You may designate others to manage or make changes to your account ("Authorized Users"). You and Authorized Users will have access to all account information. If you give your personal account validation information to someone, they can access, and may be able to make changes to your account just as you can, including incurring charges for which you are responsible. Those changes will be binding on you. MetroPCS takes no responsibility for changes made to your account by any Authorized User.

With respect to domestic long distance, roaming, international long distance, and any other service provided by us (or to us by third parties), we may change the locations and destinations where such Services may be used or where calls can be placed or placed in specific Rate Plans, or the rates and terms applicable to such locations and destinations, without prior notice to you. Certain charges may be imposed by third parties and MetroPCS may, as an accommodation, allow such charges to be paid through MetroPCS.

YOU HAVE THE RIGHT TO REFUSE TO ACCEPT THESE RATE PLAN CHANGES. IF YOU DO NOT WANT TO ACCEPT THE RATE PLAN CHANGES, YOU MUST NOTIFY US IN WRITING WITHIN TEN (10) DAYS OF THE DATE OF THE CHANGE THAT YOU WISH TO TERMINATE SERVICE. IF YOU DO NOT NOTIFY US THAT YOU WISH TO TERMINATE SERVICE WITHIN THAT TIME AND/OR IF YOU CONTINUE TO USE THE SERVICE AFTER THE RATE PLAN CHANGES, YOU INDICATE YOUR AGREEMENT TO BE BOUND BY THE RATE PLAN CHANGES. NOTWITHSTANDING ANY TERMINATION, AMOUNTS PREVIOUSLY PAID ARE NON-REFUNDABLE.

**Charges.**

You are responsible for paying all charges for Service ("Service Charges"), including, but not limited to the following: (1) recurring monthly or weekly access charges; (2) charges and taxes for optional Service features that you select, including long distance and directory assistance (411) calls and other optional features, such as ringtone downloads and @metro data services; (3) any Service reconnection charges that may apply, such as a reactivation fee; and (4) all applicable taxes and regulatory charges whether assessed directly on you or us; provided, however, that for certain tax inclusive Rate Plans, only applicable taxes and regulatory charges may be included in the Rate Plan price. You must pay all taxes, fees and surcharges set by federal, state and local governments. To determine taxes, fees and surcharges, we will use the street address you identified as your Place of Primary Use ("PPU"). If you did not identify the correct PPU, or provided us with an address that is not a recognized street address, such as a PO Box, does not identify the applicable taxing jurisdictions or does not reflect the Service area associated with your telephone number, you may be assigned a default PPU. You acknowledge and agree that a default PPU may affect your ability to receive E-911 assistance and you agree to indemnify and hold us harmless for any claims relating to your failure to provide a valid PPU. In addition, if you are not on a tax-inclusive plan, you agree to pay all regulatory administration charges ("Regulatory Administration Charges"), which may include, but are not limited to, Federal Universal Service, various regulatory charges, our administrative charges, gross receipts charges, margin taxes, and charges for the costs we incur in complying with governmental programs. Regulatory Administration Charges are not taxes and are not required by law. We set these charges, and the amounts and what they include may change. They are rates we choose to collect from you and are kept by us in whole or in part. The number and type of Regulatory Administration Charges may vary depending upon the PPU of the wireless device and can change over time. We determine the rate for these charges and these amounts are subject to change as are the components used to calculate these amounts. Changes to taxes, fees and surcharges will become effective as provided by the taxing authority and changes to Regulatory Administration Charges shall be effective immediately. You are responsible for all charges to your account, whether or not you were the user of the wireless device. If your wireless device gets lost or stolen, you should notify us immediately, so we can suspend your Service to prevent someone else from using it. Wireless access to corporate/employee email may require additional server or server access, licenses, or additional requirements which may incur additional charges. By requesting wireless access to corporate/employee email, you agree to pay any of these additional charges.

**MetroConnect®.**

If you want to use optional MetroPCS services and/or features that are not charged on a monthly or weekly basis by MetroPCS that are not included in your Rate Plan but which are available in your area, you must pay for such services and/or features in advance by paying money into your MetroConnect account, which has been established specifically for this purpose. The Rate Plan to which you subscribe will determine whether or not you can make use of, and if so, whether you must pay extra for various types of domestic and international long distance, roaming, directory assistance, and other optional features, such as ringtone downloads and @metro data services. The most up-to-date explanation of our available Rate Plans is available on our website at www.metropcs.com. You should consult your Rate Plan to determine which services and features are included, and which services and features may be available for an additional charge. We reserve the right to change the types of charges and features that can be paid through your MetroConnect account and may do so without advance notice to you. Funds paid into your MetroConnect account cannot be applied to monthly access, weekly access, optional services provided by MetroPCS on a monthly or weekly

basis, taxes, or regulatory fees. You may make advance payments into your MetroConnect account by dialing *99 on your MetroPCS wireless device and charging your purchases to your credit or debit card. You may also make advance payments into your MetroConnect account when you mail your monthly service payment to us, by paying in person at any MetroPCS payment center that is authorized to accept such payments, or by making a credit card payment online. You may make advance payments into your MetroConnect account in increments established by us from time to time, up to any maximum account balance that we may establish. You can also determine the balance in your MetroConnect account by calling *99 from your wireless device. Certain third party charges may also be paid via your MetroConnect account. You acknowledge and agree that the amounts charged and the terms of such services and charges are between you and the third party. Certain services may require you have a minimum balance in your MetroConnect account prior to being able to use the service.

The balance in your MetroConnect account is non-refundable. If you or MetroPCS terminate your MetroPCS monthly or weekly Service for any reason, any remaining balance in your MetroConnect account will be forfeited and will not be refunded to you. As long as you continue to subscribe to your monthly or weekly Service, any amounts you paid into your MetroConnect account to purchase such Services or features will be carried over from month to month, EXCEPT THAT IF THERE IS NO ACTIVITY IN THAT ACCOUNT FOR ANY CONSECUTIVE 12-MONTH PERIOD, ANY FUNDS YOU HAVE PAID INTO THAT ACCOUNT WILL BE FORFEITED AND WILL NOT BE REFUNDED TO YOU unless your Rate Plan specifies otherwise.

To the extent we allow charges to be paid via your MetroConnect account, we will automatically deduct the per-minute and per-use charges plus applicable taxes, surcharges and fees from your MetroConnect account. For purposes of determining the per-minute length of your long distance call or roaming call, your call will be rounded up to the nearest minute. Charges for a completed call from your wireless device will begin when you press the SEND key and will end when either party ends the call. For Services where charges are based on the amount of time used, we will round up any fraction to the next full minute and you may be charged for calls to Customer Service and toll-free numbers. For Services based on data usage, we will round up to the nearest whole kilobyte. For outgoing calls, usage time starts when you first press SEND or the call connects to a network, and for incoming calls, it starts when the call connects to a network (which may occur before it rings). Usage time may end several seconds after you press END or after the call disconnects. For calls made on our network, we only charge for calls that are answered, including by machines. You will not receive a long distance or directory assistance invoice and no call detail will appear on your monthly Service invoice from MetroPCS.

**Changes to Agreement.**
We may change this Agreement at any time. If you are an existing customer, you will be notified at least ten (10) days, unless a longer period is required, in advance of any proposed changes that may result in more restrictive terms or conditions in this Agreement. Any such changes to this Agreement will be effective after that time period.

YOU HAVE THE RIGHT TO REFUSE TO ACCEPT THE CHANGES. IF YOU DO NOT WANT TO ACCEPT THE CHANGES, YOU MUST NOTIFY US IN WRITING WITHIN TEN (10) DAYS OF THE DATE OF THE CHANGE NOTICE THAT YOU WISH TO TERMINATE SERVICE. IF YOU DO NOT NOTIFY US THAT YOU WISH TO TERMINATE SERVICE WITHIN THAT TIME AND/OR IF YOU CONTINUE TO USE THE SERVICE AFTER NOTIFICATION OF THE CHANGES, YOU INDICATE YOUR AGREEMENT TO BE BOUND BY THE CHANGES.

**Your Use Of The Service.**
You agree to use the Service in accordance with this Agreement and to comply with all applicable laws. YOU AGREE TO INDEMNIFY, DEFEND, AND HOLD HARMLESS METROPCS FROM ANY CLAIMS ARISING OUT OF, RELATING TO, OR IN CONNECTION WITH, USE OF YOUR DEVICE OR SERVICE, YOUR ACTS OR OMISSIONS, INCLUDING, BUT NOT LIMITED TO, ANY VIOLATION BY YOU OF THE TERMS AND CONDITIONS OF THIS AGREEMENT, THE POLICIES, OR OF ANY APPLICABLE STATUTES, ORDINANCES, LAWS OR REGULATIONS OF ANY LOCAL, STATE, OR FEDERAL AUTHORITY, YOUR USE OF THE DEVICE OR SERVICE AND ANY INFORMATION YOU SUBMIT, POST, TRANSMIT OR MAKE AVAILABLE VIA THE SERVICE, FAILING TO PROVIDE APPROPRIATE NOTICES REGARDING LOCATION-SENSITIVE SERVICES, FAILURE TO SAFEGUARD YOUR PASSWORDS, BACKUP SECURITY QUESTION TO YOUR PASSWORD OR ANY OTHER ACCOUNT INFORMATION, OR THE RIGHTS OF ANY THIRD PARTY. MetroPCS may deny a request for Service from you for any lawful reason. MetroPCS also reserves the right to cease serving you if you are not acting in accordance with the terms of this Agreement or the Policies, to disconnect calls that are not in accordance with the terms and conditions of this Agreement or the Policies, and to cease providing service to telephone numbers or categories of services that are inconsistent with the terms and conditions of this Agreement or the Policies and the nature of the Service.

MetroPCS reserves the right to manage our network and the traffic on our network in the way we believe best benefits our customers and best enables us to maintain Service of the nature described in this Agreement. We have determined that our ability to provide Service to our customers is disrupted when you place an abnormally high number of calls, repeatedly place calls which result in abnormally long call lengths, repeatedly place calls with abnormally high costs, high or disproportionate use, or otherwise use our Services or network in excess of our expectations or the normal amount of use by our customers. Thus, we reserve the right to discontinue Service to customers, to discontinue or block Service to certain telephone numbers or categories of services, to terminate calls or Services as described below, to reduce the speed at which such services are provided, or to restrict the amount of usage, which our experience indicates result in disruptive usage patterns of this nature. For example, MetroPCS Service is not intended for use (i) by persons engaged in the provision of telemarketing services, commercial research or commercial data collection, (ii) by persons seeking a dedicated private line or access line to the internet, or other continuous uses that create the functional equivalent of a dedicated telephone line, (iii) by persons seeking to maintain open lines of communication for extended periods of time (for example, baby monitoring or other monitoring services), (iv) by persons seeking to establish an access point for intra-company private branch exchange services, (v) by persons seeking to provide a commercial or private dispatch service, (vi) by persons seeking to access multi-party Chat Line Services or to call telephone numbers that generate Chat Line Traffic (as defined herein), (vii) for persons seeking to use the service for commercial purposes, (viii) for persons who do not reside in and have the predominant amount of usage on our networks, or (ix) for persons whose web and data Rate Plan usage is not predominantly for HTML/WAP browsing and multimedia streaming services provided by us, our affiliates, authorized suppliers, and licensees. For the purposes of this Agreement, "Chat Line Traffic" means traffic which originates or terminates to or from, relates to, arises out of, is in connection with, or pertains to, a multiple voice bridging service, company, or provider (or telephone numbers

associated therewith) in which two or more incoming callers may be connected with each other simultaneously. Chat Line Traffic does not include traffic originating or terminating to or from traditional business dial-in conference calling in which a designated group of callers dial in to a known dial-up conference number at a pre-arranged time for a specific business purpose. For the purpose of this Agreement, "Chat Line Service" means a service which generates Chat Line Traffic.

Some elements of multimedia messages may not be accessible, viewable, or heard due to limitations on certain wireless phones, PCs, or e-mail. We reserve the right to change the multimedia message size limit at any time without notification.

Text message notifications may be sent to non-multimedia messaging subscribers if they subscribe to text messaging. You may receive unsolicited messages from third parties as a result of visiting Internet sites, and a per-message charge may apply whether the message is read or unread, solicited or unsolicited.

MetroPCS also reserves the right to block, or otherwise prevent access to, 9xx, 7xx, 5xx, and 8xx telephone numbers as well as other telephone numbers, services, countries, carriers, destinations, services and types of services that MetroPCS determines, in its sole discretion, are inconsistent with the nature of Service provided by MetroPCS, are indicative of uses not permitted hereunder, or result in abnormally long calls, abnormally high costs, or abnormally high usage. We also may block calls to telephone numbers at the request of the called party. In addition, if any call duration exceeds a length of time, or a data session exceeds the amount of data that is determined by MetroPCS to be excessive from time to time, MetroPCS may, in its sole discretion, terminate or restrict any such call or data session.

In addition, the Service may be used only for your own voice communications and may not be used to transmit data, or for any other one-way transmission application other than data Services expressly offered to you by MetroPCS. You may not resell the Service or use the Service to provide commercial service to others. You also may not use the Service in a manner that is intended to cause or results in interference to, or causes problems with, the operation of MetroPCS' wireless system or other communications systems. You can't use our Services: (a) in a way that could cause damage or adversely affect any of our other customers or our reputation, network, property or Services; or (b) in any way prohibited by the terms of our Services, the Agreement or our Policies. We can take any action to: (1) protect our network, our rights and interests, or the rights of others; (2) optimize or improve the overall use of our network and Services; or (3) prevent usage that is indicative of uses not permitted hereunder. Some of these actions may interrupt or prevent legitimate communications and usage, such as message filtering/blocking software to prevent spam, viruses, or autodialed calls or SMS messages, limiting throughput, limiting access to certain websites, applications or other data content, capping or restricting use, or prohibitions on unintended uses (for example, use as a dedicated line, or use as a monitoring service), etc. For additional information on what we do to protect our customers, network, Services and equipment, see our Privacy Policy, MetroWEB Terms of Use and Online Terms of Use at our website at www.metropcs.com. We use filters to block spam messages, but we do not guarantee that you will not receive spam or other unsolicited messages, and you agree that we are not liable for such messages. You agree that a violation of this section harms MetroPCS, which cannot be fully redressed by money damages, and that we shall be entitled to immediate injunctive relief in addition to all other remedies available without the requirement to post a bond.

You agree you will not use our messaging services to send messages that contain advertising or a commercial solicitation to any person or entity without their consent. You will have the burden of proving consent with clear and convincing evidence if a person or entity complains you did not obtain their consent. Consent cannot be evidenced by third party lists you purchased or obtained. You further agree you will not use our messaging service to send messages that: (a) are bulk messages (b) are automatically generated; (c) can disrupt our network; (d) harass or threaten another person (e) interfere with another customer's use or enjoyment of our Services; (f) generate significant or serious customer complaints, (g) that falsify or mask the sender/originator of the message; or (h) violate any law or regulation. We reserve the right, but are not obligated, to deny, disconnect, suspend, modify and/or terminate your messaging service or messaging services with any associated account(s), or to deny, disconnect, suspend, modify and/or terminate the account(s), without notice, as to anyone using messaging services in any manner that is prohibited. Our failure to take any action in the event of a violation shall not be construed as a waiver of the right to enforce such terms, conditions, or policies. Advertising and commercial solicitations do not include messaging that: (i) facilitates, completes, or confirms a commercial transaction where the recipient of such message has previously agreed to enter into with the sender of such message; or (j) provides account information, service or product information, warranty information, product recall information, or safety or security information with respect to a commercial product or service used or purchased by the recipient of such message.

Although it is illegal for unauthorized people to intercept wireless device calls intended for others, MetroPCS cannot guarantee the complete privacy of your calls. Wireless calls by nature may be intercepted by third parties. METROPCS SHALL NOT BE LIABLE TO YOU OR TO ANY THIRD PARTY FOR ANY INTERCEPTION BY THIRD PARTIES OF COMMUNICATIONS FROM ITS SYSTEM. Additionally, MetroPCS does not encrypt your calls.

Always use your wireless device in a safe manner that does not create a risk to your safety or the safety of others around you. It can be dangerous, and in some jurisdictions illegal, for you to use a wireless device or our Service while driving. It is your responsibility to comply with laws that apply to you when you are driving.

**Data Access**

Depending on your Rate Plan, your usage of Data Access may be metered by Us. Your Rate Plan may include a Data Access usage limit, such as 1 GB per service cycle. We shall determine in our sole discretion what data usage constitutes Data Access and reserve the right to alter, make additions to or deletions to what type of data usage, or protocols, constitute Data Access without notification to you. Data Access may include, for example, multimedia streaming and video on demand services, as well as certain multimedia uploads, downloads and gaming services and applications. Uploads are data sessions where the data is transferred from your Wireless Device to some other computer or wireless device, while downloads are data sessions where the data is transferred from some other computer or wireless device to your Wireless Device. Depending on your Rate Plan, data sessions from MetroSTUDIO and the @metro store may not count against your Data Access limit. Data Access does not include any data services or uses which are prohibited by Us under this Agreement, such as in the MetroWEB Terms of Use

Data Access usage includes, but is not limited to, the actual data sent and received along with overhead, header packets, and may include other information sent in connection with a data session in which Data Access occurs. Data Access on networks not owned by us may not be available or may be further limited. Charges and availability is based on the location of the cell site receiving and transmitting the Data Access service and not your location.

The absolute capacity of the wireless data network is limited. Accordingly, Data Access is only provided for prescribed purposes and pricing for Data Access is device dependent and based on the transmit and receive capacity of each device. A Data Access pricing plan designated for one type of device may not be used with another device. Compatible data-enabled wireless device are required.

You acknowledge and agree that your Data Access usage may vary depending on certain factors outside of our control. Such factors may include the amount of users on the service, network congestion, the distance to the serving cell site, the number of users served by your serving cell site, the management of backhaul at the serving cell site, any application(s) you are using for your data session, the screen size of your Wireless Device, the bit rate(s) of your data session, the type(s) and amount(s) of compression used by the computers or wireless devices involved in the data session, and any error(s) that might occur in the data session.

In order to assess your usage during an applicable service cycle, you may obtain approximate usage information by using one of our automated systems. Any application on your Wireless Device which describes the amount of data usage does not necessarily reflect your usage of Data Access. We may provide a meter for your use in one or more locations accessible by you. Any meter we may provide for your use may deliver readings higher or lower than your actual Data Access usage, or deliver readings that are higher than your actual Data Access usage because of the units of measurement used by Us. Any reading delivered by any meter we provide for your use will have inherent inaccuracies and may not provide up to the minute or second accuracy. Further, any reading delivered by any meter We provide for your use may only be completely accurate if your Wireless Device is turned off and not transmitting or receiving any data from any data session.

Your Data Access ability may be suspended, terminated, or shut off by us if you exceed your allotted Data Access in any service cycle. If your Data Access ability is suspended, terminated, or shut off by us during any service cycle, you acknowledge and agree that you will have to change your Rate Plan during the affected service cycle in order to resume your Data Access capability during that service cycle. Your Data Access ability will resume during the next service cycle if you choose to not change your Rate Plan during any affected service cycle. You acknowledge and agree that changing your Rate Plan to allow additional Data Access is your sole and exclusive remedy.

Your Data Access usage limit will be reset at the beginning of each service cycle. Data Access charges are paid in advance and are non-refundable. Some data services may require additional subscriptions fees and/or be subject to additional charges and restrictions. You further acknowledge and agree that if you do not utilize your full allocation of Data Access during any service cycle that you will not be entitled to any refund in any form from Us for any portion, pro-rated or otherwise, of your Data Access unused by you during a service cycle. Further, any unutilized Data Access usage limits in any service cycle will not roll over or otherwise be available in any other service cycle.

**Content and Applications.**

You can purchase Content and Applications (for example, downloadable, streaming or networked applications, wallpapers, ringtones, games, productivity tools and video) ("Content and Apps") for and with your compatible wireless device. Some Content and Apps that you can purchase with your wireless device are not sold by MetroPCS and for such Content and Apps, you can identify the third party seller at the point of purchase. MetroPCS is not responsible for the Content and App, including download, installation, use, transmission failure, interruption, or delay, or any content or website you may be able to access through the Content and App. Any support questions for such Content and Apps should be directed to the third party seller identified at the point of purchase. When you download or install any Content and App sold by a third party seller, you may be subject to license terms between you and the third party seller and Content and App creator/owner. When you use, install, display, run, or listen to Content and Apps that you purchase from MetroPCS, the Content and App is licensed to you by MetroPCS and may be subject to additional license terms between you and the creator/owner of the Content and App. Whether purchased from MetroPCS or a third party seller, any Content and App you purchase is licensed for personal, lawful, non-commercial use on your wireless device only. You may not transfer, copy, or reverse engineer any Content and App, or alter, disable or circumvent any digital rights management security features embedded in the Content and App. You understand and agree that the Content and Apps contain the intellectual property of third parties. You understand and agree that the Content and Apps are protected by law (including copyright law) and are solely for your personal, non-commercial use. You agree to comply with all applicable laws (including copyright law), and may only make such copies as are reasonably necessary for your personal and non-commercial use. You agree that any other redistribution, reproduction, transmission, communication, sale, use (including, except in the case of Ringtones, as a "ringer" for a telephone), broadcast, public performance, rental or lending, adaptation, sub-license or other use of the Content and Apps without the prior written consent of the copyright owner is prohibited. You understand and agree that all rights not expressly granted herein are reserved by the applicable content owner.

**Off-net Usage.**

Our Services and Rate Plans are designed for you to use your service each month predominantly using our networks. If your minutes of use, text messaging usage or data usage are not predominantly on our networks ("off-net usage"), or are excessive, abnormally high, or cause MetroPCS to incur too much cost, MetroPCS may, at its option and sole discretion, terminate your service, deny your continued use of other carriers' coverage, or change your Rate Plan. MetroPCS will provide you with advance notice that it intends to take any of the above actions.

**Equipment.**

You may buy a wireless device to use on our Service from us or someone else, but it must, as solely determined by us, comply with Federal Communications Commission regulations, be certified for use on our network, and be compatible with, and not potentially harm, our Service or our network. Our Services will only work with wireless devices compatible with our network and not all services are available with all wireless devices or on all networks. Please be aware that we may change your wireless device's software, applications or programming remotely, without notice. This could affect your stored data, or how you have programmed or use your wireless device. A MetroPCS wireless device is designed to be used only with our service and on our network. Please note that your wireless device may not work with another wireless network, or the other wireless carrier may not accept your wireless device on its network. If your wireless device was purchased from MetroPCS or an authorized MetroPCS dealer, the wireless device has a software programming lock that will prevent the wireless device from operating with other compatible wireless telephone carriers' services. Please contact MetroPCS at 1-888-8metro8 for information regarding our software programming lock. Some features will

be available only on wireless devices purchased from us. Your wireless device may contain sensitive or personal information. MetroPCS is not responsible for any information on your wireless device, including sensitive or personal information. If possible, you should remove or otherwise safeguard any sensitive or personal information when your wireless device is out of your possession or control, including, but not limited to, relinquishing, exchanging, returning or recycling your wireless device. By submitting your wireless device to us, you agree that our employees, contractors or vendors may access all of the information on your wireless device.

**Account Activity and Information Verification.**

This Agreement shall be contingent upon our verification and approval of certain information about you. We reserve the right to deny or limit the provision of Service on the basis of any information that we gather. We may require that you provide us with additional or updated information we reasonably need to determine if you qualify for Service, to manage the Service, or to determine if you are using the Service in accordance with this Agreement. If you do not provide us the information we request within the time period that we specify, we may choose not to provide Service to you, or, if you are an existing customer, we may suspend or terminate Service to you. You warrant and represent that all information furnished to us by you is current, complete, accurate and true as of the time you provide it, and you will update it as necessary to keep it complete, accurate, and true. At any time, we may take any action that we believe necessary to verify or review your account activity or information you provide to us, including: (1) verification of your account information, (2) review of your use of Services and of your account to help assess the Services we provide and the performance of our systems, and (3) investigation of suspected prohibited use or violation of this Agreement or the Policies. We may share information we gather about you as provided elsewhere in this Agreement and in our Privacy Policy which is available at www.metropcs.com or by writing to us at the address in the "Notices" section below. We also may share your information, including your personal information and customer proprietary network information, with any person who may purchase our business.

You (the account holder) may password protect your account information by establishing a personal identification number ("PIN"). You may also set a backup security question and answer in the event you forget your PIN. You agree to protect your PIN, passwords and other account access credentials like your backup security question from loss or disclosure. It is your sole responsibility to protect your account by creating a password that is unknown to any other person. This password should never be shared nor should it be written down and kept in a place that is accessible to others. Should you feel that your password has been compromised you should immediately call MetroPCS to change your password. You further agree that MetroPCS may, in our sole discretion, treat any person who presents your credentials for account access as you or an Authorized User on the account for the purposes of disclosure of information or changes in your Rate Plan or Service.

**Payment.**

Except for MetroConnect features, Service Charges must be paid in advance and are due before the first day of your service cycle. Service Charges cannot be paid in arrears. Unless otherwise specified in your Rate Plan, monthly service cycles are approximately 30 days long and weekly service cycles are 7 consecutive calendar days long. The dates of your monthly or weekly service cycle and other dates related to your account may change from time to time. You must promptly notify us of any change in your billing address. As a convenience, you may authorize recurring payment of your Service Charges through a credit or debit card or bank transfer authorization; this authorizes us to charge all amounts you owe us to the credit or debit card or bank transfer authorization up to five (5) days prior to the due date and to demand immediate payment from the card or debit issuer or bank. Unless required by law, we will not give any additional notice to you or obtain additional consent from you before charging Service Charges to that credit or debit card. You must promptly notify us of any change in the credit or debit card or bank transfer authorization you want to use for payment. You may also make a payment by credit or debit card online at www.metropcs.com or through the automated MetroPCS IVR. In addition, you may pay your Service Charges by sending a check or money order by mail to P.O. Box 5119, Carol Stream, Illinois, 60197-5119, by bringing cash or a check or money order in person to any MetroPCS store or authorized payment center. You may be required to pay an additional service charge, depending on the payment method you choose. This information is available on your Start of Service form. In addition, we may charge an additional fee up to the maximum amount permitted by law for any check or other negotiable instrument tendered by you and returned unpaid by a financial institution for any reason. We reserve the right, in our sole discretion, to require that you pay your Service Charges with cash, certified check, cashier's check or money order. We also reserve the right to report any check returned to us to reporting and credit agencies and law enforcement.

**Payment Disputes.**

Your payment will be considered late if we do not receive it before the first day of the service cycle for which the payment is due. If you do not make all payments when they are due, you will be in default under this Agreement, and MetroPCS will be entitled to exercise any rights it may have under this Agreement, including the suspension or termination of Service to you. If we accept a late or partial payment, even if you mark the payment "paid in full," we do not waive our rights to suspend or terminate your Service or any other rights we may have. If your Service is terminated and you promptly pay amounts that are overdue, MetroPCS, in its sole discretion, may reconnect your Service after you have paid any reconnection fees we have imposed. In such case, your service cycle anniversary date will not change resulting in fewer days of service for that month. If you have a dispute regarding your charges to your account, or about the services provided to you, you agree to notify us of the dispute within 60 days after the date you first receive the disputed charge ("Dispute Period"), unless otherwise provided by law. If you do not notify us of your dispute in writing within the Dispute Period, you have waived such claim and will be forever barred and estopped from raising, or making a claim for such dispute and you may not pursue a claim in arbitration or in court, and unless otherwise provided by law, you must pay disputed charges until the dispute is resolved. If you accept a credit, refund or other compensation or benefit to resolve a disputed charge, you agree that the issue is fully and finally resolved and such credit shall act as an accord and satisfaction. For California customers, for charges incurred before you notify us, you are not liable for charges you did not authorize, but the fact that your wireless device was used is some evidence of authorization. You may request that we investigate charges you believe were unauthorized. We may ask you to provide information and you may submit information to support your request. If we determine the charges were unauthorized, we will credit your account. If we determine the charges were authorized, we will inform you within 30 days and you will remain responsible for the charges.

**Termination.**

We may terminate or suspend your Service at any time and for any reason without liability. If you breach any portion of this Agreement (including failing to pay your Service Charges in full on time), we may suspend, terminate or restrict your Service. We

can, without notice, restrict, suspend or end your Service or any agreement with you at any time for any reason, including, but not limited to: (1) if you: (a) breach this agreement; (b) resell your Service; (c) use your Service for any purpose or in any way not permitted under this Agreement or for any illegal purpose, including use that violates trade and economic sanctions and prohibitions promulgated by any U.S. governmental agency or engaging in conduct that adversely affects our customers, employees, business, or any other person(s), or that interferes with our operations, network, reputation, or ability to provide quality service; (d) tampering with or modifying your wireless device; (e) "spamming" or engaging in other abusive or unsolicited communications; (f) reselling MetroPCS wireless devices for profit, or tampering with, reprogramming or altering wireless devices for the purpose of reselling the wireless device; (g) install, deploy or use any regeneration equipment or similar mechanism (for example, a repeater) to originate, amplify, enhance, retransmit or regenerate an RF signal without our permission; (h) steal from or lie to us; (i) interfere with our operations; (j) fail to follow our Policies; (k) provide false, inaccurate, dated or unverifiable identification or credit information; (l) modify a wireless device from its manufacturer specifications; (m) fail to use our Services for an extended period of time; (n) fail to maintain an active wireless device in connection with the Service; (o) attempt to transfer Service to another person without our consent; (p) misuse your Service or wireless device; (q) use your Service or wireless device in a manner that is excessive, unusually burdensome, or unprofitable to us; (r) use your service other than predominantly on our networks; (s) use of our Service exceeds our stated Policies for use; (t) use your web and data Service Plan other than predominantly for HTML/WAP browsing and multimedia streaming services provided by MetroPCS, its affiliates, authorized suppliers and licensees; or (u) assist or facilitate anyone else in any of the above activities. You agree that you won't install, deploy, or use any regeneration equipment or similar mechanism (for example, a repeater) to originate, amplify, enhance, retransmit or regenerate a transmitted RF signal; or (2) if you, any user of your wireless device or any account manager on your account: (a) threaten, harass, abuse, offend or use vulgar and/or inappropriate language toward our representatives or any person whom they call using our Service; (b) interfere with our operations; (c) "spam," or engage in other abusive messaging or calling; (d) modify your wireless device from its manufacturer's specifications; or (e) use your Service in a way that negatively affects our network or other customers. We can also temporarily limit your Service for any operational or governmental reason; or if we have reason to believe that you are using our Service for any fraudulent, obscene, illegal, harassing, commercial or abusive purpose, such as for the transmission of or access to pornography or other services or materials that are obscene, cater to a prurient interest in sex, are patently offensive or are without redeeming social value, or if we believe the action protects our interests, any customer's interests or our network.

MetroPCS is not required to provide you with any notification before suspending, restricting, or terminating your Service. If you promptly pay amounts that are overdue or cure any other breach of this Agreement, MetroPCS, in its sole discretion, may reconnect your Service after you have paid any reconnection fees we have imposed. In addition, you may terminate Service at any time by notifying us in writing at the address listed below in the "Notices" section.

**REFUND POLICY.**
AMOUNTS PAID FOR SERVICE CHARGES ARE NON-REFUNDABLE. IF YOUR SERVICE IS TERMINATED FOR ANY REASON AND YOU HAVE A POSITIVE BALANCE IN YOUR SERVICE ACCOUNT OR IN YOUR METROPCS METROCONNECT ACCOUNT, YOU WILL NOT BE ENTITLED TO RECEIVE ANY REFUND.

**Telephone Numbers.**
We will assign a telephone number (the "Number") to your wireless device. You do not own nor have any rights to the Number or any personal identification number ("PIN") that you may use in connection with your Service, except for any right you may have to port the Number to another carrier. We also may assign an Internet Protocol address ("IP Address") to your wireless device. You do not own or have any rights to the IP Address. We can change, reassign, or eliminate any Number or PIN by giving you notice and your IP Address without giving you notice. If your account is deactivated, we can reassign the Number or IP Address without giving you any notice. You may not assign the Number, PIN or IP Address to any wireless device, other equipment or to any other party except as approved by us. If you assign the Number, PIN or IP Address to any wireless device, other equipment or to any other party without our approval, we reserve the right to terminate your Service. You may be able to take, or "port," your Number to another carrier. In order to port your Number from MetroPCS, you must have an active account with MetroPCS. If you port a Number from us, we will treat it as though you asked us to cancel your Service for that Number. After the porting is completed, you will not be able to use our Service for that Number, but you will remain responsible for all fees and charges through the end of that service cycle, just like any other cancellation. If you port a Number to us, please be aware that we may not be able to provide some services right away, such as 911 location services. You may be required to purchase a new wireless device and you may be without Service for some period of time. MetroPCS may charge a fee to reimburse MetroPCS for the costs MetroPCS incurs to meet the equipment, technology and infrastructure requirements necessary to enable number porting. MetroPCS may also charge a fee to reimburse MetroPCS for the cost MetroPCS incurs to perform a port. As a standard service feature, MetroPCS transmits your Number, account name, and address with each call or data session you make from your MetroPCS wireless device. Your account name, Number, and IP Address may be displayed on the telephone or other device of the party called if that person uses caller identification. Your Number and location may also be transmitted to public safety officials if you dial 911 or other emergency service numbers. Your name and Number for most calls can be blocked on a call-by-call basis by dialing *67 before the telephone area code and telephone number (on certain devices there may be a different number). In addition, you may elect to have your name and Number permanently blocked, at no charge, by sending a request in writing to: MetroPCS, P.O. Box 601119, Dallas, Texas, 75360-1119.

**EXCLUSIVE REMEDY; LIMITATION OF LIABILITY.**
YOU AGREE THAT YOUR SOLE AND EXCLUSIVE REMEDY FOR (i) OUR, OR OUR DEALER'S, AGENT'S, REPRESENTATIVE'S, VENDOR'S, SUPPLIER'S, OR OTHER CARRIER'S FAILURE TO PROVIDE YOU WITH SERVICE OR METROPCS' FAILURE TO PERFORM HEREUNDER SHALL BE YOUR RIGHT TO HAVE METROPCS RE-PERFORM SUCH SERVICE. UNLESS THE LAW FORBIDS IT IN ANY PARTICULAR CASE, OR (ii) ANY FAILURE, MALFUNCTION, DEFECT, OR OTHERWISE RELATED TO, ARISING OUT OF, OR IN CONNECTION WITH ANY DEVICE, HANDSET, OR OTHER EQUIPMENT OR PRODUCT SUPPLIED OR PROVIDED BY US, SHALL BE YOUR RIGHT TO HAVE METROPCS REPAIR, OR HAVE REPAIRED, REPLACE, OR HAVE REPLACED, SUCH DEVICE, HANDSET, OR OTHER EQUIPMENT OR PRODUCT. UNLESS THE EXCLUSIVE REMEDY SET FORTH IN THE PREVIOUS SENTENCE IS PROHIBITED UNDER APPLICABLE

LAW, YOU AGREE TO LIMIT CLAIMS FOR DAMAGES OR OTHER MONETARY RELIEF AGAINST THE METROPCS PARTIES, OR ANY SUPPLIER, AGENT, DEALER, REPRESENTATIVE, CARRIER, VENDOR OR MANUFACTURER, TO THE LESSER OF: (A) YOUR DIRECT DAMAGES OR (B) THE PRORATED MONTHLY OR OTHER CHARGES YOU PAID OR OWE US FOR THE APPLICABLE SERVICE OR WIRELESS DEVICE FOR ONE MONTH'S SERVICE CHARGES. AS A MATERIAL PART OF THE CONSIDERATION PAID BY YOU FOR THE SERVICES PROVIDED BY METROPCS OR ANY SUPPLIER, AGENT, DEALER, REPRESENTATIVE, CARRIER, VENDOR OR MANUFACTURER OF METROPCS, UNDER THIS AGREEMENT, AND NOTWITHSTANDING ANY OTHER PROVISION HEREOF, YOU AGREE THAT UNDER NO CIRCUMSTANCES ARE WE LIABLE FOR ANY INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, TREBLE, PUNITIVE OR SPECIAL DAMAGES OF ANY NATURE WHATSOEVER ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH, INCLUDING, BUT NOT LIMITED TO, LOST PROFITS, LOSS OF BUSINESS, OR COST OF REPLACEMENT PRODUCTS AND SERVICES, TO THE FULLEST EXTENT THE SAME MAY BE DISCLAIMED BY LAW. THIS MEANS THAT NEITHER OF US WILL SEEK ANY INDIRECT, SPECIAL, CONSEQUENTIAL, TREBLE, OR PUNITIVE DAMAGES FROM THE OTHER. THIS EXCLUSIVE REMEDY, LIMITATION AND WAIVER ALSO APPLIES TO ANY CLAIMS EITHER PARTY MAY BRING AGAINST THE OTHER PARTY TO THE EXTENT THAT IT WOULD BE REQUIRED TO INDEMNIFY THAT PARTY FOR SUCH CLAIM. THIS LIMITATION AND WAIVER WILL APPLY REGARDLESS OF THE THEORY OF LIABILITY, WHETHER FRAUD, MISREPRESENTATION, BREACH OF CONTRACT, PERSONAL INJURY, NEGLIGENCE, PRODUCT LIABILITY, OR ANY OTHER THEORY. YOU AGREE THAT THE FOREGOING ALLOCATION OF RISK SHALL, IN THE EVENT OF METROPCS' INABILITY, DESPITE GOOD FAITH EFFORTS, TO PROVIDE THE SERVICES OR THE PRODUCTS, REMAIN IN EFFECT REGARDLESS OF WHETHER THE EXCLUSIVE REMEDIES PROVIDED FOR UNDER THIS SECTION THEN SATISFY THE ESSENTIAL PURPOSES FOR WHICH THETY WERE INTENDED, OR OTHERWISE PROVIDE YOU WITH A FAIR QUANTUM OF RELIEF.

You agree that neither we nor our vendors, suppliers or licensors are responsible for any damages resulting from: (a) any action or omission by a third party: (b) providing or failing to provide Services, including, but not limited to, deficiencies or problems with a wireless device or network coverage (for example, dropped, blocked, interrupted Services, etc.); (c) traffic or other accidents, or any health-related claims relating to our Services; (d) data content or information accessed while using our Services; (e) an interruption or failure in accessing or attempting to access emergency services from a wireless device, including through 911, Enhanced 911 or otherwise; (f) interrupted, failed, or inaccurate location information services; (g) information or communication that is blocked by a spam filter; and (h) damage to your wireless device or any computer or equipment connected to your wireless device, or damage to or loss of any information stored on your wireless device, computer, equipment, or MetroPCS storage space from your use of the Services or from viruses, worms, or downloads of malicious content, materials, data, text, images, video or audio. You agree we aren't responsible for problems caused by you or others, or by any act of God or other events beyond our control, including acts of God (for example, weather-related phenomena, fire, earthquake, hurricane, etc.), riot, strike, war, terrorism or government orders or acts. You also agree we aren't liable for missed or deleted voice mails or other messages, or for any information, such as pictures, that gets lost or deleted if we service your wireless device. If another wireless carrier is involved in any problem (for example, while you're roaming), you also agree to any limitations of liability in its favor that it imposes. You should implement appropriate safeguards to secure your wireless device, computer or equipment and to back-up your information stored on each.

**DISCLAIMER OF WARRANTY: WIRELESS DEVICES, ACCESSORIES, AND RELATED EQUIPMENT.**

METROPCS DOES NOT MANUFACTURE WIRELESS DEVICES OR RELATED ACCESSORY EQUIPMENT. YOUR WIRELESS DEVICES AND RELATED ACCESSORY EQUIPMENT COME WITH A SEPARATE WRITTEN LIMITED WARRANTY FROM THE MANUFACTURER. STATEMENTS BY METROPCS OR METROPCS EMPLOYEES AND AGENTS REGARDING THE WIRELESS DEVICES OR RELATED ACCESSORY EQUIPMENT SHOULD NOT BE INTERPRETED AS A WARRANTY BY METROPCS. METROPCS MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, ABOUT YOUR WIRELESS DEVICES OR ANY RELATED ACCESSORY EQUIPMENT, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THIS DISCLAIMER DOES NOT DEPRIVE YOU OF ANY RIGHTS YOU MAY HAVE AGAINST THE MANUFACTURER. WITHOUT LIMITATION, METROPCS WILL NOT BE LIABLE TO YOU IN CONNECTION WITH: (1) THE MANUFACTURER'S WARRANTY, (2) ANY ACTIONS OR OMISSIONS OF THE MANUFACTURER, OR (3) ANY MALFUNCTION OR FAILURE OF THE WIRELESS DEVICE OR RELATED ACCESSORY EQUIPMENT.

**DISCLAIMER OF WARRANTY: SERVICES.**

METROPCS AND ITS VENDORS AND SUPPLIERS ("METROPCS PARTIES") MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, TO YOU IN CONNECTION WITH, ARISING OUT OF, OR RELATING TO YOUR USE OF THE SERVICE. YOU ACKNOWLEDGE THAT SERVICE INTERRUPTIONS WILL OCCUR FROM TIME TO TIME AND AGREE TO HOLD THE METROPCS PARTIES HARMLESS FOR ALL SUCH INTERRUPTIONS. IN NO EVENT SHALL METROPCS PARTIES BE LIABLE FOR ECONOMIC LOSS, PERSONAL INJURIES, OR PROPERTY DAMAGE SUSTAINED BY YOU OR ANY THIRD PARTY ARISING FROM USE OF THE SERVICE OR THIS AGREEMENT.

**TTY.**

TTY (also known as TDD or Text Telephone) is a telecommunications device that allows people who are deaf or hearing-impaired or who have speech or language disabilities to communicate by telephone. If you have a digital wireless device that is TTY-compatible, it is possible to make calls, including 911 calls, with a TTY. If you have questions concerning the capabilities of your wireless device, please contact us toll-free at 1-888-8metro8.

**Risk of Loss or Damage to Wireless Devices.**

Upon your acceptance of delivery of your wireless device, all risk of loss, damage, theft, or destruction of your wireless device is borne by you. In the event of any loss, damage, theft, or destruction of your wireless device, in whole or in part, you are responsible for purchasing a replacement wireless device from MetroPCS at your expense, and you remain responsible for your obligations under this Agreement, including, without limitation, your responsibility for the payment of Service Charges.

**MetroGUARD™.**

"MetroGUARD" is an equipment insurance program provided by Old Republic Insurance Company and administered by Asurion

Insurance Services, Inc. Phone Recovery features are available as well on select phones. Please see the MetroGUARD brochure available at any participating retail location or click here for complete Terms and Conditions of Coverage. The MetroGUARD Terms and Conditions of Coverage are subject to change. "MetroGUARD" may not be available in all states and eligibility varies by wireless device.

**Notices.**

You agree that we may contact you or any Authorized User on your account for Service or payment related reasons through the contact information you provide, at the current address on your account, through the Services or wireless devices to which you or your Authorized Users subscribe or through other available means, including text message, email, fax, pre-recorded or artificial voice or text messages delivered by an automatic dialing system, voicemail, broadcast message, mobile, residential or business telephone, or mail. Any such notice will be treated as provided to you when left with you, on your wireless device, or on your answering/voicemail service. Any notice that MetroPCS mails to you will be deemed provided to you, to the extent permitted by applicable law, when MetroPCS deposits the notice into the United States mail addressed to you at your last known address as shown in our records. You must notify us of any address changes. Failure to notify us of a change in your address constitutes a breach of this Agreement and grounds for possible suspension or termination of your Service. Your notice to us shall be deemed given when received by us, whether by telephone, mail, or other means to: MetroPCS, P.O. Box 601119, Dallas, Texas 75360-1119.

**CPNI.**

In providing service to you, MetroPCS will receive information classified as "customer proprietary network information" (CPNI) under federal law that is considered confidential, such as information regarding your usage of the Service, the technical configuration of such Service, the destination of telephone calls you make and the type of services you purchase. MetroPCS may use this information for certain purposes without further disclosure or consent, including the following: to provide you with Service; to market service offerings to you related to the Services you purchase; or to protect you, other MetroPCS users, MetroPCS and other carriers from fraud, abuse or unlawful use of its Service, and in aggregate not personally identifiable form to provide other Services. MetroPCS reserves the right to communicate with you by using prerecorded messages made by autodialers or the like that are informational or promotional in nature. MetroPCS also may share such information with its affiliates, contractors, dealers, and third party agents for the limited purpose of making available to you communications-related offers and information that may be of interest to you. However, you have the right under federal law to request MetroPCS not to disclose your confidential information for the purpose of mailing communications-related offers, and MetroPCS has the duty to honor any such request. You may "opt out" of disclosure of your CPNI to MetroPCS affiliates and third party agents for the purpose of mailing communications related offers by sending a request in writing to: P.O. Box 601119, Dallas, Texas 75360-1119. Opting out will not affect MetroPCS' provision of Service to you. Additional information regarding our use of CPNI and other subscriber information is set forth in our Privacy Policy, available at www.metropcs.com, which we incorporate herein by reference.

**Third Party Applications.**

Your location can be identified while using GPS applications. It is your responsibility to notify Authorized Users that their location can be identified while using GPS applications. If you use a third party application, the application may access, collect, use or disclose your personal information or require MetroPCS to disclose your information, including location information (when applicable), to the application provider or some other third party. If you access, use or authorize third party applications through the Services, you agree and authorize MetroPCS to provide information related to your use of the Services or the application(s). You understand that your use of third party applications is subject to the third party's terms and conditions and policies, including the third party's privacy policy. You agree that any Authorized User may access, use or authorize MetroPCS or third party location-sensitive applications through the Services. You understand that your use of such location-sensitive applications is subject to the application's terms and conditions and policies, including its privacy policy. If you activate location-sensitive services for wireless devices used by other Authorized Users, you agree to inform the Authorized User(s) of the terms of use for location-sensitive applications and that the wireless device may be located. For additional information on location-sensitive services, see our Privacy Policy at our website.

**Intellectual Property.**

You agree not to infringe, misappropriate or otherwise injure the intellectual property rights or goodwill of MetroPCS or any third party. Except for a limited license to use the Services or wireless devices arising from the sale of a product, your purchase of MetroPCS wireless devices and Services does not grant you any license or right to copy, modify, reverse engineer, download, redistribute, or resell the intellectual property of MetroPCS or others related to the wireless devices and Services, which may be used only with MetroPCS Service unless expressly authorized in writing by MetroPCS. You agree that a violation of this section harms MetroPCS, which cannot be fully redressed by money damages, and that MetroPCS shall be entitled to immediate injunctive relief in addition to all other remedies available.

**Digital Millennium Copyright Act ("DMCA") Notice.**

If you believe that material available through our Services or products infringes the copyright of any third party, notify us by using the notice procedure under the DMCA and described at https://www.t-mobile.com/Company/CompanyInfo.aspx?tp=Abt_Tab_ConsumerInfo&tsp=Abt_Sub_CopyrightDMCA, www.T-Mobilepr.com/DMCA.htm for Puerto Rico, and http://es.t-mobile.com/DMCA.htm for T-Mobile's Spanish website. After receiving notice, we may remove or disable access to any infringing material as provided for in the DMCA.

**General Provisions Regarding This Agreement.**

If we waive any portion of this Agreement, the waiver will not be treated as a waiver by us of any other provision of this Agreement, or of our right to enforce the provision we previously waived for any later violation. Section headings in this Agreement are for descriptive purposes only and will not be used in interpreting the legal effects of this Agreement.

You may not transfer or assign all or any part of your rights or obligations under this Agreement, or your Service, without our prior written approval, which may be withheld, conditioned or delayed in our sole discretion. MetroPCS may transfer or assign its rights and obligations under this Agreement in whole or in part without giving you notice or obtaining consent from you, other than as may be required by law. Upon its transfer or assignment of this Agreement, MetroPCS shall be released from all liability with respect to this Agreement. This Agreement is not for the benefit of any third parties except our subsidiaries and third parties who assist us in

the provision of the Services and any person or entity to whom we transfer or assign this Agreement. This Agreement shall be interpreted under the laws of the state in which Service is primarily provided to you, excluding such state's conflicts of laws principles.

**California Customers.**

Our Utility number is U-3079-C. If you file a billing-related claim with the Consumer Affairs Branch ("CAB") of the California Public Utilities Commission you must, within 24 hours of filing, inform us by writing to the Customer Service address set forth below. If we resolve your dispute, you agree to withdraw your claim with the CAB.

BILLING FOR PREMIUM AND THIRD-PARTY SERVICES. Certain parties besides the Company have the ability to place charges on your bill for premium services. You may access these services and authorize the placement of charges on your bill through your phone or online account.

The Company also provides customers, at no additional cost, with the ability to restrict the placement of charges for premium and third-party services on your account. Contact customer care or go to www.metropcs.com/cramming for more information.

**Customer Service.**

If you have any questions regarding your Service or information in this Agreement, you may call our activation center at 1-888-8metro8 or write us at MetroPCS, P.O. Box 601119, Dallas, Texas, 75360-1119.

| Phones & More | Plans & Services | MetroMarket℠ | Manage & Pay | About Us |
|---|---|---|---|---|
| All Phones | All plans | MetroSTUDIO℠ | Activate | Press Center |
| Android™ smartphones | 4G^LTE plans | @metro App Store™ | Track order | Leadership Team |
| 4G^LTE smartphones | All services | Metro Total Protection℠ | Track rebates | Investor Relations |
| All accessories | All features | MetroNavigator® | My Account | Business Solutions |
| Deals | Rhapsody | | Make Payment | Become a Dealer |

**MetroNews℠ sign up!**

Get the latest news alerts, special deals and more.

GO

FAQs | Support | Contact Us | Careers | Amber™ Alert | Site Map

Terms & Conditions | Privacy Policy | Consumer Protection | Network Disclosure

© 2002-2013 MetroPCS Wireless, Inc. All rights reserved.



  

Exhibit D

# SIMPLE PLANS



**4G** LTE

Unlimited data.
Fast and affordable.

**Planes Simples**
Datos ilimitados.
Rápido y accesible.

metroPCS

---

## Simple plans for a simpler life.

Choose MetroPCS with confidence for value, coverage and the latest 4G™ technology. LTE is the worldwide standard for wireless, delivering you the fastest download capacity today and tomorrow.

### All plans include these great features:

- Nationwide Coverage
- Voicemail, Caller ID, Call Waiting, 3-Way Calling
- Short Codes and Alerts*
- Premium Directory Assistance
- Joyn™ by MetroPCS
  *4G™ phone required*

*Contains features subject to be supported on all phones.
*Additional fees may apply for Premium content.*



**$60** Per month
Unlimited Data, Talk and Text

UNLIMITED **4G** LTE **data**
*4G™ phone required*



**$50** Per month
Unlimited Data, Talk and Text

First 2.5GB of data at 4G LTE speeds *4G™ phone required*



**$40** Per month
Unlimited Data, Talk and Text

First 500MB of data at 4G LTE speeds *4G™ phone required*





**Save $5** per month
**on a Family Plan when you add a line.**

Non-4G LTE phones require specific rate plans.

See a sales associate or visit metropcs.com for more details.

*Taxes and regulatory fees included.
4G monthly data delivered at MetroPCS 4G™ speeds; data usage after monthly data allotment delivered at average MetroPCS CDMA network speeds.*

---

## Planes simples para una vida más sencilla.

Elige MetroPCS con confianza por su valor, cobertura y para disfrutar de la última tecnología 4G™ LTE. LTE constituye el estándar mundial de la tecnología inalámbrica; le brinda la capacidad más rápida de descarga, tanto hoy como en el futuro.

### Todos los planes incluyen estas magníficas funciones:

- Cobertura nacional
- Correo de voz, identificador de llamadas, llamada en espera, llamadas de 3 vías
- Códigos cortos y alertas*
- Asistencia de directorio Premium
- Joyn™ de MetroPCS
  *Debes tener un teléfono 4G™*

*Es posible que ciertas funciones estén soportadas en algunos teléfonos.
*Se podrán aplicar cargos adicionales por contenido Premium.*



**$60** Al mes
Datos, llamadas y texto ilimitados

**Datos 4G** LTE **ilimitados**
*Debes tener un teléfono 4G™*



**$50** Al mes
Datos, llamadas y texto ilimitados

Los primeros 2.5GB a velocidades 4G LTE *Debes tener un teléfono 4G™*



**$40** Al mes
Datos, llamadas y texto ilimitados

Los primeros 500MB a velocidades 4G LTE *Debes tener un teléfono 4G™*





**Ahorra $5** al mes
**al agregar una línea a tu plan familiar.**

Los teléfonos que no sean 4G LTE requieren planes de tarifa específicos.

Consulta a un asociado de ventas o visita metropcs.com para obtener más detalles.

*Incluye impuestos y cargos normativos.
*Asignación mensual de datos 4G™ a velocidades 4G™ de MetroPCS; el uso de datos después de la asignación mensual de datos se entrega a velocidades promedio de la red CDMA 3G MetroPCS.*

Exhibit E

# Start of Service Request

Thank You for Joining **MetroPCS!**

**metroPCS**

Name: GEORGE (First) Abrams (Last)   Date 4 / 15 / 2013

Address: 1 LAKESIDE Dr #309   Account password (eight-digit number): ~~Benutel~~ 0001000

Phone number ( )  00000001

City: OAKLAND   State CA   Zip 94612   Email address _____

---

## Calling Plans

☐ **$40 Unlimited** — $40/month
- Unlimited data, talk and text
- First 500MB of data at 4G$^{LTE}$ speeds* (4G$^{LTE}$ phone required)
- Nationwide coverage
- Voicemail, caller-ID, call waiting, 3-way calling
- Short Codes and Alerts**
- Premium Directory Assistance
- joyn™ by MetroPCS (4G$^{LTE}$ phone required)

☐ **$50 Unlimited** — $50/month
- Unlimited data, talk and text
- First 2.5GB of data at 4G$^{LTE}$ speeds* (4G$^{LTE}$ phone required)
- Nationwide coverage
- Voicemail, caller-ID, call waiting, 3-way calling
- Short Codes and Alerts**
- Premium Directory Assistance
- joyn™ by MetroPCS (4G$^{LTE}$ phone required)

☐ **$60 Unlimited BlackBerry® Plan*** — $60/month
- Unlimited data, talk and text
- Nationwide coverage
- Voicemail, caller-ID, call waiting, 3-way calling
- Short Codes and Alerts**
- Premium Directory Assistance

☐ Enterprise email (corporate email through the BlackBerry Enterprise Server) — $5/month

☐ **$60 4G$^{LTE}$ Unlimited** — $60/month
- Unlimited data, talk and text
- Unlimited 4G$^{LTE}$ data*
- Nationwide coverage
- Voicemail, caller-ID, call waiting, 3-way calling
- Short Codes and Alerts**
- Premium Directory Assistance
- joyn™ by MetroPCS (4G$^{LTE}$ phone required)

☐ **Promotional Rate Plan** — $_____/month

*Nationwide long distance available only to continental U.S. and Puerto Rico. Rates, services and fees subject to change. Not all services available on all phones. 4G$^{LTE}$ coverage available in select markets. Coverage and services not available everywhere. Nationwide coverage is over 280 million population based on Cenzon 2010 data.
*Messaging and data usage requires a 4G$^{LTE}$ phone. 4G$^{LTE}$ means download and upload speeds of 4G$^{LTE}$ -- Back offers, if available speeds slow at 2G speeds thereafter, then speeds slowed to average internet/data networks speeds and the remainder at billing cycle. Delivered data at 4G$^{LTE}$ speeds only at 4G$^{LTE}$ speeds in 4G$^{LTE}$ etc.
*Short Codes/Alerts: All short codes may not be available on all services. Consent may be charged for different message service.
*Premium Directory Assistance, or services may incur charges, additional charges and/or remove a qualifying data plan or add-on to Wi-Fi connection. See metropcs.com for Terms and Conditions of Service and more details.
**Authorized app may apply for Premium content.
***BlackBerry (RIM) required to be on specified rate plan.

---

## Account Detail

**E-statement** — No Charge
View your statement summary online
(Only available in select states)

☐ **Call Detail** — $1/month
View your local calls made during the service cycle online

---

## Payment Options

You will receive a text message reminder on your phone before payment is due.

**eWallet** — No Charge
Sign Up for MyAccount on metropcs.com and create your own secure eWallet where you can safely store store cards for quick payment, set up autopay and add funds to your MetroConnect® account!

**Text to Pay** — No Charge
The secure and easy way to pay your monthly MetroPCS service. Register your credit or debit card with MetroPCS eWallet service and simply respond to a text from PAYNOW (729669) to pay.

**Auto Pay** — No Charge
Credit or debit card is automatically debited five days before payment is due

**Express Pay** — No Charge
Pay by credit or debit card online at metropcs.com

**Drop Box** — No Charge
Check or money order in a MetroPCS store drop box (Not available at all locations)

**By Mail** — No Charge
Include MetroPCS phone number and account number on check or money order and mail to: P.O. Box 5119, Carol Stream, IL 60197-5119
(Allow up to 10 days for processing)

**By Phone through automated IVR** — $2 Convenience fee
Pay by credit or debit card over the phone

**Payment Machine** — $2 Convenience fee
Cash; debit or credit card (with PIN) at a payment machine in a MetroPCS store (Not available at all locations)

**Over the Counter** — $3 Convenience fee
Cash, check, credit or debit card payment made at a register in a MetroPCS store (Additional taxes and regulatory fees may apply)

**Authorized Payment Location**
Make a payment at an Authorized Payment Location (Fees vary based on location)

---

---

## Account Summary

MetroPCS account number: (510) 470-8248
MetroPCS phone number: (510) 470-8248
Default Voicemail Password: 9999
Next payment due date: 5-14-2013
Monthly due date: 12th

**Monthly Service:** — $ _____

☐ **Value Bundle** — $5/month — $ _____
- Call Forwarding
- Unlimited International Text Messaging*
- Screen-it®
- TravelTalk™ Roaming – 30 min
- Unlimited Directory Assistance
- Visual Voicemail
- Voicemail to Text

**Optional Services:**

**Unlimited International Long Distance***
☐ Mexico Unlimited® — $5/month — $ _____
☐ MetroGLOBAL* — $10/month — $ _____

**Music Subscriptions****
☐ Rhapsody® Unlimited Music — $5/month — $ _____
☐ Ringback Tones — 2 for $5/month — $ _____
☐ Ringtones — 5 for $5/month — $ _____
☐ Music Downloads — 5 for $5/month — $ _____

**Protection and More**
☐ MetroBACKUP℠ — $1/month — $ _____
☐ Metro Block-it® — $1/month — $ _____
☐ Pocket Express® — $1/month — $ _____
☐ Call Detail — $1/month — $ _____
☐ airG — $3/month — $ _____
☐ MetroNavigator® — $3/month — $ _____
☐ MetroGUARD℠† — $5/month — $ _____
☐ Email — $5/month — $ _____
☐ Data Top-Up (500MB) — $5/month — $ _____
☐ Navigation and Information Bundle — $5/month — $ _____
☐ 4G™ Mobile Hotspot — $10/month — $ _____

**Total monthly MetroPCS charges:** $ 117

Rate plans and features are inclusive of all applicable governmental taxes and regulatory fees. See metropcs.com for more details.

Certain services require specific rate plans, that all services available on all phones.
*HereGUARD features re-enrolls, rick and visual contracts are available on select phones only.
*MetroGUARD features re-enrolls, rick and visual contracts are available on select phones only.
*Unlimited International Long Distance and are not available on all phones. destinations, technologies and carriers. Specific unlimited International service countries, accessories, technologies and carriers are subject to change without notice, as are Terms and Conditions of International Service. Unlimited International service not available with certain rate plans.
*Please refer to metropcs.com/terms for specific Rhapsody Terms, pricing and expiration dates.
*Rhapsody and the Rhapsody logo is a trademark or registered trademark of Rhapsody International, Inc. Music downloaded using the Rhapsody Unlimited service is licensed so that you may listen to it at any time on active account, but not service personal use at any time.

**MetroConnect™** — NEW Activation
Each customer receives a MetroConnect account that allows access to a variety of additional MetroPCS services.

---

## Return Policy

MetroPCS monthly customers who are dissatisfied with their new phone or service may return their new phone for a full refund, no questions asked.*

**Metro Promise Rules:**
- The phone must be returned within 7 days of purchase with less than one hour of talk time for a full refund.
- The phone must be returned in "like new condition" and contain all original packaging and accessories.
- The phone must be returned to the original place of purchase with accompanying phone and service payment receipts.
- Online customers must return the phone to the Online Returns Center per the instructions included in the shipment packaging.
- Return Policy is for new account activations only. Phone upgrades are non-refundable under this policy, but may be covered by a limited manufacturer's warranty, if applicable.

_____

**Phone Warranty Options — No guarantee of new phone**
Not all warranty options available at all locations.
- **$15 Exchange by Mail***
  → Replacement phone will be available in approximately 3 business days
- **$30 Over-the-Counter Replacement***
  → Receive a replacement phone same day if available
- **Contact Manufacturer**
  → Contact the phone manufacturer directly. See sales associate for information
- **Free exchange within 30 days of purchase**
  → Replacement unit may be new or certified refurbished

A fee of $15 will apply anytime a phone is changed on the account for non-warranty reasons. (Additional taxes and regulatory fees may apply)

Use of MetroPCS services acknowledges acceptance of our Terms and Conditions of Service found at metropcs.com/terms.

**MetroPCS Terms and Conditions of Service ("Agreement")**

**For the most recent and up-to-date version of the MetroPCS Terms and Conditions of Service, please visit metropcs.com/terms.**

Welcome to MetroPCS. We are pleased that you have selected us as your wireless carrier. Please use this page as a reference for questions about your service and the Terms and Conditions of Service that govern the service you have purchased from MetroPCS. These Terms and Conditions of Service apply to all wireless services provided by us to you and consist of several parts, which may be amended from time to time:

- The MetroPCS Terms and Conditions of Service
  (http://www.metropcs.com/terms);

- Your MetroPCS Rate Plan
  (http://www.metropcs.com/plans);

- The MetroPCS Privacy Policy
  (http://www.metropcs.com/privacy-policy);

- The MetroPCS Online Terms of Use
  (http://www.metropcs.com/metropcs-online-terms-of-use)

- The MetroPCS Wi-Fi Terms of Use
  (http://www.metropcs.com/wi-fi-terms-of-use); and

- The terms and conditions relating to any additional features you may have selected or as may be included in your Rate Plan, including, but not limited to:

  o MetroWEB® Terms of Use
    (http://www.metropcs.com/metroweb-terms-of-use)

  o MetroSTUDIO® Terms of Use
    (http://www.metropcs.com/metrostudio-terms-and-conditions)

  o Rhapsody® Unlimited Music Terms of Use
    (http://www.metropcs.com/rhapsody-unlimited-music-terms)

  o Pocket Express® Terms of Use
    (http://www.metropcs.com/pocket-express)

  o Metro Block-it® Terms of Use
    (http://www.metropcs.com/block-it)

  o Metro411 Terms of Use
    (http://www.metropcs.com/metro411-terms-of-use)

  o MyExtras® Terms of Service
    (http://www.metropcs.com/myextras-terms-of-use)

  o MetroBACKUP™ Terms and Conditions
    (http://www.metropcs.com/metrobackup-terms-and-conditions)

  o MetroPCS Unlimited International Calling
    (http://www.metropcs.com/international-long-distance)

In the event that the terms and conditions relating to a feature you may have selected or may be included in your Rate Plan conflicts with the MetroPCS Terms and Conditions of Service, the Terms and Conditions of Service shall control.

**By: (a) giving us a written or electronic signature or telling us orally that you accept the MetroPCS Terms and Conditions of Service; (b) activating Service (if you are a new subscriber); (c) using your Service after your Service is activated or after you make a change or addition to your Service; (d) paying for the Service; or (e) failing to activate Service within 30 days after the purchase of your wireless device, unless you return your wireless device within MetroPCS' applicable return period, you agree to the MetroPCS Terms and Conditions of Service and the terms and conditions of service and use related to any feature you may have selected or may be included in your Rate Plan, including, but not limited to:**

- **You waive your right to a jury trial in disputes with MetroPCS;**
- **Your disputes with MetroPCS will be decided by an arbitrator;**
- **You waive your right to institute or participate in class action litigation against MetroPCS;**
- You will provide MetroPCS with accurate information about yourself;
- MetroPCS may communicate with you from time to time about your Service;
- You will pay all taxes and regulatory fees unless your Rate Plan explicitly includes such taxes and regulatory fees; and
- MetroPCS may terminate your Service if you fail to timely pay for your Service or violate the Terms and Conditions of Service in any way, including abuse of the Service or violations of applicable laws.

---

**Billing for Premium and Third-Party Services**

California Residents Only
Certain parties besides MetroPCS have the ability to place charges on your bill for premium services. You may access these services and authorize the placement of charges on your bill through your phone or online account.

MetroPCS also provides customers, at no additional cost, with the ability to restrict the placement of charges for premium and third-party services on your account. Contact customer care or go to www.metropcs.com/CPUC for more information.

Exhibit F

May 1, 2013

MetroPCS
P.O. Box 601119
Dallas, Texas 75360-1119

## NOTICE OF OPT-OUT OF ARBITRATION AGREEMENT

To Whom It May Concern:

I am writing to notify you that I wish to opt-out of the Arbitration Agreement contained
in the MetroPCS Terms and Conditions of Service. I am opting out of the arbitration agreement
because I don't wish to be bound by the arbitration agreement. My full name is George
Lawrence Abrams Jr., my Metro PCS Account Number is 147556885, and my current address is
1 Lakeside Drive, #309, Oakland, CA 94612. If there are any questions please contact me at
(510) 470-8248.

Sincerely,

George L. Abrams Jr.
1 Lakeside Drive, #309
Oakland, CA 94612
Account Number: 147556885

Exhibit G

# THE TIDRICK LAW FIRM

June 21, 2013

**BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

MetroPCS Wireless, Inc.
P.O. Box 601119
Dallas, TX 75360

MetroPCS Communications, Inc.
10777 Harry Hines Blvd
Dallas, TX 75220

T-Mobile US, Inc.
12920 SE 38th St
Bellevue, WA 98006

   Re: *Violation of Consumer Legal Remedies Act*

Dear Sir or Madam:

  This letter is notice under the California Consumer Legal Remedies Act, ("CLRA") California Civil Code Section 1750 *et seq.* and 1770 *et seq.* (the "Act") pursuant specifically to Civil Code Section 1782, notifying MetroPCS Wireless, Inc., MetroPCS Communications, Inc., and T-Mobile US, Inc. of violations of the Act and the demand by our client, consumer George Abrams, that you correct, repair, replace, or otherwise rectify the goods or services alleged to be in violation of the Act within thirty (30) days from your receipt of this letter.

  The alleged unfair methods of competition and/or unlawful, unfair, deceptive and/or fraudulent acts or practices in violation of the CLRA are outlined in the attached complaint.

  Please be advised that your failure to comply with this request within thirty (30) days may subject you to the following remedies, which are available for a violation of the Consumer Legal Remedies Act:

June 21, 2013
Page 2 of 2

1. The actual damages suffered;

2. An order enjoining you for such methods, act or practices;

3. For restitution of property (when applicable);

4. Punitive damages;

5. Any other relief which the court deems proper; and

6. Court costs and attorneys' fees.

This letter is also notice that the acts and practices set forth above constitute violations of California's Business and Professions Code Sections 17200 and 17500 (Unfair Business Practices and False Advertising) as unlawful, unfair, and fraudulent business acts and practices.

Thank you for your attention to this matter.

Very truly yours,
THE TIDRICK LAW FIRM

Steven G. Tidrick, Esq.

1    THE TIDRICK LAW FIRM
     STEVEN G. TIDRICK, SBN 224760
2    2039 Shattuck Avenue, Suite 308
     Berkeley, California  94704
3    Telephone:  (510) 788-5100
     Facsimile:   (510) 291-3226
4    E-mail:      sgt@tidricklaw.com

5    Attorneys for Individual and Representative
     Plaintiff George Abrams
6

7               UNITED STATES DISTRICT COURT

8           NORTHERN DISTRICT OF CALIFORNIA

9

10

11    GEORGE ABRAMS, on behalf of himself and    Civil Case Number:
     all others similarly situated,

12                 Plaintiffs,

13        v.

14    METROPCS COMMUNICATIONS, Inc.;
     METROPCS WIRELESS, Inc.; T-MOBILE
15    US, Inc.; and Does 1-100,

16             Defendants.

| | |
|---|---|
| **CLASS ACTION COMPLAINT FOR:** |
| **(1) BREACH OF CONTRACT;** |
| **(2) FRAUD;** |
| **(3) VIOLATION OF CALIFORNIA CIVIL CODE SECTION 1770** *et seq.***;** |
| **(4) VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE SECTION 17500** *et seq.***; and** |
| **(5) VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE SECTION 17200** *et seq.* |

**DEMAND FOR JURY TRIAL**

21        Individual and Representative Plaintiff George Abrams, on behalf of himself and all

22   others similarly situated, alleges as follows:

23                  **NATURE OF THE CASE**

24        1.       This case arises from breach of customer contracts, false and misleading

25   advertising, and the undertaking of illegal and unfair business acts and/or practices by

26   Defendants MetroPCS Communications, Inc. (hereinafter "MetroPCS Communications"),

27   MetroPCS Wireless, Inc. (hereinafter "MetroPCS Wireless"), T-Mobile US, Inc. (hereinafter

28   "T-Mobile"), and their predecessors, by and through their parent companies, subsidiaries,

agents, affiliates, and/or other directly or indirectly owned or controlled business entities (collectively referred to herein as "Defendants").

2.      For many years, Defendant MetroPCS Wireless has advertised, offered for sale, and sold cell phones and wireless telecommunication services.  During that time, MetroPCS Wireless has also conducted, and continues to conduct, an advertising campaign representing to consumers that it provides a month (*i.e.*, thirty (30) days) of service for a fixed price.  That advertising campaign is false and misleading.  MetroPCS Wireless fails to disclose that a customer does not receive a full month of service if a customer pays his/her bill after the due date.  Indeed, MetroPCS Wireless fails and refuses to adjust such a customer's bill cycle and monthly due date, so the customer ends up paying for a month of service but receives less than a month of service.  This practice not only is false advertising, but also is a breach of MetroPCS Wireless's standard customer agreement.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over all causes of action asserted herein pursuant to 28 U.S.C. § 1332(a).  Defendants have committed acts or omissions in California with respect to one or more causes of action arising from these acts or omissions, and/or have caused effects in California with respect to one or more causes of action arising from these effects.

4.      This Court also has jurisdiction over all causes of action herein pursuant to 28 U.S.C. § 1332(d)(2).  This suit is brought as a class action, the matter in controversy exceeds $5,000,000, and members of the purported class of Plaintiffs are from a different state from Defendants.

5.      Venue in this District is proper pursuant to 28 U.S.C. § 1391(a) because many of the wrongful acts, events and transactions that form the basis of this complaint took place within the district.  The named Plaintiff resides in this District, purchased the phone and entered into a contract with MetroPCS Wireless while living in this District, and has received all communications from Defendants while living in this District.

6.      A substantial part of the events and/or omissions that give rise to the claims alleged herein occurred in Alameda County, and accordingly this action may be assigned to

2

the San Francisco/Oakland Division of this Court.

7. The Court has personal jurisdiction over Defendants because they are doing business in California, have committed acts or omissions in California with respect to one or more causes of action arising from these acts or omissions, and/or have caused effects in California with respect to one or more causes of action arising from these effects.

8. Federal jurisdiction is pursuant to 28 U.S.C. § 1332.

**PARTIES**

9. Plaintiff George Abrams is an individual who at all times herein relevant resided, and continues to reside, in the State of California, County of Alameda.

10. Defendant MetroPCS Communications, Inc., a subsidary of Defendant T-Moblie US, Inc., a Delaware corporation, and a California foreign corporation, authorized to do business in the State of California. MetroPCS Communications, Inc.'s principal place of business is Dallas, Texas.

11. MetroPCS Wireless, Inc., an indirect wholly-owned subsidiary of Defendant MetroPCS Communications, Inc. and a California foreign corporation, authorized to do business in the State of California. MetroPCS Wireless, Inc.'s principal place of business is Richardson, Texas.

12. T-Mobile US, Inc., is a Delaware corporation, the parent company of Defendant MetroPCS Communications, Inc., and subsidiary of Deutsche Telekom AG. T-Mobile US, Inc.'s principal place of business is Bellevue, Washington.

13. The true names and capacities, whether individual, corporate, associate or otherwise, of each of the Defendants designated herein as DOES are unknown to Plaintiff at this time and therefore said Defendants are sued by such fictitious names. Plaintiff will amend this Complaint to show their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each Defendant designated herein as a DOE defendant is legally responsible in some manner for the events and happenings herein alleged and in such manner proximately caused damages to Plaintiff as hereinafter further alleged.

14. Plaintiff is informed and believes and thereon alleges that each of the

1    Defendants was acting as an agent, employee, partner, or servant of each of the remaining

2    Defendants and was acting within the course and scope of that relationship, and gave consent

3    to, ratified, and authorized the acts alleged herein to each of the remaining defendants.

4                            **GENERAL FACTUAL ALLEGATIONS**

5         15.    Defendant MetroPCS Wireless markets itself as the nation's leading provider

6    of flat-rate wireless communications services with no annual contract. MetroPCS Wireless

7    advertises that certain of its flat-rate wireless communications services are provided on a

8    month-to-month basis (*e.g.,* pay one flat rate and receive unlimited talk, text and web for the

9    entire month). MetroPCS Wireless also advertises that there are "No hidden Fees….what you

10   see is what you pay for…There are never any overage charges, hidden fees, penalty costs or

11   surprise expenses."

12        16.    Defendant MetroPCS Wireless has structured its service plans as pay-in-

13   advance cell phone plans, (*i.e.* pay one flat rate and receive unlimited talk, text and web for

14   the entire month). Specifically, monthly service charges for a customer's cell phone plan

15   must be paid in advance and are due before the first day of your service cycle. MetroPCS

16   Wireless informs its customers that monthly service cycles are "approximately thirty (30)

17   days long." It asserts that service charges cannot be paid in arrears. MetroPCS Wireless

18   boasts about this model asserting that it provides its customers with "the freedom of being

19   able to decide each month if [MetroPCS Wireless] will stay your provider" and also tells its

20   customers to "know that [Defendant MetroPCS Wireless] [is] working hard to keep you."

21        17.    Defendant MetroPCS Wireless has the following practice: When a customer

22   misses his/her payment due date, his/her service is temporarily suspended until payment posts

23   to such customer's account. When a customer's service is suspended Defendant MetroPCS

24   Wireless refers to that customer as a "hotlined customer." A hotlined customer's service is

25   automatically turned on after payment is applied to his/her account. When the "hotlined

26   customer" pays the amount due within thirty (30) days of the original payment date then the

27   customer's service is restored. When a "hotlined customer" does not pay the amount due

28   within thirty (30) days of the payment date, the account is terminated and characterized as

                                           4

"churn" by Defendant MetroPCS Wireless.

18.     During service suspension, "hotlined customers" are unable to make or receive calls. Any call attempted by a "hotlined customer" during service suspension is routed directly to Defendant MetroPCS Wireless's interactive voice response system and customer service center, at which time MetroPCS Wireless requests payment from the customer.

**METROPCS'S CUSTOMER AGREEMENTS**

19.     When a customer initiates service with Defendant MetroPCS Wireless, such consumer receives a brochure detailing the coverage available and a "Start of Service" form which states that the terms and conditions of the services provided are governed by the Terms and Conditions of Service (hereinafter the "Agreement"), attached hereto as **Exhibit A**.[1]

20.     The Agreement provides that "when you initiate service with MetroPCS you may receive a Start of Service form, this Agreement, and a brochure detailing coverage available in your service area. These materials are not part of your agreement with MetroPCS. This Agreement governs the sale, use and delivery of wireless services…to you…by MetroPCS Wireless, Inc. and any of its subsidiaries…" The Agreement further provides that, "This Agreement, Start of Service form, if any, the terms included in the Rate Plan brochure(s) describing your plan and services…make up the complete agreement between you and us…"

21.     The Agreement provides that monthly service cycles are approximately thirty (30) days long.

22.     The Agreement also contains an arbitration agreement section which asserts that any dispute between a customer and Defendant shall be resolved by binding arbitration. The arbitration agreement section further asserts that if a customer does not want to be bound the arbitration agreement then such customer must notify Defendant in writing within thirty (30) days of initiating service.

---

[1] On May 1, 2013, Defendant T-Mobile US, Inc purported to revise the Agreement.  See attached as **Exhibit B**. The revised Agreement contains language that is substantially similar as the original Agreement and identical language with regards to the portions of the Agreement that establishes liability on behalf of Defendant MetroPCS Wireless, Inc. and Defendant T-Mobile.

5

**PLAINTIFF'S EXPERIENCE**

23.     On April 14, 2013, Plaintiff purchased a telephone from Defendant MetroPCS Wireless, Inc., and entered into an agreement whereby Defendant MetroPCS Wireless, Inc. agreed to provide telecommunications services (*i.e.,* unlimited talk, text, data) at forty (40) dollars per month.  In purchasing the phone and requesting telecommunication services from Defendant MetroPCS Wireless, Inc., Plaintiff relied on, among other things, marketing materials (attached hereto as **Exhibit C**) and service forms (attached hereto as **Exhibit D**) that provided that customers would receive a month of service (*i.e.,* thirty (30) days) for a flat fee provided prior to the beginning of such month. The date when Plaintiff purchased the telecommunication services was the same date when Defendant MetroPCS Wireless, Inc. started Plaintiff's "billing cycle."  Based on Defendant MetroPCS Wireless, Inc.'s internal policies and procedures, Defendant MetroPCS Wireless, Inc.'s set Plaintiff's billing cycle to end on or about May 14, 2013 and notified Plaintiff that a failure to pay his bill by May 14, 2013 for the next month of service would result in immediate suspension of his phone service.

24.     On May 1, 2013, Plaintiff notified Defendants that he opted out of the arbitration clause in the Agreement.  A copy of the notice is attached hereto as **Exhibit E**.

25.     On May 1, 2013, Deutsche Telekom AG and Defendant T-Mobile US, Inc. announced the completion of the acquisition of Defendant MetroPCS Communications, Inc. and its subsidiary MetroPCS Wireless, Inc. by Deutsche Telekom AG, a German company and parent company of T-Mobile US, Inc. Through the acquisition, Deutsche Telekom AG combined its subsidiary T-Mobile USA, Inc. and Defendant MetroPCS Communications, Inc., in a new entity, Defendant T-Mobile US, Inc.  T-Mobile US, Inc. now operates both brands (i.e. MetroPCS Wireless and T-Mobile) separately, and MetroPCS Wireless still maintains its brand name and its customers.

26.     On May 14, 2013, Plaintiff failed to pay his monthly service fee for the subsequent month of telecommunications services (*i.e.*, from May 15, 2013 to June 14, 2013).

27.     On May 15, 2013, Defendant MetroPCS Wireless (now operating as Defendant T-Mobile) suspended Plaintiff's phone service in accordance with its polices and practices.

6

28.     On or about May 19, 2013, Plaintiff paid forty (40) dollars for another month (*i.e.,* thirty (30) days) of telecommunication services from Defendant MetroPCS Wireless (now operating as Defendant T-Mobile).  In making this payment, Plaintiff relied on, among other things, marketing materials and service forms that provided that customers would receive a month of service (i.e. thirty (30) days) for a flat fee provided prior to the beginning of such month.

29.     On or about June 15, 2013, Defendant MetroPCS Wireless (now operating as Defendant T-Mobile) began Plaintiff's billing cycle for his third month of service despite the fact that Plaintiff had paid his prior month's bill on May 19, 2013 and had received only twenty seven (27) days telecommunication services during that billing cycle. Plaintiff's did not receive thirty (30) days of telecommunication services because of Defendant MetroPCS Wireless's (now operating as Defendant T-Mobile) policy and practice (which is not disclosed to its customers) to not reset a customer's bill cycle after a customer has made a payment after the due date of such service.  Defendant MetroPCS Wireless (now operating as Defendant T-Mobile) thereby denied Plaintiff thirty (30) days of service, breaching material terms of the Agreement (*i.e.* "monthly service cycles are approximately thirty (30) days long").  Defendant MetroPCS Wireless (now operating as Defendant T-Mobile) also thereby broke the promise in the marketing materials.

## CLASS ACTION ALLEGATIONS

30.     Plaintiff brings this Class Action pursuant to Federal Rule of Civil Procedure 23 on behalf of himself and all similarly situated individuals who paid for but were denied the full thirty (30) days of service by Defendant.  Excluded from the Class are anyone employed by counsel for Plaintiff in this action, and any Judge to whom this action is assigned and his or her immediate family members.

31.     The Claims herein have been brought and may properly be maintained as a class action under Federal Rule of Civil Procedure 23 because there is a well-defined community of interest among Class members with respect to the claims asserted herein and the proposed Class is ascertainable:

7

a.   <u>Numerosity</u>:  On information and belief, millions of individuals that have been subject to the same policies and practices of Defendant.  Thus, the number of Class members is currently indeterminate, but is certainly numerous.

b.   <u>Existence and predominance of common questions</u>: Common questions of law and/or fact exist as to the members of the Class and, in addition, common questions of law and/or fact predominate over questions affecting only individual members of the Class.  The common questions include the following:

     i.   whether Defendants policy and practice of denying customers thirty (30) days of service constitutes a breach of contract;

     ii.   whether the actions and omissions of Defendants constitute common law fraud;

     iii.   whether Defendants violated California Civil Code § 1750 *et seq.*;

     iv.   whether Defendants violated California Business & Professions Code § 17500;

     v.   whether Defendants violated California Business & Professions Code § 17200; and

     vi.   whether declaratory relief, compensatory damages, punitive damages, injunctive relief, and other equitable remedies for Class members are warranted.

c.   <u>Typicality</u>:  Plaintiff is an adequate representative of the Class.  Plaintiff's claims are typical of each class member of the class. Plaintiff's claims are thereby representative of and co-extensive with the claims of the Class.

d.   <u>Adequacy</u>. Plaintiff is an adequate representative of the Class.  His interests do not conflict with the interests of the members of the Class he seeks to represent. Plaintiff has retained counsel competent and experienced in complex class action litigation, and Plaintiff intends to prosecute this action vigorously.  Plaintiff and his counsel will fairly and adequately protect the interests of members of the Class.

e.   <u>Superiority of Class Action</u>: A class action is superior to other available means for the

8

fair and efficient adjudication of this controversy.  Individual joinder of all Class members is not practicable.  The injury suffered by each member of the Class, while meaningful on an individual basis, is not of such magnitude as to make the prosecution of individual actions against Defendants economically feasible. Individualized litigation increases the delay and expense to all parties and the court system presented by the legal and factual issues of the case.  By contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

32.     In the alternative, the Class may be certified because:

    f.   the prosecution of separate actions by the individual members of the Class would create a risk of inconsistent or varying adjudication with respect to individual members of the Class that would establish incompatible standards of conduct for Defendant; and

    g.   Defendants have acted and/or refused to act on grounds generally applicable to the Class, thereby making appropriate final and injunctive relief with respect to members of the Class as a whole.

## FIRST CLAIM FOR RELIEF

### Breach of Contract

### (Against All Defendants)

33.     Plaintiff incorporates by reference the paragraphs listed above.

34.     Plaintiff and each Class member entered into a contract with Defendants when they began to receive telecommunication services from Defendants.

35.     At all relevant times, Plaintiff and members of the Class have paid to Defendants all monthly service charges due under such person's terms of service as established by Defendants and Plaintiff and members of the Class have performed all obligations and conditions under the Agreement.

36.     Defendants owe duties and obligations to Plaintiff and members of the Class under the Agreement, including but the duty and obligation to provide thirty (30) days of

9

telecommunication service.

37. Defendants materially breached the terms and provisions of the Agreement by failing to provide thirty (30) days of telecommunication service during a monthly billing cycle as provided by the Agreement.

38. As a direct and proximate result of Defendants' conduct, Plaintiff and the Class members have been damaged. Plaintiff and the Class members' damages include the monetary value of the telecommunication services they were entitled to receive but did not receive.

39. Plaintiff, on behalf of himself and the Class, requests relief as hereinafter provided.

## SECOND CAUSE OF ACTION

### Fraud

### (Against All Defendants)

40. Plaintiff incorporates by reference the paragraphs listed above.

41. Defendants have conducted, and continue to conduct, an advertising campaign representing to consumers that Defendants provide a month (i.e. thirty (30) days) of service despite knowing that Defendants fails to provide a month (i.e. thirty (30) days) of service in situations in which a customer pays his/her bill after the date in which it is due and Defendants do not reset such customer's bill cycle.

42. The above-referenced statements were affirmative misrepresentations, the suggestion, as a fact, of that which was not true by one who did not believe it to be true; concealments or half truths--the suppression of facts, by one who gave information of other facts which were likely to mislead for want of communication of that fact; and/or false promises or promises made without any intention of performing them.

43. Plaintiff and Class members believed and reasonably relied on the above-referenced statements and concealments and were thereby induced to enter into a telecommunication services agreement with Defendants. Had it not been for such reliance on said statements and concealments, they would not entered into an agreement with Defendants for telecommunication services.

10

44.     As a proximate result of Plaintiff's and class members' reliance on the misrepresentations and omissions alleged above, Plaintiff and class members have been harmed insofar as they did not receive the telecommunication services they were entitled to receive.

### THIRD CAUSE OF ACTION

### (Violation of California Civil Code § 1750 *et seq*.)

### Against All Defendants

45.     Plaintiff incorporates by reference the paragraphs listed above.

46.     The Consumer Legal Remedies Act ("the CLRA") defines certain unfair methods of competition and unfair or deceptive acts or practices which, if undertaken by a person in a transaction intended to result, or which results in the sale or lease of goods or services to any consumer are unlawful.  California Civil Code Section 1770.  These acts include advertising that monthly service cycles are approximately thirty (30) days despite knowing and/or having reason to know service cycles are consistently less than thirty (30) days due to Defendants' policies and practices that deny customers the full thirty (30) days of service and advertising that Defendants' telecommunication services are provided for an entire month (*i.e.*, approximately thirty (30) days) despite knowing and/or having reason to know that Defendant's policies and practices deny customers the full thirty (30) days of service. Plaintiff and members of the Class relied on Defendants' false and/or misleading advertisements regarding the monthly service cycles and were induced by such advertisements to purchase telecommunication services from Defendants. Plaintiff and Class members have suffered damage in the form of failing to receive telecommunication services that were paid for by Plaintiff and Class members.

47.     Defendants' actions constitute unfair methods of competition and unfair or deceptive acts or practices as outlined in the CLRA.  Defendants, and each of them, advertised that its telecommunication services are provided for an entire month (i.e. thirty (30) days) despite knowing and/or having reason to know that its policies and practices deny customers thirty (30) days of service.  The advertisements constituted false and/or misleading statements

11

as to the nature of telecommunication services being provided by Defendants.  The

Defendants, and each of them, knew or should have known that the aforementioned

advertisements were false and/or misleading.  In order not to mislead consumers, Defendants

should have clearly and conspicuously set forth the Defendant's policies and procedures

regarding monthly service cycles so as to leave no reasonable probability that the terms of the

offer might be misunderstood.

48.     Defendants' unfair methods of competition and unfair or deceptive acts or

practices, as outlined in the CLRA, present a continuing threat to members of the general

public in that Defendants are continuing, and will continue unless enjoined, to commit such

violations of Civil Code Section 1770.  This court is empowered to, and should, grant

preliminary and permanent injunctive relief against such acts and practices.

## **FOURTH CAUSE OF ACTION**

**Violation of California's Unfair Competition Law, Bus. and Prof. Code § 17500 *et seq*.**

49.     Plaintiff incorporates by reference the paragraphs listed above.

50.     Beginning at an exact date that is unknown to Plaintiff, but within three (3)

years prior to the filing of this complaint, Defendants, with the intent directly or indirectly to

dispose of property or to perform services, or anything of any nature whatsoever, or to induce

members of the public to enter into obligations relating thereto, made or disseminated or

caused to be made or disseminated before the public, by any manner or means whatsoever,

statements concerning such property, services, or any circumstance or matter of fact

connected with the proposed performance or disposition thereof, which are untrue or

misleading, in violation of section 17500 of the Business and Professions code ("Section

17500").  Those untrue or misleading statements, which are unlawful under Section 17500,

include, but are not limited to:

a.   Representing that monthly service cycles are approximately thirty (30) days

despite knowing and/or having reason to know service cycles are

consistently less than thirty (30) days due to Defendants' policies and

practices that deny customers thirty (30) days of service; and/or

12

b.   Representing that Defendants' telecommunication services are provided for an entire month (i.e. thirty (30) days) despite knowing and/or having reason to know that Defendants' policies and practices deny customers thirty (30) days of service.

51.    As a result of the above-referenced acts, Defendants have reaped unfair benefits and illegal profits at the expense of Plaintiff and Class members. Plaintiff and Class members have suffered injury in the form of failing to receive telecommunication services that were paid for by Plaintiff and Class members. Defendants should provide restitution by restoring to Plaintiff and the other Class member to their original positions.

52.    Defendants' untrue and misleading advertising, as described above, presents a continuing threat to members of the general public in that Defendants' are continuing, and will continue unless enjoined, to commit such violations of Section 17500.  This court is empowered to, and should, grant preliminary and permanent injunctive relief against such acts and practices.

53.    Plaintiffs also seek recovery of all attorneys' fees and litigation expenses pursuant to California Code of Civil Procedure Section 1021.5.  Alternatively, Plaintiffs seek recovery of all attorneys' fees and all litigation expenses pursuant to the substantial benefit doctrine.  Plaintiffs also seek recovery of all attorneys' fees and other litigation expenses to be paid under the common fund doctrine or other authority requiring Defendants to pay Plaintiffs' attorneys' fees and litigation expenses.

## FIFTH CAUSE OF ACTION

**Violation of California's Unfair Competition Law, Bus. and Prof. Code § 17200 *et seq.***

54.    Plaintiff incorporates by reference the paragraphs listed above.

55.    Plaintiff brings this claim on behalf of himself and all others similarly situated in his representative capacity as a private attorney general against Defendants and Does 1 through 100, for their unfair, deceptive, untrue and misleading advertising as well as their unlawful, unfair business, and/or fraudulent acts and/or practices pursuant to California Business & Professions Code § 17200, *et seq.* ("UCL") which prohibits all unlawful, unfair,

13

or fraudulent business acts or practices.

56.     Plaintiff asserts these claims as he is representative of an aggrieved group and as a private attorney general on behalf of the General Public and other persons who have been exposed to Defendant's unlawful, unfair, and/or fraudulent acts and/or practices and should be reimbursed under the restitutionary remedy provided by the UCL.

57.     Defendants' actions constitute unlawful business acts and practices because Defendants violated the CLRA, California Business & Professions Code Section 17500 and committed fraud.

58.     Defendants committed acts of unfair competition, as defined by the UCL, by engaging in the acts and practices described herein, and therefore are in violation of the UCL.

59.     As a result of their unfair, deceptive, untrue and misleading advertising as well as their unlawful and/or unfair and/or fraudulent acts and/or practices, Defendants have reaped unfair benefits and illegal profits at the expense of Plaintiff and Class members.  Defendants should provide restitution by restoring to Plaintiff and the other Class members to their original positions.

60.     The acts and practices alleged in the preceding paragraphs occurred in connection with Defendants' conduct of trade and commerce in California.

61.     As a direct and proximate result of the aforementioned acts, Defendants, and each of them, received and continue to hold monies which Plaintiff and the other Class members have a possessory interest in.

62.     Defendants' conduct constitutes unlawful, unfair, and/or fraudulent acts or practices conducted in the course of Defendants' respective businesses, and thereby constitutes violations of the UCL.  Such conduct offends the established public policy of the State of California and is immoral, unethical, oppressive, unscrupulous, and substantially injurious.

63.     Plaintiff and other Class members are entitled to equitable relief, including restitution, attorneys' fees and costs, prejudgment interest, and declaratory relief.

## SIXTH CAUSE OF ACTION

### (Declaratory Relief)

64.     Plaintiff incorporates by reference all paragraphs above as if fully set forth herein.

65.     As alleged above, an actual controversy has arisen and now exists between Defendants and Plaintiff and members of the Class.

66.     Plaintiffs and members of the Class must decide whether to continue with Defendants as their provider of telecommunication services or locate a new phone provider.

67.     Under these circumstances, the Plaintiffs and members of the Class desire a declaration of their rights under the Agreement and Plaintiff requests that the Court declare that he is entitled to the value of the amount of telecommunication services not provided by Defendants and that Defendants' policy and practice regarding the failure to reset customer bill cycles violates the Agreement.

68.     Accordingly, Plaintiffs demand relief in accordance with the "Prayer for Relief" set forth below, which is incorporated herein by this reference.

### PUNITIVE DAMAGES

69.     Defendants performed the acts herein alleged with malice or reckless indifference.  Plaintiff and the Class are thus entitled to recover punitive damages in an amount according to proof.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff and the Class pray for relief as follows:

70.     Certification of the case as a class action on behalf of the proposed class;

71.     Designation of Plaintiff as representative of the Class;

72.     Designation of Plaintiffs' Counsel of record as Class counsel;

73.     For monetary relief according to proof;

74.     For all damages sustained as a result of Defendants' conduct;

75.     For general damages according to proof;

76.     For exemplary and punitive damages in an amount commensurate with the

15

1  Defendants' ability to pay, to deter future conduct, and to set an example for others;

2        77.    For costs incurred herein, including reasonable attorneys' fees and costs,

3  including expert witness fees, to the extent allowable by law;

4        78.    Pre-judgment and post-judgment interest, as provided by law;

5        79.    For such ancillary orders, decrees and such further legal and equitable relief as

6  may be necessary to enjoin and restrain the improper conduct and wrongdoing of Defendants;

7  and

8        80.    For such other and further relief as the Court deems proper.

9  DATED:  June 21, 2013           Respectfully submitted,

10                          THE TIDRICK LAW FIRM

11

12                      By:_____

13                          STEVEN G. TIDRICK, SBN 224760

14                          THE TIDRICK LAW FIRM
                        2039 Shattuck Avenue, Suite 308

15                          Berkeley, California  94704
                        Telephone:  (510) 788-5100
                        Facsimile:   (510) 291-3226

16                          E-mail:      sgt@tidricklaw.com

17                          Attorneys for Individual and Representative
                        Plaintiff George Abrams

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT

1

## DEMAND FOR JURY TRIAL

2

        Plaintiff in the above-referenced action, on his own behalf and on behalf of all persons

3

he seeks to represent, hereby demands a trial by jury on all counts.

4

DATED:  June 21, 2013                    Respectfully submitted,

5

                                         THE TIDRICK LAW FIRM

6

                                    By:_____

7

                                         STEVEN G. TIDRICK, SBN 224760

8

                                         THE TIDRICK LAW FIRM
                                         2039 Shattuck Avenue, Suite 308

9

                                         Berkeley, California  94704
                                         Telephone:  (510) 788-5100

10

                                         Facsimile:  (510) 291-3226
                                         E-mail:      sgt@tidricklaw.com

11

12

                                         Attorneys for Individual and Representative
                                         Plaintiff George Abrams

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28