```
MICHAEL J. STORTZ (SBN #139386)
michael.stortz@dbr.com
MATTHEW J. ADLER (SBN #273147)
matthew.adler@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:    (415) 591-7500
Facsimile:    (415) 591-7510

Attorneys for Defendants
METROPCS COMMUNICATIONS, INC.;
METROPCS WIRELESS, INC.; and
T-MOBILE US, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE ABRAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METROPCS COMMUNICATIONS, Inc.; METROPCS WIRELESS, Inc.; T-MOBILE US, Inc.; and Does 1-100,<br><br>Defendants. | Case No. 3:13-cv-02878-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT AND RELATED BRIEFING DEADLINES; DECLARATION OF MATTHEW J. ADLER IN SUPPORT** |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC AND EXTEND TIME; DEC.

CASE NO. 3:13-CV-02878-JSW

WHEREAS Plaintiff George Abrams ("Plaintiff") filed the Complaint in this action on June 21, 2013;

WHEREAS this action was originally assigned to United States Magistrate Judge Maria-Elena James;

WHEREAS an initial case scheduling order was filed on or about June 21, 2013;

WHEREAS Plaintiff filed an Amended Complaint on July 26, 2013 and thereafter served the Amended Complaint on Defendants MetroPCS Communications, Inc., MetroPCS Wireless, Inc., and T-Mobile US, Inc. ("Defendants");

WHEREAS Defendants filed a Request for Reassignment to a United States District Judge on August 14, 2013;

WHEREAS this action was reassigned to United States District Judge Jeffrey S. White on August 16, 2013, and the dates in the initial case scheduling order were vacated;

WHEREAS by Order filed August 19, 2013, a Case Management Conference is currently scheduled for December 6, 2013;

WHEREAS Defendants are still in the process of investigating Plaintiff's allegations and require additional time to complete their investigation and prepare their response to the Amended Complaint;

WHEREAS based on their initial review of the Amended Complaint, Defendants may file a Motion to Strike pursuant to Federal Rule of Civil Procedure 12(f) and/or a Motion to Dismiss pursuant to Rules 9(b) and/or 12(b)(6);

WHEREAS the parties understand that the Court is not available to hold a hearing on any motion(s) Defendants may file until December, 2013;

WHEREAS the parties believe it would conserve judicial resources to resolve any threshold motions related to the pleadings before convening for a Case Management Conference;

WHEREAS the parties through counsel have met and conferred and reached agreement as to a continuance of the Case Management Conference, and as to the briefing schedule for Defendants' response to the Amended Complaint in the event Defendants file a motion (or motions) in response;

THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel as follows:

1. The deadline for Defendants' response to Plaintiffs' Amended Complaint is continued to and including October 11, 2013;

2. In the event that Defendants respond by filing a motion (or motions), Defendants shall file and serve the motion(s), and any supporting papers, on or before October 11, 2013, and briefing and hearing on the motion(s) shall proceed on the following schedule:

   a. Plaintiffs shall file their opposition, and any supporting papers, on or before November 22, 2013;

   b. Defendants shall file their reply, and any supporting papers, on or before December 6, 2013; and

   c. A hearing date for the motion(s) shall be determined at the time of filing, but shall not be earlier than January 17, 2014.

3. The Case Management Conference shall be continued to February 14, 2014, or the next available date that is convenient for the Court.

IT IS SO STIPULATED.

//
//
//
//
//
//
//
//
//
//
//
//
//

| | |
|---|---|
| Dated: August 23, 2013 | DRINKER BIDDLE & REATH LLP |
| | By: */s/ Matthew J. Adler* |
| |     Matthew J. Adler |
| | Attorneys for Defendants<br>METROPCS COMMUNICATIONS, INC.;<br>METROPCS WIRELESS, INC.; and<br>T-MOBILE US, INC. |
| Dated: August 23, 2013 | THE TIDRICK LAW FIRM |
| | By: */s/ Steven G. Tidrick* |
| |     Steven G. Tidrick |
| | Attorneys for Plaintiff<br>GEORGE ABRAMS |

### Attestation Pursuant to Civil Local Rule 5-1(i)

Pursuant to Civil Local Rule 5-1(i), I, Matthew J. Adler, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed this 23rd day of August, 2013 in San Francisco, California.

*/s/ Matthew J. Adler*
Matthew J. Adler

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 23, 2013

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CMC AND EXTEND TIME; DEC.      - 4 -      CASE NO. 3:13-CV-02878-JSW