IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ABRAMS, | |
| Plaintiff, | No. C 13-02878 JSW |
| v. | |
| METROPCS COMMUNICATIONS, INC., et al., | **ORDER TO SHOW CAUSE** |
| Defendants. / | |

This matter is set for a hearing on January 17, 2014 on the motions to dismiss filed by defendants Metropcs Communications, Inc., Metropcs Wireless, Inc., and T-Mobile US, Inc. (collectively, "Defendants"). Pursuant to Local Civil Rule of the Northern District 7-3, plaintiff George Adams's opposition or statement of non-opposition was due to be filed and served by October 25, 2013. To date, Plaintiff has not filed any opposition or statement of non-opposition.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by November 5, 2013, why the pending motion to dismiss should not be granted in light of his failure to file a timely opposition or statement of non-opposition. If Plaintiff seeks to file a substantive response to Defendants' motion, Plaintiff must demonstrate good cause for failing to his opposition brief in a timely fashion. In his response to this OSC, Plaintiff is also directed to show cause why this case should not be dismissed for failure to prosecute. Plaintiff is

admonished that his failure to respond this Order by November 5, 2013, will result in a dismissal of this action without further notice.

If Plaintiff seeks to file a substantive response to Defendants' motion and demonstrates good cause for his delay, the Court will provide Defendants with an opportunity to file a reply brief.

**IT IS SO ORDERED.**

Dated: October 30, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE