IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE ABRAMS,

    Plaintiff,

  v.

METROPCS COMMUNICATIONS, INC., et al.,

    Defendants.

No. C 13-02878 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

The Court has received the parties response to the Order to Show Cause ("OSC") issued on October 30, 2013. According, the Court discharges the OSC. Plaintiff's response to the motion to dismiss shall remain due by November 22, 2013.

**IT IS SO ORDERED.**

Dated: November 5, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE