**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    GEORGE ABRAMS,

10            Plaintiff,                          No. C 13-02878 JSW

11    v.

12   METROPCS COMMUNICATIONS, INC., et     **ORDER DISCHARGING ORDER**
     al.,                                   **TO SHOW CAUSE**
13

14            Defendants.
     _____/

15

16          The Court has received the parties response to the Order to Show Cause ("OSC") issued

17   on October 30, 2013.  According, the Court discharges the OSC.  Plaintiff's response to the

18   motion to dismiss shall remain due by November 22, 2013.

19          **IT IS SO ORDERED.**

20

21   Dated: November 5, 2013

22                                              _____
                                                JEFFREY S. WHITE
23                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28