IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ABRAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>METROPCS COMMUNICATIONS, INC., et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 13-02878 JSW<br><br>**ORDER STRIKING OVERSIZED BRIEF** |

On November 22, 2013, Plaintiff George Abrams filed an opposition to the pending motion to dismiss which exceeds this Court's page limits. *See* Standing Order ¶ 6. The page limit of fifteen pages includes any evidentiary or procedural objections. *See* Northern District Civil Local Rule 7-3(a). Plaintiff did not seek leave of court before filing an oversized brief. The Court HEREBY STRIKES the opposition for failure to comply with the Court's page limits. Plaintiff shall refile his opposition brief by no later than December 2, 2013, and it shall not exceed 15 pages. Defendants shall file their reply brief, if any, by no later than December 13, 2013.

**IT IS SO ORDERED.**

Dated: November 25, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Case3:13-cv-02878-JSW Document23 Filed11/25/13 Page2 of 2