**United States District Court**
For the Northern District of California

1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    GEORGE ABRAMS,
10              Plaintiff,                          No. C 13-02878 JSW
11      v.
12   METROPCS COMMUNICATIONS, INC., et        **ORDER STRIKING OVERSIZED
     al.,                                     BRIEF**
13
14              Defendants.
     _____/
15

16        On November 22, 2013, Plaintiff George Abrams filed an opposition to the pending

17   motion to dismiss which exceeds this Court's page limits.  *See* Standing Order ¶ 6.  The page

18   limit of fifteen pages includes any evidentiary or procedural objections.  *See* Northern District

19   Civil Local Rule 7-3(a).  Plaintiff did not seek leave of court before filing an oversized brief.

20   The Court HEREBY STRIKES the opposition for failure to comply with the Court's page

21   limits.  Plaintiff shall refile his opposition brief by no later than December 2, 2013, and it shall

22   not exceed 15 pages.  Defendants shall file their reply brief, if any, by no later than December

23   13, 2013.

24        **IT IS SO ORDERED.**

25

26   Dated: November 25, 2013                    _____
                                                 JEFFREY S. WHITE
27                                               UNITED STATES DISTRICT JUDGE

28