UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. The motion concerns the following cases:

C 13-02878 JSW          Abrams v. MetroPCS Communications, Inc. Et al

C 14-01802 VC           Dudley v. MetroPCS Communications, Inc. Et al

**The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.**

Dated May 16, 2014

_____
Yvonne Gonzalez Rogers
United States District Court Judge
For:
 Jeffrey S. White
 United States District Court Judge

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: May 16, 2014        By: *Frances Stone*
                               **Deputy Clerk**

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

**DATED:** _____     **By:** _____
                                                                                              **Deputy Clerk**

**Copies to:**  Courtroom Deputies
                       Case Systems Administrators
                       Counsel of Record
**Entered into Assignment Program:** _____(date)